UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20336-CR-WILLIAMS

**UNITED STATES OF AMERICA**

vs.

**OSCAR BANDEN BURNS,
RAYNEO BLANC, and
SCHNAIDER CESAR,**

      **Defendants.**

_____/

**NOTICE OF APPEARANCE**

The undersigned Assistant United States Attorney, Annika M. Miranda, hereby appears as counsel for the United States of America regarding any forfeiture matters in the above-styled case.

Respectfully submitted,

**MARKENZY LAPOINTE
UNITED STATES ATTORNEY**

By:   _s/ Annika M. Miranda_
Annika M. Miranda
Assistant United States Attorney
Florida Bar No. 64975
99 N.E. 4th Street, 7th Floor
Miami FL, 33132-2111
Telephone: (305) 961-9303
E-mail: Annika.Miranda@usdoj.gov
_Counsel for the United States of America_