U.S. Department of Justice
*United States Attorneys*

# United States District Court
# for the Southern District of Florida

NO. 23-20336-cr-KMW

**UNITED STATES OF AMERICA**

Inmate Name: Oscar Banden Burns

v.

Inmate #: Jail # 230136458

Oscar Banden Burns, et al.,
   Defendant.

### PETITION WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its United States Attorney, shows to the Court:

1. A INITIAL APPEARANCE/ARRAIGNMENT is pending in this Court against Oscar Banden Burns, JAIL #230136458, YOB:1986 the above styled case, and it is set for as to the defendant on September 20, 2023 at 301 N Miami Avenue, 11th FLOOR, MIAMI, FL 33128.

2. The defendant is now confined in the Miami-Dade Pre-Trial Detention Center at 1321 NW 13th St, Miami, FL 33125.

3. It is necessary to have the defendant before this Court for a INITIAL APPEARANCE/ARRAIGNMENT as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the defendant and have the defendant before this Court at the time and place above specified for said INITIAL APPEARANCE/ARRAIGNMENT. and upon completion of all proceedings to return the defendant to the custody of the Warden of the aforesaid penal institution; and also directing the Warden to deliver the defendant into the custody of any United States Marshal for this purpose.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: *[signature]*
Corey R. O'Neal
ASSISTANT UNITED STATES ATTORNEY

cc:   U.S. Attorney (AUSA Corey R. O'Neal )