UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20336-CR-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OSCAR BURNS,

    Defendant.

_____/

## NOTICE OF APPEARANCE

The Federal Defender's Office for the Southern District of Florida gives notice that Assistant Federal Public Defender Abigail Becker is appearing as counsel in this case.

Respectfully Submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By: /s/Abigail E. Becker
    Abigail E. Becker
    Assistant Federal Public Defender
    Florida Bar No. 72284
    150 W. Flagler Street, Suite 1700
    Miami, Florida 33130
    Tel: 305-530-7000
    E-Mail Address: abigail_becker@fd.org

## CERTIFICATE OF SERVICE

     I HEREBY certify that on **September 14, 2023**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        <u>/s/Abigail E. Becker</u>
        Abigail E. Becker