# MINUTE ORDER

Page 8

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor      Date: 9/14/23      Time: 2:00 p.m.

Defendant: OSCAR BURNS       J#: 765033-510   Case #: 23-20336-CR-WILLIAMS
AUSA: Corey O'Neal       Attorney: AFPD - Kirsten Nelson
Violation: CARJACKING ARMED      Surr/Arrest Date: 9/14/23    YOB: 1986

Proceeding: Initial Appearance       CJA Appt:
Bond/PTD Held: ○ Yes  ⊗ No    Recommended Bond: PTD
Bond Set at: Temporary PTD       Co-signed by:

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
      Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to:
- [ ] Other:

Language: English

Disposition:
- Brady Order
- Rights
- Charges
- Sworn
- Indigent
- AFPD appt

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing: 9/19 10:00 a.m. Duty Miami
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 14:14:06, 14:41:27       Time in Court: 7 min

s/Alicia M. Otazo-Reyes       Magistrate Judge