**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**23-CR-20336-LEIBOWITZ**

**UNITED STATES OF AMERICA,**

    Plaintiff,
**vs.**

**OSCAR BANDEN BURNS,**

    Defendant.
_____/

**ORDER**

    **THIS CAUSE** came before the court on Defendant, Oscar Banden Burns's Motion for Severance of his Trial from Co-Defendant Cesar, [ECF No. 136].

    The Court having reviewed the Motion to Sever the Trial from Co-Defendant Cesar [ECF No. 136] and accordingly, it is

    **ORDERED AND ADJUDGED** that the Motion is _____.

    **DONE AND ORDERED** in Miami, Florida, this ____ day of November 2024.

_____
**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**