UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

23-CR-20336-LEIBOWITZ

**UNITED STATES OF AMERICA,**

    Plaintiff,
**vs.**

**OSCAR BANDEN BURNS,**

  Defendant.
_____/

## NOTICE OF REQUEST FOR DISCLOSURES OF 404(b) EVIDENCE AND EXPERT WITNESS SUMMARIES

COMES NOW, **OSCAR BANDEN BURNS**, through undersigned counsel, and files this notice of request to supplement certain discovery disclosures pursuant to Fed. R. Evid. 404(b) and Fed. R. Crim. P. 16(a)(1)(G):

1.    Mr. Burns requests disclosure of all evidence of other crimes, wrongs or acts that the government intends to introduce at trial, in its case-in-chief or in rebuttal, as required by the 1991 amendment to Fed. R. Evid. 404(b) (requiring disclosure and notice upon request by the accused). The government must specify the general nature of any such evidence and should articulate with precision the evidentiary purpose of the evidence offered. See *United States v. Birch*, 39 F.3d 1089, 1093 (10th Cir. 1994). Accordingly, the defendant requests that the government identify the date, time and location of

the alleged incident, the witnesses who will testify about the incident, the nature of the incident, and the purported relevance to this case. See *United States v. Spinner*, 152 F.3d 950, 961 (D.C. Cir. 1998) (merely providing physical or other evidence to the defense in the course of discovery does not satisfy the explanatory obligation imposed on the government under Fed. R. Evid. 404(b)); *United States v. Perez-Tosta*, 36 F.3d 1552, 1561 (11th Cir. 1994) (purpose of Fed. R. Evid. 404(b) notice requirement is to protect defense from "trial by ambush"). Additionally, Mr. Burns, requests disclosure of all *Brady/Agurs/Giglio and Napue* material pertaining to each such incident[1].

2.   Mr. Burns also requests disclosure under Fed. R. Crim. P. 16(a)(1)(G) of expert testimony the government intends to introduce at trial during its case-in-chief. As to each potential expert witness, the government should disclose the name of the expert witness, the witness' qualifications, present employment, a summary of the witness' opinion, and the bases and reasons for the opinion.

---

[1] The defense also requests that the government review the draft PSR [DE 61] and addendum to the PSR [DE 66] that was prepared by the USPO, for *Brady/Giglio* matters on co-defendant, Rayneo Blanc, because those documents are not disclosed to undersigned counsel, but may contain such information.

Respectfully submitted,

***S. PATRICK DRAY, P.A.***
11900 Biscayne Blvd., Suite 459
North Miami, FL 33181

Tel: (305) 379-4501
Fax: (786) 513-2244

By:  s// S. Patrick Dray
S. PATRICK DRAY, Esq.
FLORIDA BAR NO.: 0180157
pat@patdray.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 5th, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By:  s// S. Patrick Dray
S. PATRICK DRAY, Esq.