UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

23-CR-20336-LEIBOWITZ

**UNITED STATES OF AMERICA,**

    Plaintiff,
vs.

**OSCAR BANDEN BURNS, and
SCHNAIDER CESAR.**

    Defendants.
_____/

### UNOPPOSED JOINT DEFENSE MOTION TO CHANGE THREE DEADLINES DUE TO THANKSGIVING HOLIDAY TO TUESDAY, DECEMBER 3rd, 2024

**COMES NOW**, **OSCAR BANDEN BURNS**, and **SCHNAIDER CESAR** by and through undersigned counsel, hereby files this Unopposed Joint Defense Motion to Change Three Deadlines that fall on or near the upcoming Thanksgiving holiday, to Tuesday, December 3rd, 2024; and in support thereof states as follows:

1. After a mistrial was declared in this matter [DE 112]; the Court, on August 30th, 2024, at the status hearing issued a new Trial and Scheduling Order. [DE 128 and 129]. Certain deadlines, without specific dates, but rather calculated from a certain period in time (DE

1

129, page 2]; fall on or near the Thanksgiving holiday or the Monday immediately following the holiday.

2. Specifically, the following two events fall on Thanksgiving Day: (i) jury instructions, at para 6, (ii) *Voir Dire* questions, at para 5; and (iii) *Writs Ad Testificandum,* at para 2, falls on Monday, December 2nd, 2024. [See DE 129.]

3. The parties seek to change the above deadlines for the three events listed above to: Tuesday, December 3rd, 2024.

4. Undersigned counsel, has spoken to attorney David Donet, Esq., who represents Mr. Cesar, and he stated he agrees with the motion and has no objection to the relief requested. Undersigned counsel also contacted both prosecutors assigned to the case, AUSA Stefan Rafael Diaz Espinosa, and AUSA Yeney Hernandez, and they stated they have no objection to this motion and relief requested herein.

5. This joint defense motion is filed in good faith and will not cause any undue delay of the trial date or other dates in the Scheduling Order.

**WHEREFORE**, based on the foregoing, counsel respectfully requests this Court grant this motion and extend the above three event deadlines to Tuesday, December 3rd, 2024, or grant any other relief the Court deems is just and fair under the circumstances.

Respectfully submitted,

***S. PATRICK DRAY, P.A.***
11900 Biscayne Blvd., Suite 459
North Miami, FL 33181

Tel: (305) 379-4501
Fax: (786) 513-2244

By:  s// S. Patrick Dray
S. PATRICK DRAY, Esq.
FLORIDA BAR NO.: 0180157
pat@patdray.com

Attorney for Oscar Burns


**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue
Suite 230
Coral Gables, Fl 33134
Telephone: (305) 444-0030

By:  /s/ David A. Donet, Jr.
David A. Donet, Jr., Esq.
Florida Bar No.: 128910
donet@dmtlaw.com
paralegals@dmtlaw.com

Attorney for Schnaider Cesar

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 18th, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: s// S. Patrick Dray
S. PATRICK DRAY, Esq.