**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**23-CR-20336-LEIBOWITZ**

**UNITED STATES OF AMERICA,**

    Plaintiff,
**vs.**

**OSCAR BANDEN BURNS, and**
**SCHNAIDER CESAR.**

    DefendantS.
_____/

**ORDER**

    **THIS CAUSE** came before the court on AN Unopposed Joint Defense Motion to Change Three Deadlines from Thanksgiving Day to Tuesday, December 3rd, 2024, [ECF No. _____].

    The Court having reviewed the Unopposed Joint Defense Motion to Change Three Deadlines [ECF No. _____] and accordingly, it is

    **ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  As such, the deadlines for the following three events: jury instructions, *voir dire* questions and *writs Ad Testificandum* shall be changed to Tuesday, December 3rd, 2024. All other deadlines as stated in the Court's Order setting trial date [ECF No. 129] remain the same.

    **DONE AND ORDERED** in Miami, Florida, this ____ day of November 2024.

_____
**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**
