UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20336-CR-LEIBOWITZ

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**OSCAR BANDEN BURNS**,
**SCHNAIDER CESAR,**

    Defendants.

_____/

**ORDER GRANTING UNOPPPOSED JOINT MOTION TO CHANGE DEADLINES**

THIS CAUSE came before the Court on Unopposed Joint Defense Motion to Change Deadlines [ECF No.140]. Being fully advised, having reviewed the submission of the parties, and for the reasons stated in the Motion, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The deadline to file Jury Instructions, *Voir Dire* questions, and *Writs Ad Testificandum* is extended to Tuesday, December 3, 2024.

**DONE AND ORDERED** in the Southern District of Florida, this 20th day of November, 2024.



cc:    counsel of record