UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   23-20336-CR-LEIBOWITZ

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**OSCAR BANDEN BURNS**,

    Defendant.

_____/

## ORDER REQUIRING GOVERNMENT'S RESPONSE

THIS CAUSE is before the Court on Defendant, Oscar Banden Burns' Motion for Severance form Co-Defendant Cesar [ECF No. 136], Motion for Disclosures of 404(b) Evidence and Expert Witness Summaries [ECF No. 137], and Omnibus Motion in Limine [ECF No. 138] filed on November 5, 2024.  Accordingly, it is **ORDERED AND ADJUDGED** that the Government shall file a response to the Motions by Monday, December 2, 2024.

**DONE AND ORDERED** in Miami, Florida, this 21st day of November, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record