UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 23-CR-20336-DSL

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

OSCAR BANDEN BURNS,

    Defendant.
_____/

**NOTICE OF APPEARANCE**
**(PRO BONO CAPACITY)**

COMES NOW, the undersigned attorney, JONATHAN S. FRIEDMAN, ESQ., and files this Notice of Appearance as Attorney of Record for the Defendant, OSCAR BANDEN BURNS. This Notice of Appearance is for trial purposes only. The undersigned counsel, who is a member of the (CJA) Criminal Justice Act panel in this district enters this appearance in a pro bono capacity.

Respectfully submitted by,

JONATHAN S. FRIEDMAN, P.A.
ATTORNEY FOR OSCAR BANDEN BURNS
101 N.E. 3RD AVE.
SUITE 1500
FORT LAUDERDALE, FLORIDA 33301
TELEPHONE: (954) 713-2820
FACSIMILE: (754) 301-5109
EMAIL: JFRIEDMANLAWFIRM@GMAIL.COM

/S/ Jonathan S. Friedman_____
JONATHAN S. FRIEDMAN, ESQ.
FLORIDA BAR NUMBER: 973297

Page 1

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on December 2, 2024, the undersigned attorney electronically filed the foregoing document with the Clerk of the Court, AUSA, United States Attorney Office-Southern District of Florida, and other counsel of record, if any, using CM/ECF and has served same via U.S. Mail to those counsel(s) or individuals, if any, who are not authorized to receive electronically Notice of Electronic Filing.

      /S/ Jonathan S. Friedman_____
      JONATHAN S. FRIEDMAN, ESQ.