UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20336-DSL

UNITED STATES OF AMERICA

v.

OSCAR BANDEN BURNS and
SCHNAIDER CESAR,

       **Defendant.**

_____/

**UNITED STATES OF AMERICA'S NOTICE OF INTENT
TO UTILIZE EXPERT TESTIMONY**

**COMES NOW**, the United States of America, through its undersigned counsel, and files this Notice of Intent to Utilize Expert Testimony pursuant to Federal Rule of Evidence 702. In accordance with Federal Rule of Criminal Procedure 16, the United States intends to utilize the following expert testimony at trial:

1. **Jourdan Moultrie, Latent Print Examiner, City of Miami Police Department.**

   Training/Qualifications: A copy of the fingerprint analysis report conducted by City of Miami Police Department latent print examiner Jourdan Moultrie has been provided to defense counsel (Bates Nos. USA-339 to USA-343). The government previously provided the Defense a copy of Ms. Moultrie's CV.

   Summary of Testimony/Opinion and Basis: The government anticipates that Ms. Moultrie will testify that she compared fingerprints collected from the white Hyundai Tucson seized during the investigation with defendants' fingerprints and concluded that the fingerprints were a match. Ms. Moultrie will also testify regarding the way latent fingerprints are lifted and the factors that affect fingerprint recovery and identification. Ms. Moultrie's expected testimony is based on her

professional knowledge and experience as well as her personal knowledge of the fingerprint analysis conducted on the recovered evidence and the results of that analysis.

2. **Jerrilyn M. Conway, DNA Forensic Examiner, Federal Bureau of Investigation**

Training/Qualifications: A copy of the DNA analysis report prepared by FBI forensic examiner Jerrilyn M. Conway was previously produced to defense (Bates Nos. USA-4306 to USA-4310).  Her CV was previously produced to the Defense (Bates Nos. USA-4311 to USA-4313).

Summary of Testimony/Opinion and Basis: The government anticipates that Ms. Conway will testify that she compared DNA samples collected from the white Hyundai Tucson seized during the investigation with DNA collected from Burns' buccal swab.  We expect Ms. Conway will testify that she was unable to draw a conclusive match between the three car samples she analyzed and Burns' DNA sample.  Ms. Conway will explain that some of the samples taken from the car lacked sufficient information to draw a conclusion.  More generally, Ms. Conway will explain DNA evidence to the jury: how it is collected and analyzed, and the factors that affect whether it can be recovered from different surfaces. Ms. Conway's expected testimony is based on her professional knowledge and experience as well as her analysis of the evidence collected in this case.

3. **Christopher Adam Goodrich, Special Agent, Federal Bureau of Investigation – Cellular Analysis Survey Team (CAST)**

Training/Qualifications: A copy of the cell site data that was collected in this case and CAST SA Goodrich's analysis of that data was previously produced to defense (Bates Nos. USA-001 to USA-042; June 7, 2024, USAfx disclosure).  His CV was previously provided to the Defense.

Summary of Testimony/Opinion and Basis: The government anticipates that Mr. Goodrich will testify regarding the historical device location data he reviewed in this case. He will testify that he reviewed cell tower and cell sector records for cellular telephone 305-610-4257. SA Goodrich will explain that these records, taken together, provide the device's approximate location when it initiated contact with the network (for example, when it was used to make a call). SA Goodrich will testify that he prepared cell site analysis maps based on this data and will walk the jury through his process for creating these maps.

Having made this disclosure, the government hereby demands a written summary of expert testimony that the defense reasonably expects to offer at trial pursuant to Rules 702, 703, or 705 of the Federal Rules of Evidence, describing the witnesses' opinions, the bases and the reasons for those opinions, and the witnesses' qualifications.[1]

        Respectfully submitted,
        MARKENZY LAPOINTE
        UNITED STATES ATTORNEY

By:   */s/Stefan Diaz Espinosa*
        Stefan Diaz Espinosa
        Assistant United States Attorney
        Fla. Bar No. 1010217
        99 Northeast 4th Street, 6th floor
        Miami, Florida 33132-2111
        Tel: (305) 961-9124
        Email: Stefan.Diaz.Espinosa@usdoj.gov

---

[1] The United States also intends to call Ms. Kassandra Evangelista. In an abundance of caution, the United States will tender Ms. Evangelista as an expert in analyzing geolocation data. She will interpret the geolocation data records of a white Hyundai Tucson recovered by SVR Tracking (the company she works for) for the jury. These records will reveal, *inter alia*, the direction of travel of the white Hyundai Tucson, the speed of the vehicle, and whether it was moving at a certain time of the day.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 2, 2024, a true and correct copy of the foregoing was filed with the Clerk of Court using CM/ECF.

                By: */s/Stefan Diaz Espinosa*
                   Stefan Diaz Espinosa