UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20336-DSL

UNITED STATES OF AMERICA

v.

OSCAR BANDEN BURNS,

    Defendant.
_____/

## GOVERNMENT'S RESPONSE TO DEFENDANT'S RULE 404(b) AND EXPERT-RELATED REQUESTS

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this response to Defendant Oscar Banden Burns's (hereafter, "Defendant") Request for Disclosure of 404(b) Evidence and Expert Witness Summaries (DE137) (the "Motion"). Defendant requests "all evidence of other crimes, wrongs or acts" that the government will introduce at trial, pursuant to Federal Rule of Evidence 404(b). The government will not present any Rule 404(b) evidence as to defendant Burns. The government has also produced all impeachment and exculpatory material in its possession. Last, the government's expert notices are filed under Docket Entry 153.

**Conclusion**

Defendant's omnibus motion should be denied.

                                                Respectfully submitted,

                                                MARKENZY LAPOINTE
                                                UNITED STATES ATTORNEY

By:    /s/ *Yeney Hernandez*
            YENEY HERNANDEZ
            Assistant United States Attorney
            Court ID No. A5502300
            99 Northeast 4th Street
            Miami, Florida 33132-2111
            Tel.: (305) 961-9277
            Fax: (305) 530-7976
            Email: Yeney.Hernandez@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 2, 2024, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

>                                        /s/Yeney Hernandez
>                                        Assistant United States Attorney