UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20336-CR-LEIBOWITZ

UNITED STATES OF AMERICA

v.

OSCAR BANDEN BURNS and
SCHNAIDER CESAR,

      **Defendants.**
_____/

UNITED STATES' NOTICE UNDER FEDERAL RULE
OF EVIDENCE 902(11) OF INTENT TO OFFER CERTIFIED
DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY

The United States respectfully files this notice that it may, pursuant to Federal Rule of Evidence 902(11), offer the following certified records into evidence at trial pursuant to Federal Rule of Evidence 803(6) and Federal Rule of Evidence 902(11):

| Custodian | Description of Records | Date Provided to Defense |
|---|---|---|
| L. C., Cashier<br>Marathon<br>6650 NW 7th Avenue, Miami, Florida 33150 | 1. Marathon surveillance video – USA-045 through USA-061<br>2. Certification under FRE 902(11) – USA-651 | October 3, 2023 |
| M. G., Manager<br>Speedway<br>19880 NW 27th Avenue<br>Miami Gardens, Florida 33056 | 1. Speedway surveillance video – USA-3639 through USA-3661<br>2. Certification under FRE 902(11) – USA-652 | October 3, 2023 |
| M. Z., Financial Manager<br>Car Age Rental<br>1200 N. Federal Highway, Hollywood, Florida 33020 | 1. Vehicle location data – USA-308 through USA-309 and USA-311<br>2. Vehicle Rental Agreement – USA-670 through USA-681<br>3. Certification under FRE 902(11) – USA-655 | October 3, 2023 |
| T. D., Shift Manager<br>McDonald's<br>599 NW 62nd Street, Miami Florida 33150 | 1. McDonald's surveillance video – USA-3508 through USA-3512<br>2. Certification under FRE | October 3, 2023 |

| | | |
|---|---|---|
| | 902(11) – USA-653 | |
| F. L., Office Manager<br>Presidente Supermarket<br>621 NW 62nd Street, Miami Florida 33150 | 1. Presidente surveillance video – USA-3475 through USA-3482<br>2. Certification under FRE 902(11) – USA-655 | October 3, 2023 |
| B. J., Property Manager<br>MMS Group Management<br>Hadley Gardens Apartments,<br>3031 NW 19th Avenue, Miami Florida 33142 | 1. Surveillance video – USA-3637 through USA-3638<br>2. Certification under FRE 902(11) – USA-656 | October 3, 2023 |
| A. C., Property Manager<br>Coinco Investment Company, Inc,<br>13300 NE 6th Avenue, North Maimi, Florida 33161 | 1. Surveillance video – USA-3513 through USA-3636<br>2. Certification under FRE 902(11) – USA-657 | October 3, 2023 |
| W. S., Legal and Emergency Response<br>T-Mobile<br>4 Sylvan Way, Parsippany, New Jersey 07054 | 1. T-Mobile Records – USA-001 through USA-042<br>2. Certification under FRE 902(11) – USA-002 | October 3, 2023 |
| W. S., Legal and Emergency Response<br>T-Mobile<br>4 Sylvan Way, Parsippany, New Jersey 07054 | 1. T-Mobile Records – USA-503 through USA-544<br>2. Certification under FRE 902(11) – USA-3669 | October 3, 2023 |
| R. S., Legal and Emergency Response<br>T-Mobile<br>4 Sylvan Way, Parsippany, New Jersey 07054 | 1. T-Mobile Records – USA-3661 through USA-544<br>2. Certification under FRE 902(11) – USA-3694 | October 3, 2023 |
| City of Miami Police Department<br>400 NW 2 Avenue, Miami, Florida 33128 | 3. License plate reader photographs – USA-324 through USA-329<br>3. Certification under FRE 902(11) | Photographs provided on October 3, 2023<br><br>Certification under FRE 902(11) provided on June 3, 2024 |

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: */s/ Stefan Diaz Espinosa*
Stefan Diaz Espinosa
Assistant United States Attorney
Fla. Bar No. 1010217
JLK Federal Justice Building
99 Northeast 4th Street, 6th Floor
Miami, Florida 33132-2111
Telephone: 305-961-9124
Email: Stefan.Diaz.Espinosa@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 2, 2024, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Stefan Diaz Espinosa*
Stefan Diaz Espinosa
Assistant United States Attorney