UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20336-DSL

UNITED STATES OF AMERICA

v.

OSCAR BANDEN BURNS, et al

    **Defendants.**

_____/

### UNITED STATES MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD

TO THE HONORABLE COURT:

The United States of America, through the undersigned Assistant United States Attorney, hereby respectfully requests that this Honorable Court enter an order granting the undersigned's withdrawal as counsel of record in the instant case.

1. Undersigned counsel did not file the indictment against the three (3) defendants charged in the instant case.

2. Counsel was neither involved in the plea negotiations nor in the sentencing proceedings of the three (3) defendants. The instant case still has a defendant who is awaiting Sentencing.

3. Undersigned counsel no longer desires to be associated with the case or receive future notifications from the court.

WHEREFORE, for the foregoing reasons, the United States, hereby respectfully requests that this Honorable Court enter an order granting undersigned counsel's immediate withdrawal from the instant case.

                                      Respectfully submitted,

                                      MARKENZY LAPOINTE
                                      UNITED STATES ATTORNEY

By:   /s/ *Brooke Latta*
       BROOKE ELISE LATTA
       Assistant United States Attorney
       Florida Bar No. 105315
       JLK Federal Justice Building
       99 Northeast Fourth Street, 6th Floor
       Miami, Florida 33132-2111
       Telephone: (954) 873-8015
       E-Mail: Brooke.Latta@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of December 2024, I filed the foregoing document with the Clerk of Court using CM/ECF.

/s/ Brooke Latta
BROOKE ELISE LATTA
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 94-0506-CR-KMM

UNITED STATES OF AMERICA

vs.

LUIS MIGUEL PEREZ, ET AL.,
        **Defendants.**
_____/

## ORDER GRANTING UNITED STATES' MOTION TO WITHDRAW AS COUNSEL OF RECORD

THIS CAUSE came to court on the United States' Motion to Withdraw as Counsel of Record and the Court being fully advised on the premises, it is hereby,

**ORDERED AND ADJUDGED** that the motion is hereby GRANTED. The clerk of Court is hereby ordered to terminate Assistant United States Attorney Randy A. Hummel from this case.

**DONE AND ORDERED** in Chambers in Miami-Dade County, Florida this ___ day of **March 2020**.

_____
HONORABLE K. MICHAEL MOORE
UNITED STATES DISTRICT COURT JUDGE

cc:    Randy A. Hummel, AUSA