UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

23-CR-20336-LEIBOWITZ

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

OSCAR BANDEN BURNS,

    Defendant.
_____/

### DEFENDANT, OSCAR B. BURNS', WITNESS LIST

The Defendant may call the following witness in his defense at trial:

1. Mr. Kadeem Stephan Maynard, Registar No.: 98460-509, FCI Edgefield, South Carolina.

Respectfully submitted,

**S. PATRICK DRAY, P.A.**
11900 Biscayne Blvd., Suite 459
North Miami, FL 33181

Tel: (305) 379-4501
Fax: (786) 513-2244

By: s// Simon Patrick Dray
SIMON PATRICK DRAY, Esq.
FLORIDA BAR NO.: 0180157
pat@patdray.com

Attorney for Oscar Burns

By: */s/ Jonathan Freidman*
101 N.E. 3rd Avenue
Suite 1500
Fort Lauderdale, FL 33301
954-713-2820
Fax: 754-301-5109
Email:
JFriedmanlawfirm@gmail.com


Co-Counsel and Attorney for
Defendant, Oscar Burns

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 3, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: /s/ Simon Patrick Dray
SIMON PATRICK DRAY, Esq.