UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20336-DSL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OSCAR BURNS,

    Defendant.
_____/

**REPLY TO GOVERNMENT'S
RESPONSE TO BURNS'S MOTION TO SEVER**

Oscar Burns, by and through undersigned counsel, hereby files his Reply to the Government's Response [DE:148] to his Motion to Sever [DE:136], and in support thereof states as follows:

Although the parties disagree regarding the admissibility of Schnaider Cesar's statements incriminating Mr. Burns in this case, if the United States does not intend to use the statements against Mr. Burns in its case-in-chief, then there is no Confrontation Clause issue here and no need to sever the trial.

Mr. Burns reserves the right to object to the introduction of Mr. Cesar's statements implicating Mr. Burns even if the statements are introduced as impeachment as those statements would directly implicate Mr. Burns and would

violate his rights under the Confrontation Clause of the Sixth Amendment to the United States Constitution.

Respectfully submitted,

**S. PATRICK DRAY, P.A.**

11900 Biscayne Blvd., Suite 459
North Miami, FL 33181
Tel: (305) 379-4501
Fax: (786) 513-2244

By:  /s/ *S. Patrick Dray*
S. PATRICK DRAY, Esq.
FLORIDA BAR NO.: 0180157
pat@patdray.com

By:  */s/ Jonathan Freidman*
101 N.E. 3rd Avenue
Suite 1500
Fort Lauderdale, FL 33301
954-713-2820
Fax: 754-301-5109
Email: JFriedmanlawfirm@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 3, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By:  /s/ S. Patrick Dray
S. PATRICK DRAY, Esq.