UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

23-CR-20336-LEIBOWITZ

**UNITED STATES OF AMERICA,**

    Plaintiff,
**vs.**

**OSCAR BANDEN BURNS,**

    Defendant.
_____/

## DEFENDANT, OSCAR BURNS', PROPOSED *VOIR DIRE* QUESTIONS

**COMES NOW**, the Defendant, **Oscar Burns**, by and through undersigned counsel, and respectfully requests the Court to ask the following five *voir dire* questions pursuant to the Federal Rules of Criminal Procedure 24(e) and this Court's Order Setting Trial and Pre-Trial Scheduling Order at [DE 129, para 5]. Below are the five questions:

**1 & 2. - - Presumption of Innocence and Burden of Proof:**

Does everyone here agree with the fundamental principle of law that a person is innocent until proven guilty? If not, why?

1

The prosecution has the burden of proving guilt beyond a reasonable doubt - - the highest standard in the law - - can anyone not commit to holding the government to that high standard?

**3 & 4. - - Individual Responsibility:**

Do you think that someone should be held responsible for another person's actions simply because they know or associate with them? Can they be innocent even though they associate with a convicted felon?

Do you think that the testimony of a witness who claims another person was involved in a crime they have already confessed to and hopes to gain more favorable treatment in his or her own case, may have a reason to make a false statement while testifying in court?

**5. - - Law Enforcement "Expert" Testimony:**

Would you have any difficulty questioning the credibility, testing methods or conclusions by law enforcement "experts" - - such as FBI Crime Lab Analysts/Forensic Examiners - - not just police officers or federal agents in the field?

Respectfully submitted,

***S. PATRICK DRAY, P.A.***
11900 Biscayne Blvd., Suite 459
North Miami, FL 33181

Tel: (305) 379-4501
Fax: (786) 513-2244

By:  s// Simon Patrick Dray
SIMON PATRICK DRAY, Esq.
FLORIDA BAR NO.: 0180157
pat@patdray.com

Attorney for Oscar Burns


By:  */s/ Jonathan Freidman*
101 N.E. 3rd Avenue
Suite 1500
Fort Lauderdale, FL 33301
954-713-2820
Fax: 754-301-5109
Email: JFriedmanlawfirm@gmail.com


Co-Counsel and Attorney for
    Defendant, Oscar Burns

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 3, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                By: /s/ Simon Patrick Dray
                                SIMON PATRICK DRAY, Esq.