UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-cr-20336-DSL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SCHNAIDER CESAR,

    Defendant.

_____/

**DEFENDANT SCHNAIDER CESAR'S
<u>NOTICE OF CHANGE OF MAILING ADDRESS</u>**

The undersigned attorney for Defendant, SCHNAIDER CESAR, pursuant to SDFL LR 5.1 and 11.1(g) and CM/ECF Administrative Procedures 3D, files this Notice of Change of Address and requests that copies of all future pleadings, papers, and communications be directed to his new office address, as follows:

    **CASO PEDRAJA LAW P.A.**
    9700 South Dixie Highway,
    Suite 600, Miami, Florida 33156

[Continued on next page]

The undersigned's email address and other contact information remain the same.

**DATED** December 4, 2024.

Respectfully submitted,

**CASO PEDRAJA, P.A.**

By: /s/Jessica Caso Pedraja
JessicaCasoPedraja.,Esq.
Florida Bar No.:482234
Attorney for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 4, 2024, the foregoing Defendant Schnaider Cesar's Notice of Change of Mailing Address was electronically filed with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing (NEF) to all counsel of record registered therein.

**CASO PEDRAJA LAW, P.A.**

By: /s/Jessica Caso Pedraja
Jessica Caso Pedraja, Esq.
Florida Bar No.:482234
Attorney for Defendant
9700 South Dixie Highway,
Suite 600.
Miami, Florida 33156
Telephone: 305-810-9781
Email:
jessica@casopedrajalaw.com