UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20336-CR-LEIBOWITZ

**UNITED STATES OF AMERICA**,

 Plaintiff,

v.

**OSCAR BANDEN BURNS and
SCHNAIDER CESAR**,

 Defendant.
_____/

## OMNIBUS ORDER ON MOTIONS

THIS CAUSE came before the Court on the Government's Motion is Limine [ECF No. 123]; Defendant's Motion to Sever [ECF No. 136]; Defendant's Motion for Disclosures [ECF No. 137]; Defendant's Motion in Limine [ECF No. 138]; Notice of Intent to Use Expert Testimony Evidence [ECF No. 153]; Government's Motion to Withdraw as Attorney [ECF No. 156]; and Defendant's Motion for Writ of Habeas Ad Testificandum [ECF No. 158]. Being fully advised, having reviewed the submission of the parties, and heard the argument of counsel, and for the reason stated on the record at the December 5, 2024, hearing, it is **ORDERED AND ADJUDGED** as follows:

1. Government's Motion in Limine [ECF No. 123] is **GRANTED IN PART** (with respect to the Government introducing Defendant Cesar's prior conviction pursuant to Rule 404(b) of the Federal Rules of Evidence, and **RESOLVED BY STIPULATION** (with respect to the admission of the preamble of the recorded jail call).

2. Defendant's Motion to Sever [ECF No. 136] is **WITHDRAWN**.

3. Defendant's Motion for Disclosures [ECF No. 137] is **DENIED AS MOOT** as the Government has complied and defense counsel at the hearing agreed.

4. Defendant's Motion in Limine [ECF No. 138] is **DENIED** (with respect to (a) precluding testimony as to how the carjacking impacted the victim, (b) precluding testimony as to how the victim stated that the firearm was real, and (c) seeking to allow impeachment inquiry during cross examination by use of Defendant Blanc's pending burglary charges in state court).

5. Notice of Intent to use Expert Testimony Evidence is **MOOT** as opposing counsel has no objections.

6. Government's Motion to Withdraw as Attorney [ECF No. 156] is **GRANTED**. Assistant United States Attorney Brooke Latta is relieved of further responsibility in this case.

7. Defendant's Motion for Writ Ad Testificandum [ECF No. 158] is **GRANTED**.

To the extent the Court made additional or more detailed rulings on the record at the December 5, 2024, hearing that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.

**DONE AND ORDERED** in the Southern District of Florida on December 6, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record