UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20336-DSL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OSCAR BURNS,

    Defendant.
_____/

## MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Oscar Burns, by and through undersigned counsel, hereby moves for issuance of a writ of habeas corpus ad testificandum to the U.S. Marshal Service requiring it to produce at the trial in this case Jorge Perez-Decespedes, who is currently incarcerated at FDC Miami, Florida. Mr. Perez-Decespedes BOP Register Number is 64282-510. Mr. Burns intends to call Mr. Perez-Decespedes as a witness at his trial. Mr. Perez-Decespedes has personal knowledge of information relevant to Mr. Burns's defense, and the testimony of Mr. Perez-Decespedes is material and necessary at this trial. Trial is scheduled to begin on December 16, 2024. Mr. Burns therefore respectfully requests this Court direct the U.S. Marshal to produce Mr. Perez-Decespedes in court starting on December 17, 2024. A Writ of Habeas Corpus Ad Testificandum is attached hereto as Exhibit 2.

Respectfully submitted,

**S. PATRICK DRAY, P.A.**
11900 Biscayne Blvd., Suite 459
North Miami, FL 33181
Tel: (305) 379-4501
Fax: (786) 513-2244

By: /s/ *S. Patrick Dray*
S. PATRICK DRAY, Esq.

          FLORIDA BAR NO.: 0180157
          pat@patdray.com
By: */s/ Jonathan Freidman*
101 N.E. 3rd Avenue
Suite 1500
Fort Lauderdale, FL 33301
954-713-2820
Fax: 754-301-5109
Email: JFriedmanlawfirm@gmail.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 9, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: /s/ S. Patrick Dray
S. PATRICK DRAY, Esq.

2