UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20336-DSL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OSCAR BURNS,

    Defendant.
_____/

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO:    ANY UNITED STATES MARSHAL and
        WARDEN, FDC Miami, 33 NE 4th Street, Miami, FL 33132

It appearing from the petition of the Defendant **Oscar Burns** that **Danny Angel Rodriguez (Register No. 48128-004)**, a material witness for the Defense in the above entitled case, is confined at **FDC Miami** at **33 NE 4th Street, Miami, FL 33132**, and that this case is set for trial on **December 16, 2024** at **400 N. Miami Ave, Miami, Florida 33128** and that is necessary for the witness to be before this Court for the purpose of giving testimony in said proceeding.

**NOW, THEREFORE**, this is to command you, any United States Marshal, that you have the body of **Danny Angel Rodriguez (Register No. 48128-004)**, now in custody as aforesaid, under safe and secure conduct, before this Court at **400 N. Miami Ave, Miami, Florida 33128** by or before **9:00 A.M.** on **December 17, 2024**, for the purpose of testifying in the above case, and upon completion of all testimony that you return the subject with all convenient speed, under safe and secure conduct to the Warden of the aforesaid penal institution.

And this is to command you, Warden of **FDC Miami** at **33 NE 4th Street, Miami, FL 33132**, to deliver to the custody of any United States Marshal, upon production to you of a certified

copy of this writ, the body of **Danny Angel Rodriguez (Register No. 48128-004)**, for safe and secure conduct to this district for this purpose.

      **DONE AND ORDERED** this ____ day of December, 2024.

                                          _____
                                          DAVID S. LEIBOWITZ
                                          UNITED STATES DISTRICT JUDGE

Cc:    all counsel of record
        U.S. Marshal Service