UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20336-DSL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OSCAR BURNS,

    Defendant.
_____/

### ORDER GRANTING MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**THIS CAUSE** has come before the Court upon Defendant Oscar Burns's motion for a writ of habeas corpus ad testificandum directing the U.S. Marshal to transport Danny Angel Rodriguez (Register No. 48128-004) from FDC Miami to this court for trial beginning on December 17, 2024, to give testimony at the trial in this cause. It is hereby ordered and adjudged that the motion is **GRANTED,** and the U.S. Marshal is so directed.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 9th day of December, 2024.

                                              DAVID S. LEIBOWITZ
                                              UNITED STATES DISTRICT JUDGE

Cc:    all counsel of record
         U.S. Marshal Service