UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

23-CR-20336-LEIBOWITZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

OSCAR BANDEN BURNS,

    Defendant.

_____/

## **DEFENDANT, OSCAR B. BURNS'S, WITNESS LIST**

The Defendant may call the following witness in his defense at trial:

1. Mr. Kadeem Stephan Maynard, Register No.: 98460-509, FCI Edgefield, South Carolina.
2. Jorge Perez-Decespedes, Register No.: 64282-510, FDC Miami, Florida
3. Danny Angel Rodriguez, Register No.: 48128-004, FDC Miami, Florida.

    Respectfully submitted,

    ***S. PATRICK DRAY, P.A.***
    11900 Biscayne Blvd., Suite 459
    North Miami, FL 33181
    Tel: (305) 379-4501
    Fax: (786) 513-2244

    By: s// Simon Patrick Dray
    SIMON PATRICK DRAY, Esq.
    FLORIDA BAR NO.: 0180157
    pat@patdray.com

        Attorney for Oscar Burns

        By: */s/ Jonathan Freidman*
        101 N.E. 3rd Avenue
        Suite 1500
        Fort Lauderdale, FL 33301
        954-713-2820
        Fax: 754-301-5109
        JFriedmanlawfirm@gmail.com
        Co-Counsel for Oscar Burns

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 9, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

        By: /s/ Simon Patrick Dray
        SIMON PATRICK DRAY, Esq.