UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20336-DSL

UNITED STATES OF AMERICA,

      Plaintiff,

v.

OSCAR BANDEN BURNS,

      Defendant.

_____/

**NOTICE OF ATTORNEY APPEARANCE**
**(PRO BONO CAPACITY)**

COMES NOW, the undersigned attorney, ALYSSA M. ALTONAGA, ESQ., and files this Notice of Appearance as Co-Counsel of Record for the Defendant, OSCAR BANDEN BURNS. This Notice of Appearance is for trial purposes only. Undersigned counsel enters her appearance in a pro bono capacity as co-counsel to lead counsel for Mr. Burns in this matter, S. Patrick Dray, Esq.

                                              Respectfully submitted,

                                              /s/ ***Alyssa. M. Altonaga***
                                              Alyssa M. Altonaga, Esq.
                                              Florida Bar No. 1025089

                                              **ALTONAGA LAW, PLLC**
                                              333 SE Second Avenue
                                              Suite 2000
                                              Miami, Florida 33131
                                              alyssa@altonagalaw.com
                                              786-960-5353
                                              Co-Counsel for *Oscar Banden Burns*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 10, 2024, I filed the foregoing document via CM/ECF which will serve all counsel of record.

/s/ *Alyssa M. Altonaga*
Alyssa M. Altonaga, Esq.