UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20336-LEIBOWITZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

OSCAR BANDEN BURNS,

    Defendant.

_____/

### DEFENDANT OSCAR B. BURNS'S SECOND AMENDED WITNESS LIST

The Defendant may call the following witness in his defense at trial:

1. Mr. Kadeem Stephan Maynard, Register No.: 98460-509, FCI Edgefield, South Carolina.
2. Jorge Perez-Decespedes, Register No.: 64282-510, FDC Miami, Florida
3. Danny Angel Rodriguez, Register No.: 48128-004, FDC Miami, Florida.
4. Maximillian Kenhan, Miami Police Department
5. Volkan Ersozlu, FBI Task Force Officer

    Respectfully submitted,

By: /s/ *Simon Patrick Dray*
SIMON PATRICK DRAY, Esq.
FLORIDA BAR NO.: 0180157
pat@patdray.com
**S. PATRICK DRAY, P.A.**
11900 Biscayne Blvd., Suite 459
North Miami, FL 33181
Tel: (305) 379-4501

Fax: (786) 513-2244
*Attorney for Oscar Burns*

By: **/s/ Jonathan Freidman**
101 N.E. 3rd Avenue
Suite 1500
Fort Lauderdale, FL 33301
954-713-2820
Fax: 754-301-5109
JFriedmanlawfirm@gmail.com
*Co-Counsel for Oscar Burns*

**By: /s/ *Alyssa M. Altonaga***
Alyssa M. Altonaga, Esq.
Fla. Bar No. 1025089
ALTONAGA LAW, PLLC
333 SE Second Ave
Suite 2000
Miami, FL 33131
786-960-5353
alyssa@altonagalaw.com
*Co-Counsel for Oscar Burns*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 11, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: /s/ Simon Patrick Dray
SIMON PATRICK DRAY, Esq.