UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20336-LEIBOWITZ

UNITED STATES OF AMERICA

v.

OSCAR BANDEN BURNS and
SCHNAIDER CESAR,

      Defendants.
_____/

## UNITED STATES' AMENDED WITNESS AND EXHIBIT LIST

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully submits the following amended witness and exhibit lists to be introduced at the trial during the two-week trial period beginning on December 16, 2024.

The United States requests leave to add exhibits and witnesses as may become necessary.

    Respectfully submitted,

    MARKENZY LAPOINTE
    UNITED STATES ATTORNEY

By:

/s/Stefan Diaz Espinosa
Stefan Diaz Espinosa
Assistant United States Attorney
Fla. Bar No. 1010217
99 NE 4th Street, 6th Floor
Miami, Florida 33132
Tel: (305) 961-9124
Stefan.Diaz.Espinosa@usdoj.gov

/s/Yeney Hernandez
Yeney Hernandez
Assistant United States Attorney
Court ID No. A5502300
99 NE 4th Street
Miami, FL 33132
Tel: (305) 961-9277
Yeney.Hernandez@usdoj.gov

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20336-LEIBOWITZ

UNITED STATES OF AMERICA　　　　　　　　　　**Amended Witness and Exhibit List**

v.

**OSCAR BANDEN BURNS and
SCHNAIDER CESAR,**

　　　**Defendants.**
_____/

| Presiding Judge: Honorable David S. Leibowitz | | | | | AUSA: Stefan Diaz Espinosa Yeney Hernandez | Defendants' Attorneys: S. Patrick Dray David Donet, Jr. |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: | Courtroom Deputy: Tamisha Shotwell |
| | | | | | **Witness List** | |
| 1 | | | | | Maximillian Kenhan, Miami Police Department | |
| 2 | | | | | Ernesto Fernandez, Miami Police Department | |
| 3 | | | | | Genita Millhomme, Miami Police Department | |
| 4 | | | | | Betty Sawyer Jackson | |
| 5 | | | | | Jaynis Tadlock, Miami Police Department | |
| 6 | | | | | Christopher Goodrich, Federal Bureau of Investigation | |
| 7 | | | | | Jourdan Moultrie, Miami Police Department | |
| 8 | | | | | Blake Weinger, Miami Police Department | |
| 9 | | | | | Willie Laster, Miami Police Department | |
| 10 | | | | | Rayneo Blanc | |
| 11 | | | | | Howard Davis, Miami Police Department | |
| 12 | | | | | Jerrilyn Conway, Federal Bureau of Investigation | |
| 13 | | | | | Edgar Rivera, National Insurance Crime Bureau | |
| 14 | | | | | Ronald Ferris, Jr. | |

| Presiding Judge: Honorable David S. Leibowitz | | | | | AUSA: Stefan Diaz Espinosa Yeney Hernandez | Defendants' Attorneys: S. Patrick Dray David Donet, Jr. |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: | Courtroom Deputy: Tamisha Shotwell |
| 15 | | | | | Kassandra Evangelista | |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| | | | | | **Exhibit List** | |
| 1 | | | | | May 3, 2023 Surveillance Footage 1 – McDonald's | |
| 1A | | | | | Photograph 1 from Surveillance Footage 1 – McDonald's | |
| 1B | | | | | Photograph 2 from Surveillance Footage 1 – McDonald's | |
| 2 | | | | | May 3, 2023 Surveillance Footage 2 – McDonald's | |
| 2A | | | | | Photograph 1 from Surveillance Footage 2 – McDonald's | |
| 3 | | | | | May 3, 2023 Surveillance Footage 1 – Marathon Gas | |
| 3A | | | | | Photograph 1 from Surveillance Footage 1 – Marathon Gas | |
| 4 | | | | | May 3, 2023 Surveillance Footage 2 – Marathon Gas | |
| 5 | | | | | May 3, 2023 Surveillance Footage 3 – Marathon Gas | |
| 6 | | | | | May 3, 2023 Surveillance Footage 1 – Speedway Gas | |
| 6.1 | | | | | May 3, 2023 Surveillance Footage 1 – Speedway Gas - Redacted | |
| 6A | | | | | Photograph 1 from Surveillance Footage 1 – Speedway Gas | |

| Presiding Judge: Honorable David S. Leibowitz | | | | | AUSA: Stefan Diaz Espinosa Yeney Hernandez | Defendants' Attorneys: S. Patrick Dray David Donet, Jr. |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: | Courtroom Deputy: Tamisha Shotwell |
| 6B | | | | | Photograph 2 from Surveillance Footage 1 – Speedway Gas | |
| 7 | | | | | May 3, 2023 Surveillance Footage 2 – Speedway Gas | |
| 7.1 | | | | | May 3, 2023 Surveillance Footage 2 – Speedway Gas - Redacted | |
| 8 | | | | | May 3, 2023 Surveillance Footage 3 – Speedway Gas | |
| 8.1 | | | | | May 3, 2023 Surveillance Footage 3 – Speedway Gas - Redacted | |
| 8A | | | | | Photograph 1 from Surveillance Footage 3 – Speedway Gas | |
| 9 | | | | | May 3, 2023 Surveillance Footage 4 – Speedway Gas | |
| 9.1 | | | | | May 3, 2023 Surveillance Footage 4 – Speedway Gas - Redacted | |
| 9A | | | | | Photograph 1 from Surveillance Footage 4 – Speedway Gas | |
| 10 | | | | | May 3, 2023 Surveillance Footage 5 – Speedway Gas | |
| 10.1 | | | | | May 3, 2023 Surveillance Footage 5 – Speedway Gas - Redacted | |
| 11 | | | | | May 3, 2023 Surveillance Footage 6 – Speedway Gas | |
| 11.1 | | | | | May 3, 2023 Surveillance Footage 6 – Speedway Gas - Redacted | |

| Presiding Judge: Honorable David S. Leibowitz | | | | | AUSA: Stefan Diaz Espinosa Yeney Hernandez | Defendants' Attorneys: S. Patrick Dray David Donet, Jr. |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: | Courtroom Deputy: Tamisha Shotwell |
| 12 | | | | | May 3, 2023 Surveillance Footage 1 – Hadley Gardens Apartments | |
| 12A | | | | | Photograph 1 from Surveillance Footage 1 – Hadley Gardens Apartments | |
| 12B | | | | | Photograph 2 from Surveillance Footage 1 – Hadley Gardens Apartments | |
| 12C | | | | | Photograph 3 from Surveillance Footage 1 – Hadley Gardens Apartments | |
| 12D | | | | | Photograph 4 from Surveillance Footage 1 – Hadley Gardens Apartments | |
| 12E | | | | | Photograph 5 from Surveillance Footage 1 – Hadley Gardens Apartments | |
| 12F | | | | | Photograph 6 from Surveillance Footage 1 – Hadley Gardens Apartments | |
| 13 | | | | | May 3, 2023 Surveillance Footage 2 – Hadley Gardens Apartments | |
| 13A | | | | | Photograph 1 from Surveillance Footage 2 – Hadley Gardens Apartments | |
| 14 | | | | | May 3, 2023 Surveillance Footage 1 – Presidente Supermarket | |
| 14A | | | | | Photograph 1 from Surveillance Footage 1 – Presidente Supermarket | |
| 14B | | | | | Photograph 2 from Surveillance Footage 1 – Presidente Supermarket | |
| 15 | | | | | May 3, 2023 Surveillance Footage 2 – Presidente Supermarket | |

| Presiding Judge: Honorable David S. Leibowitz | | | | | AUSA: Stefan Diaz Espinosa Yeney Hernandez | Defendants' Attorneys: S. Patrick Dray David Donet, Jr. |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: | Courtroom Deputy: Tamisha Shotwell |
| 15A | | | | | Photograph 1 from Surveillance Footage 2 – Presidente Supermarket | |
| 16 | | | | | May 3, 2023 Surveillance Footage 1 – 611 NW 65 Street - **Door** | |
| 16.1 | | | | | May 3, 2023 Surveillance Footage 1 – 611 NW 65 Street – **Door** - Redacted | |
| 16A | | | | | Photograph 1 from Surveillance Footage 1 – 611 NW 65 Street - **Door** | |
| 17 | | | | | May 3, 2023 Surveillance Footage 2 – 611 NW 65 Street - **Door** | |
| 17.1 | | | | | May 3, 2023 Surveillance Footage 2 – 611 NW 65 Street – **Door** – Redacted 1 | |
| 17.2 | | | | | May 3, 2023 Surveillance Footage 2 – 611 NW 65 Street – **Door** – Redacted 2 | |
| 17.3 | | | | | May 3, 2023 Surveillance Footage 2 – 611 NW 65 Street – **Door** – Redacted 3 | |
| 17A | | | | | Photograph 1 from Surveillance Footage 2 – 611 NW 65 Street - **Door** | |
| 17B | | | | | Photograph 2 from Surveillance Footage 2 – 611 NW 65 Street - **Door** | |
| 18 | | | | | May 3, 2023 Surveillance Footage 3 – 611 NW 65 Street - **Door** | |
| 18.1 | | | | | May 3, 2023 Surveillance Footage 3 – 611 NW 65 Street – **Door** – Redacted 1 | |
| 18.2 | | | | | May 3, 2023 Surveillance Footage 3 – 611 NW 65 Street – **Door** – Redacted 2 | |

| Presiding Judge: Honorable David S. Leibowitz | | | | | AUSA: Stefan Diaz Espinosa Yeney Hernandez | Defendants' Attorneys: S. Patrick Dray David Donet, Jr. |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: | Courtroom Deputy: Tamisha Shotwell |
| 18.3 | | | | | May 3, 2023 Surveillance Footage 3 – 611 NW 65 Street – **Door** – Redacted 3 | |
| 18A | | | | | Photograph 1 from Surveillance Footage 3 – 611 NW 65 Street - **Door** | |
| 18B | | | | | Photograph 2 from Surveillance Footage 3 – 611 NW 65 Street - **Door** | |
| 18C | | | | | Photograph 3 from Surveillance Footage 3 – 611 NW 65 Street - **Door** | |
| 19 | | | | | May 3, 2023 Surveillance Footage 4 – 611 NW 65 Street - **Door** | |
| 19.1 | | | | | May 3, 2023 Surveillance Footage 4 – 611 NW 65 Street – **Door** – Redacted 1 | |
| 19.2 | | | | | May 3, 2023 Surveillance Footage 4 – 611 NW 65 Street – **Door** – Redacted 2 | |
| 19A | | | | | Photograph 1 from Surveillance Footage 4 – 611 NW 65 Street - **Door** | |
| 19B | | | | | Photograph 2 from Surveillance Footage 4 – 611 NW 65 Street - **Door** | |
| 19C | | | | | Photograph 3 from Surveillance Footage 4 – 611 NW 65 Street - **Door** | |
| 20 | | | | | May 3, 2023 Surveillance Footage 5 – 611 NW 65 Street - **Door** | |
| 20.1 | | | | | May 3, 2023 Surveillance Footage 5 – 611 NW 65 Street – **Door** – Redacted 1 | |
| 20.2 | | | | | May 3, 2023 Surveillance Footage 5 – 611 NW 65 Street – **Door** – Redacted 2 | |

| Presiding Judge: Honorable David S. Leibowitz | | | | | AUSA: Stefan Diaz Espinosa Yeney Hernandez | Defendants' Attorneys: S. Patrick Dray David Donet, Jr. |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: | Courtroom Deputy: Tamisha Shotwell |
| 20A | | | | | | Photograph 1 from Surveillance Footage 5 – 611 NW 65 Street - **Door** |
| 21 | | | | | | May 3, 2023 Surveillance Footage 1 – 611 NW 65 Street - **Front** |
| 21.1 | | | | | | May 3, 2023 Surveillance Footage 1 – 611 NW 65 Street – **Front** – Redacted |
| 21A | | | | | | Photograph 1 from Surveillance Footage 1 – 611 NW 65 Street - **Front** |
| 22 | | | | | | May 3, 2023 Surveillance Footage 2 – 611 NW 65 Street - **Front** |
| 22.1 | | | | | | May 3, 2023 Surveillance Footage 2 – 611 NW 65 Street – **Front** – Redacted 1 |
| 22.2 | | | | | | May 3, 2023 Surveillance Footage 2 – 611 NW 65 Street – **Front** – Redacted 2 |
| 23 | | | | | | May 3, 2023 Surveillance Footage 1 – 611 NW 65 Street - **Walkway** |
| 23.1 | | | | | | May 3, 2023 Surveillance Footage 1 – 611 NW 65 Street – **Walkway** – Redacted 1 |
| 23.2 | | | | | | May 3, 2023 Surveillance Footage 1 – 611 NW 65 Street – **Walkway** – Redacted 2 |
| 23.3 | | | | | | May 3, 2023 Surveillance Footage 1 – 611 NW 65 Street – **Walkway** – Redacted 3 |
| 23.4 | | | | | | May 3, 2023 Surveillance Footage 1 – 611 NW 65 Street – **Walkway** – Redacted 4 |
| 23A | | | | | | Photograph 1 from Surveillance Footage 1 – 611 NW 65 Street - **Walkway** |

| Presiding Judge: Honorable David S. Leibowitz | | | | | AUSA: Stefan Diaz Espinosa Yeney Hernandez | Defendants' Attorneys: S. Patrick Dray David Donet, Jr. |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: | Courtroom Deputy: Tamisha Shotwell |
| 23B | | | | | Photograph 2 from Surveillance Footage 1 – 611 NW 65 Street - **Walkway** | |
| 23C | | | | | Photograph 3 from Surveillance Footage 1 – 611 NW 65 Street - **Walkway** | |
| 24 | | | | | May 3, 2023 Surveillance Footage 2 – 611 NW 65 Street - **Walkway** | |
| 24.1 | | | | | May 3, 2023 Surveillance Footage 2 – 611 NW 65 Street – **Walkway** - Redacted | |
| 24A | | | | | Photograph 1 from Surveillance Footage 2 – 611 NW 65 Street - **Walkway** | |
| 24B | | | | | Photograph 2 from Surveillance Footage 2 – 611 NW 65 Street - **Walkway** | |
| 24C | | | | | Photograph 3 from Surveillance Footage 2 – 611 NW 65 Street - **Walkway** | |
| 25 | | | | | May 3, 2023 Surveillance Footage 1 – 13300 NE 6 Avenue | |
| 25.1 | | | | | May 3, 2023 Surveillance Footage 1 – 13300 NE 6 Avenue – Redacted 1 | |
| 25.2 | | | | | May 3, 2023 Surveillance Footage 1 – 13300 NE 6 Avenue – Redacted 2 | |
| 25A | | | | | Photograph 1 from Surveillance Footage 1 – 13300 NE 6 Avenue | |
| 25B | | | | | Photograph 2 from Surveillance Footage 1 – 13300 NE 6 Avenue | |
| 26 | | | | | May 3, 2023 Surveillance Footage 2 - 13300 NE 6 Avenue | |
| 27 | | | | | License Plate Reader Photograph 1 – 6:12AM | |

9

| Presiding Judge: Honorable David S. Leibowitz | | | | | AUSA: Stefan Diaz Espinosa Yeney Hernandez | Defendants' Attorneys: S. Patrick Dray David Donet, Jr. |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: | Courtroom Deputy: Tamisha Shotwell |
| 28 | | | | | License Plate Reader Photograph 2 – 6:28:38AM | |
| 29 | | | | | License Plate Reader Photograph 3 – 6:28:46AM | |
| 30 | | | | | License Plate Reader Photograph 4 – 6:44:33AM | |
| 31 | | | | | Body Worn Camera Footage 1 | |
| 31.1 | | | | | Body Worn Camera Footage 1 - Redacted | |
| 31A | | | | | Photograph 1 from Body Worn Camera Footage 1 | |
| 31B | | | | | Photograph 2 from Body Worn Camera Footage 1 | |
| 32 | | | | | Crime Scene Photograph 1 – White Tucson | |
| 33 | | | | | Crime Scene Photograph 2 – White Tucson | |
| 34 | | | | | Search Warrant Photograph 1 – 611 NW 65 Street | |
| 35 | | | | | Crime Scene Photograph 1 – Grey Tucson | |
| 36 | | | | | Crime Scene Photograph 2 – Grey Tucson | |
| 37 | | | | | Crime Scene Photograph 3 – Grey Tucson | |
| 38 | | | | | Crime Scene Photograph 4 – Grey Tucson | |
| 39 | | | | | Telephone Records – 786-762-5162 | |
| 40 | | | | | Telephone Records – 305-610-4257 | |
| 41 | | | | | Rental Agreement – White Tucson | |
| 42 | | | | | Cell site PowerPoint – 305-610-4257 | |
| 43 | | | | | Shipping Information for Hyundai Tucson Bearing VIN 5NMJB3AEXPH170418 | |
| 44 | | | | | Window Sticker for Hyundai Tucson Bearing VIN 5NMJB3AEXPH170418 | |
| 45 | | | | | GPS Location for White Tucson | |
| 46 | | | | | DNA Swabs from Oscar Burns | |
| 47 | | | | | DNA Swabs from White Tucson | |
| 48A-G | | | | | Fingerprint Cards Lifted from White Tucson | |

| Presiding Judge: Honorable David S. Leibowitz | | | | | AUSA: Stefan Diaz Espinosa Yeney Hernandez | Defendants' Attorneys: S. Patrick Dray David Donet, Jr. |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: | Courtroom Deputy: Tamisha Shotwell |
| 49 | | | | | Fingerprint Card of Oscar Burns | |
| 50 | | | | | Fingerprint Card of Schnaider Cesar | |
| 51 | | | | | Google Maps Photograph – 611 NW 65 Street | |
| 52 | | | | | *Kastigar* Letter - Blanc | |
| 53 | | | | | Plea Agreement - Blanc | |
| 54 | | | | | Recorded Call 1 - Burns | |
| 54A | | | | | Transcript of Recorded Call 1 | |
| 55 | | | | | Certified DAVIDs of Burns, Blanc, and Cesar | |
| 56 | | | | | May 3, 2023 Surveillance Footage 2 – 611 NW 65 Street – **Walkway** – Redacted | |
| 56A | | | | | May 3, 2023 Surveillance Footage 2 – 611 NW 65 Street – **Walkway** | |
| 57 | | | | | May 3, 2023 Photograph from Footage– 611 NW 65 Street – **Front** | |
| 58 | | | | | Hard Drive | |
| 59 | | | | | Trial Stipulations | |
| 60 | | | | | Certified Prior Conviction – Defendant Cesar | |
| | | | | | | |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 12, 2024 a true and correct copy of the foregoing was filed with the Clerk of Court using CM/ECF.

By: */s/ Stefan Diaz Espinosa*
Stefan Diaz Espinosa
ASSISTANT UNITED STATES ATTORNEY