UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20336-DSL

UNITED STATES OF AMERICA,

       Plaintiff,

v.

OSCAR BANDEN BURNS,

       Defendant.

_____/

## RENEWED MOTION IN LIMINE TO PERMIT CERTAIN IMPEACHMENT OF RAYNEO BLANC BASED ON NEWLY DISCOVERED EVIDENCE

OSCAR BANDEN BURNS, by and through undersigned counsel, hereby requests that this Court permit the defense to cross-examine Government witness Rayneo Blanc regarding very narrow and specific facts pertaining to his state criminal cases in which his cousin, Anton Bradley Brown, is a co-defendant, and thus renews his previous motion in limine, this time with a more narrow scope. [DE:138].  New evidence provided by the government on Friday, December 13, 2024, has come to light that goes directly to Blanc's motive and knowledge, and is therefore permissible impeachment.

## INTRODUCTION AND BLANC'S MOTIVE TO FABRICATE

As a preliminary matter, the defense submits that this Court should strike Blanc as a witness, as he will very likely commit perjury. Lawyers have an ethical obligation to not offer the false testimony, and Blanc has been caught lying too many times.[1] The Government now has

---

[1] In a recent *Brady/Giglio* disclosure, after the mistrial, the Government provided evidence that Blanc lied to the Metro West medical staff regarding psychological symptoms when he was first detained. The Government also disclosed that Blanc was prescribed Zyprexa by a psychiatrist on July 26, 2024, due to self-reported experiences with auditory hallucinations. However, the

evidence that Blanc is trying to "save his cousin." His cousin has been charged alongside him in several similar cases. If this Court determines that Blanc should be permitted to testify and that it is up to the jury to make the credibility determination, then Mr. Burns respectfully requests this Court permit him to properly impeach him by giving the jury the whole picture.

Blanc is expected to testify that he rented the White Hyundai Tucson (the "offending vehicle" or "rental car"), and that Mr. Burns borrowed the Tucson and damaged its front bumper, and that Mr. Burns carjacked the victim with co-defendant Schnaider Cesar, so that they could take the bumper from the victim's vehicle. Burns allegedly committed the carjacking by backing up the offending vehicle behind the victim's vehicle and blocking her in. Mr. Burns's motive, according to the Government, is that Mr. Burns felt guilty for damaging the car. However, this theory is contrary to the evidence, and impeachment evidence exists that not only significantly undermines Blanc's credibility, but also points to another motive entirely. Some of this evidence was hinted at the previous trial in this matter. But new evidence has been recently uncovered that furthers this point. The relevant facts are as follows:

***Prior Testimony***

   1. The victim, Betty Jackson, testified at the previous trial that when the armed carjacker accosted her, he stated "why did you take my cousin car?" (Trial Trans. Day 2 at 48).

***Fingerprint Confirmation***

   2. Government witness Genita Milhomme, who at the time was a crime scene investigator with the City of Miami Police Department, lifted fingerprints from the offending vehicle or thie "rental car" in this case. Those fingerprints were analyzed by Government witness and Latent Print

---

medication was discontinued because the psychiatrist concluded Blanc displayed no signs of mania or psychosis, and Blanc had previously admitted to medication-seeking behavior.

Examiner, Jourdan Moultrie. Moultrie's Report #5 shows that Anton Bradley Brown's fingerprints were found on the offending vehicle. *See* attached, Exhibit 1.

3.   Anton Bradley Brown is Rayneo Blanc's cousin.

***State Cases***

4.   Blanc and Brown were recently co-defendants in two Miami-Dade state cases (the "state cases").[2] Those cases involved burglaries of unoccupied vehicles. Blanc is the "A" defendant and Brown is the "B" defendant. Brown has a very long history of arrests. *See* attached, Exhibit 2, (Brown's Mugshots and Jail Cards). Blanc's cases are still open, but curiously, Brown pleaded guilty in exchange for a sentence of credit time served (1 day), which he received on September 9, 2024, after Blanc testified at the first trial in this case. *See* attached, Exhibit 3 (Brown's Judgments).

***Defense Listed Witness Jorge Decespedes***

5.   On December 9, 2024, Mr. Burns listed as a witness Jorge Decespedes, an inmate at the Federal Detention Center Miami. As undersigned counsel advised this Court following jury selection on Monday, December 9, the defense listed Mr. Decespedes because it believed he had information that Blanc was intending to lie on the stand in order to save himself.

6.   On December 13, 2024, the Government interviewed Jorge Decespedes. The Government subsequently produced a Report of Investigation as a *Brady/Giglio* disclosure. *See* attached, Exhibit 4. Although Mr. Decespedes does not know the details of this case, Mr. Decespedes told the Government that Blanc committed a carjacking that that Blanc stated Blanc needed to "save his cousin" or "protect his cousin." There were other inmates in the cell who overheard this conversation. Mr. Decespedes informed Mr. Burns about Blanc's statements on December 6, 2024.

---

[2] The state case numbers are F22-22439 and F22-22449.

Thus, there is ample support for the theory that Blanc is testifying for the Government against Burns in order to protect his cousin, Brown. The two clearly have a history of committing vehicle-related crimes together. The fact that Brown received *credit time served* on a burglary charge when he has convictions on his record involving firearms and burglaries is odd, to say the least. The other puzzle pieces fit into this theory – that the victim in this case heard the carjacker mention his cousin and that a witness has come forward to say that Blanc said he needs to save or protect his cousin.

The Government may try to argue that Blanc's statements about protecting his cousin were made regarding the state cases, and has nothing to do with this case. Such an argument would hold water *if* Brown's state cases were still open, but they are not. Brown has no more open cases in state court. This is the only case where Brown could be exposed. But Blanc's cases *are* still open in state court. The defense therefore seeks to impeach Blanc as follows:

(a) Blanc is lying to protect his cousin;
(b) Blanc told Mr. Decespedes that he needed to "save his cousin" or "protect his cousin" at FDC;
(c) Banc's statements to Mr. Decespedes about "saving his cousin" were made regarding this case;
(d) The statements were not made regarding the state cases because Brown's state cases are now closed and Brown received credit time served.

In sum, Mr. Burns seeks to impeach Blanc with this evidence only if Blanc says he is not lying to protect his cousin and that the statements made to Mr. Decespedes has nothing to do with this case. For the reasons set forth below, this Court should grant Mr. Burns's request to impeach Blanc in this manner.

## ARGUMENT

This Court previously decided that Blanc's state cases were inadmissible as impeachment evidence because they were unconnected to this case. But now, there is evidence that supports the

defense's argument: specifically, these state cases, when combined with the other evidence in this case, goes directly to Blanc's knowledge that his cousin is the carjacker, not Burns, and that Blanc has a substantial motive to lie for his cousin. Moreover, it was the government that uncovered this when they interviewed a defense witness, where a writ was sought for his testimony. Naturally, the fact that Blanc has state cases at all will come up, but the defense does not seek to use the fact that Blanc has statements as propensity evidence. The purpose of bringing up the cases is solely to show that Blanc is lying for his co-defendant and cousin, Brown, and that the only motive to lie would be for *this* case because the state cases against Brown are closed. Furthermore, he has an interest in this case to fabricate testimony to gain a benefit from the government.

Fed. R. Evid. 404(b) states that evidence of other crimes, wrongs, or acts, "may be admissible for another purpose, such as proving motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake, or lack of accident." For such evidence to be admissible, "(1) it must be relevant to an issue other than defendant's character; (2) there must be sufficient proof to enable a jury to find by a preponderance of the evidence that the defendant committed the act(s) in question; and (3) the probative value of the evidence cannot be substantially outweighed by undue prejudice." *United States v. Edouard*, 485 F.3d 1324, 1344 (11th Cir. 2007) (citing *United States v. Chavez*, 204 F.3d 1305, 1317 (11th Cir. 2000). The court in *Edouard* noted that any unfair prejudice was mitigated by a limiting instruction. *Id*.

Mr. Burns does not, in any way, seek to impeach Blanc with these cases in order to show conformity with a propensity for committing vehicle-related crimes. Rather, Mr. Burns seeks to elicit that, because Brown has not been indicted in this case, and because Brown's state cases are closed, Blanc needs to testify favorably for the Government so that he can obtain not only a sentencing reduction for himself, but also so that Mr. Burns gets convicted. Because if Mr. Burns

is acquitted, then who was the carjacker? This leaves his cousin exposed on the only potentially "open" case. Blanc's statement to Mr. Decespedes at FDC earlier this month could not have pertained to Brown's state cases, which closed three months ago. This evidence is, therefore, highly probative. The jury needs this information in order to make an accurate and informed credibility determination.

Additionally, if this Court has any concerns pertaining to unfair prejudice, this Court can issue a limiting instruction for the jury that the evidence is not being offered for propensity. For example, this Court could instruct the jury using a modified version of Eleventh Circuit Pattern Jury Instruction S4.1 (the Similar Acts Evidence Instruction):

> During the trial, you heard evidence of acts allegedly done by a co-defendant or witness on other occasions that may be similar to acts allegedly committed in this case. This evidence may be considered by you for the limited purpose of assisting you in determining that witness's credibility or motive. You may not consider this evidence for any other purpose.

By issuing a limiting instruction and focusing the defense's inquiry on the motive of the witness, this Court can ensure that the jury considers the evidence within the appropriate scope. This approach will balance the need to protect Mr. Burns's right to a fair trial with the necessity of presenting probative information that will greatly assist the jury in its credibility determination.

This credibility determination is imperative. Brown's fingerprints were identified on the offending vehicle. The victim heard the carjacker mention a cousin. Blanc is the ***only*** witness who identifies Mr. Burns as the man who carjacked Ms. Jackson at gunpoint. Mr. Burns's DNA is not in the offending vehicle. Mr. Burns is not captured on camera in either vehicle. Ms. Jackson cannot identify Mr. Burns as the carjacker. A witness has now stated Blanc committed a carjacking and needs to protect his cousin. But in order for the jury to make a proper credibility determination, it needs all of the puzzle pieces. The proffered evidence is a vital piece of that puzzle.

Undersigned counsel submits that this Motion can be adequately addressed the morning of December 16, 2024, before the jury arrives to court.

Respectfully submitted,

**/s/ *Simon Patrick Dray***
Simon Patrick Dray, Esq.
Florida Bar No. 0180157
S. PATRICK DRAY, P.A.
11900 Biscayne Blvd., Suite 459
North Miami, Florida 33181
305-379-4501
pat@patdray.com
*Counsel for Oscar Burns*

**/s/ *Jonathan Friedman***
101 N.E. 3rd Avenue
Suite 1500
Fort Lauderdale, FL 33301
954-713-2820
Fax: 754-301-5109
 JFriedmanlawfirm@gmail.com
*Co-Counsel for Oscar Burns*

**By: /s/ *Alyssa M. Altonaga***
Alyssa M. Altonaga, Esq.
Fla. Bar No. 1025089
ALTONAGA LAW, PLLC
333 SE Second Ave
Suite 2000
Miami, FL 33131
786-960-5353
alyssa@altonagalaw.com
*Co-Counsel for Oscar Burns*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on December 15, 2024, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.

By:  <u>/s/ Simon Patrick Dray</u>
SIMON PATRICK DRAY, Esq.

# EXHIBIT 1

**Report #5**

**CITY OF MIAMI POLICE DEPARTMENT**
**TECHNICAL SERVICES DETAIL**
**LATENT PRINT COMPARISON REPORT**

Incident No.  230503-0031584          Unit:  Robbery                    Latent Print Case No.:  23-454-3

Type of Offense:  Robbery                            Location:  3031 NW 19 Avenue

Victim(s):     Betty Jackson                    Date of this Report:  05/19/2023

ON   05/12/2023   Crime Scene Investigator          G. Milhomme          PIN#  28523     Lifted latent(s) from

Exterior right rear passenger roof support of a 4-door white Hyundai Tucson FL tag IK65WY (Latent card #44)

In reference to the above case number, the latent(s) were compared and identified to the standard finger/palm print(s) of:
Anton Bradley Brown DOB: 08/09/1988          I.D. Number:  CIN: 0726735

Jourdan Moultrie                              44985
Latent Print Examiner                         Pin Number

USA-343

# EXHIBIT 2

# Miami-Dade
## Mugshot Profile

**ANTON BROWN**

| | |
|---|---|
| AGE: | 34 |
| JAIL #: | 220161479 |
| CIN #: | 0726735 |
| Police Case #: | PD221130397841 |
| Arrest Date: | Dec 7 2022 2:30PM |
| Photo Date: | Dec 8 2022 1:12AM |
| Sex: | MALE |
| Race: | BLACK or AFRICAN AMERICAN |
| Height: | 5'09" |
| Weight: | 220 |
| Eye Color: | BROWN |
| Hair Color: | BLACK |
| Hair Length: | MEDIUM |
| Hair Style: | DREADLOCKS |
| Facial Hair: | FUZZ |



# Miami-Dade
## Mugshot Profile

**ANTON BROWN**

| | |
|---|---|
| AGE: | 19 |
| JAIL #: | 070101882 |
| CIN #: | 0726735 |
| Police Case #: | 200746129 |
| Arrest Date: | Nov 20 2007 3:10AM |
| Photo Date: | Nov 20 2007 11:03AM |
| Sex: | MALE |
| Race: | BLACK or AFRICAN AMERICAN |
| Height: | 5'05" |
| Weight: | 170 |
| Eye Color: | BROWN |
| Hair Color: | BLACK |
| Hair Length: | SHORT |
| Hair Style: | AFRO_NATURAL |
| Facial Hair: | GOATEE |



# Miami-Dade
## Mugshot Profile

**ANTON BROWN**

| | |
|---|---|
| AGE: | 19 |
| JAIL #: | 070092436 |
| CIN #: | 0726735 |
| Police Case #: | PD071022568467 |
| Arrest Date: | Oct 22 2007 5:30PM |
| Photo Date: | Oct 22 2007 11:00PM |
| Sex: | MALE |
| Race: | BLACK or AFRICAN AMERICAN |
| Height: | 5'05" |
| Weight: | 140 |
| Eye Color: | BROWN |
| Hair Color: | BLACK |
| Hair Length: | SHORT |
| Hair Style: | STRAIGHT |
| Facial Hair: | CLEANSHAVEN |



# Miami-Dade
## Mugshot Profile

**ANTON BROWN**

| | |
|---|---|
| AGE: | 21 |
| JAIL #: | 090085185 |
| CIN #: | 0726735 |
| Police Case #: | PD091004438633 |
| Arrest Date: | Oct 4 2009 2:00AM |
| Photo Date: | Oct 4 2009 5:43AM |
| Sex: | MALE |
| Race: | BLACK or AFRICAN AMERICAN |
| Height: | 5'08" |
| Weight: | 150 |
| Eye Color: | BROWN |
| Hair Color: | BLACK |
| Hair Length: | SHORT |
| Hair Style: | AFRO_NATURAL |
| Facial Hair: | UNSHAVEN |



# Miami-Dade
## Mugshot Profile

**ANTON BROWN**

| | |
|---|---|
| AGE: | 20 |
| JAIL #: | 080085485 |
| CIN #: | 0726735 |
| Police Case #: | |
| Arrest Date: | Sep 18 2008 10:00AM |
| Photo Date: | Sep 18 2008 12:01PM |
| Sex: | MALE |
| Race: | BLACK or AFRICAN AMERICAN |
| Height: | 5'08" |
| Weight: | 150 |
| Eye Color: | BROWN |
| Hair Color: | BLACK |
| Hair Length: | SHORT |
| Hair Style: | AFRO_NATURAL |
| Facial Hair: | GOATEE |



# Miami-Dade
## Mugshot Profile

**ANTON BROWN**

| | |
|---|---|
| AGE: | 24 |
| JAIL #: | 120061157 |
| CIN #: | 0726735 |
| Police Case #: | 12004710 |
| Arrest Date: | Sep 15 2012 1:05PM |
| Photo Date: | Sep 15 2012 5:06PM |
| Sex: | MALE |
| Race: | BLACK or AFRICAN AMERICAN |
| Height: | 5'06" |
| Weight: | 160 |
| Eye Color: | BROWN |
| Hair Color: | BLACK |
| Hair Length: | SHORT |
| Hair Style: | AFRO_NATURAL |
| Facial Hair: | GOATEE |



# Miami-Dade
## Mugshot Profile

**ANTON BROWN**

| | |
|---|---|
| AGE: | 21 |
| JAIL #: | 100052287 |
| CIN #: | 0726735 |
| Police Case #: | 201000068013 |
| Arrest Date: | Jul 1 2010 3:10PM |
| Photo Date: | Jul 1 2010 9:53PM |
| Sex: | MALE |
| Race: | BLACK or AFRICAN AMERICAN |
| Height: | 5'06" |
| Weight: | 145 |
| Eye Color: | BROWN |
| Hair Color: | BLACK |
| Hair Length: | SHORT |
| Hair Style: | AFRO_NATURAL |
| Facial Hair: | GOATEE |



# Miami-Dade
## Mugshot Profile

**ANTON BROWN**

| | |
|---|---|
| AGE: | 19 |
| JAIL #: | 080051577 |
| CIN #: | 0726735 |
| Police Case #: | 08004947 |
| Arrest Date: | Jun 9 2008 3:34AM |
| Photo Date: | Jun 9 2008 7:18AM |
| Sex: | MALE |
| Race: | BLACK or AFRICAN AMERICAN |
| Height: | 5'09" |
| Weight: | 155 |
| Eye Color: | BLACK |
| Hair Color: | BLACK |
| Hair Length: | SHORT |
| Hair Style: | AFRO_NATURAL |
| Facial Hair: | FULL BEARD |



# Miami-Dade
## Mugshot Profile

**ANTON BROWN**

| | |
|---|---|
| AGE: | 19 |
| JAIL #: | 080034093 |
| CIN #: | 0726735 |
| Police Case #: | 080417111310 |
| Arrest Date: | Apr 17 2008 12:40PM |
| Photo Date: | Apr 17 2008 4:27PM |
| Sex: | MALE |
| Race: | BLACK or AFRICAN AMERICAN |
| Height: | 5'08" |
| Weight: | 150 |
| Eye Color: | BROWN |
| Hair Color: | BLACK |
| Hair Length: | MEDIUM |
| Hair Style: | AFRO_NATURAL |
| Facial Hair: | UNSHAVEN |



## Mugshot Profile

| | |
|---|---|
| ANTON BROWN | |
| AGE: | 22 |
| JAIL #: | 110002126 |
| CIN #: | 0726735 |
| Police Case #: | PD110110013417 |
| Arrest Date: | Jan 10 2011 10:40AM |
| Photo Date: | Jan 10 2011 12:14PM |
| Sex: | MALE |
| Race: | BLACK or AFRICAN AMERICAN |
| Height: | 5'07" |
| Weight: | 160 |
| Eye Color: | BROWN |
| Hair Color: | BLACK |
| Hair Length: | SHORT |
| Hair Style: | AFRO_NATURAL |
| Facial Hair: | MUSTACHE |



# Miami-Dade
## Mugshot Profile

**ANTOINE BROWN**

| | |
|---|---|
| AGE: | 18 |
| JAIL #: | 070046934 |
| CIN #: | 0726735 |
| Police Case #: | 070602161633 |
| Arrest Date: | Jun 2 2007 4:00PM |
| Photo Date: | Jun 2 2007 7:57PM |
| Sex: | MALE |
| Race: | BLACK or AFRICAN AMERICAN |
| Height: | 5'07" |
| Weight: | 145 |
| Eye Color: | BROWN |
| Hair Color: | BLACK |
| Hair Length: | SHORT |
| Hair Style: | AFRO_NATURAL |
| Facial Hair: | CLEANSHAVEN |





**MIAMI-DADE COUNTY**
**CORRECTIONS AND REHABILITATION DEPARTMENT**

**JAIL BOOKING RECORD**

I- 1079245 / C-0726735

120061157 0030420269
ANTON BROWN

| JAIL NUMBER | DEFENDANT NAME | | RACE | SEX | DATE OF BIRTH |
|---|---|---|---|---|---|
| 120061157 | BROWN, ANTON BRADLEY | | B | M | 08/09/88 |

| ADDRESS | | HEIGHT | WEIGHT | HAIR | EYES | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|---|
| 1286 NW 79TH ST | | 205 | 506 | 160 | BLK | BRO | SSN |

| CITY AND STATE | | RESIDENCE | TOR | TU | BOOKED DATE | CELL LOCATION |
|---|---|---|---|---|---|---|
| MIAMI FL | DADE | 13:05 | 1650 | 09/15/12 | 2A2 |

| COURT CASE NUMBER | PRINT | ARREST LOCATION |
|---|---|---|
| F12-023309 | Y | 21265 BISCAYNE BV AVENTURA FL 33180 |

Fingerprint Record

| DATE | SEC. | INPUT NUMBER | CHARGE, DESCRIPTION / PENALTIES | NO. | CASE / WARR. NUMBER | BOND AMOUNT |
|---|---|---|---|---|---|---|
| 09/15/12 | 1 | 817610D | CREDIT CARD/FRAUDULENT USE OF/ $100 OR | | F12-023309 | 5000 |
| | 2 | 81760008 | UNLAWFUL POSSESS OF A STOLEN CREDIT OR | | | 5000 |
| | 3 | 81760008 | UNLAWFUL POSSESS OF A STOLEN CREDIT OR | | | 5000 |
| | 4 | 81201402C | GRAND THEFT 3RD DEGREE | | | 5000 |

**Case Review Satisfaction Stamp**

Date **SEP 1 6 2012**   BCIC/NCIC checked: ✓   DISPOSITIONS

| Case # | Charge #: | Satisfaction: |
|---|---|---|
| F12-23309 | 1 | SUR-H |
| | 2 | SUR-H |
| | 3 | SUR-H |
| | 4 | SUR-H |

**Release Check Off List**
Was original A-form available? Yes
If yes, continue to check
Magistrate hold checked Yes
Domestic Violence hold checked Yes
Joints charges checked Yes
Multiple pages checked

Reviewing Officer _____ Badge# 6032
Reviewing Supervisor _____ Badge# _____

Reviewing Officer _____ Badge# 6032   Review Date SEP 1 6 2012
Reviewing Officer _____ Badge# _____   Review Date _____
Reviewing Supervisor _____ Badge# _____   Review Date _____

COMMENTS
(1) 5000   Ps 5090174
(2) 5000   B 5090171
(3) 5000   Ps 5090170
(4) 5000   Ps 5090169

Strip Searched:   Yes/Time _____ Date: _____   No _____
Reason: _____

Officer's Name/Badge # (print): _____
Signature: _____
Supervisor's Name/Badge # (print): _____
Signature: _____
Recording Supervisor/Badge # (print): _____
Signature: _____

RELEASED CJIS

| AKA'S | | BOND AMOUNT | | BONDSMAN NAME | | BONDSMAN # |
|---|---|---|---|---|---|---|
| | R E L E A S E   I N F O | 20,000 | | Pen | | 6937 |
| | | | | BONDING COMPANY | | |
| | | RELEASED BY | DATE OF RELEASE | TIME OF RELEASE | POWER NUMBER | |
| | | | SEP 1 6 2012 | 0705 | | |

 

I HEREBY AUTHORIZE THE SHERIFF, HIS JAILER, OR DEPUTIES TO OPEN AND INSPECT ALL MAIL MATTER OR PACKAGES
WHICH MAY BE ADDRESSED TO ME AS LONG AS I AM A PRISONER IN HIS CUSTODY.

| DATE | | | | | PRISONER'S  SIGNATURE | |
|---|---|---|---|---|---|---|
| DATE | NO. | CHARGES | CPC | FSS / CASE / WARR | | BOND |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| DATE | DISPOSITIONS |
|---|---|
| | |

# Redaction Log

Redaction Date: 11/22/2024 7:58:46 AM

Total Number of Redactions in Document: 2

## Redaction Reasons by Page

| Page | Reason | Description | Occurrences |
|------|--------|-------------|-------------|
| 1 | SSN | SOCIAL SECURITY NUMBERS. All SSN; Exceptions: generally other governmental agencies. FSS. 119.071(4) and (5) | 1 |
| 1 | Fingerprint Record | Biometric identification information is exempt. Any record of friction ridge detail, fingerprints, palm prints, and footprints. 119.07(1) and 119.071(5) | 1 |

# Redaction Log

Redaction Date: 11/22/2024 7:58:46 AM

## Redaction Reasons by Exemption

| Reason | Description | Pages (Count) |
|---|---|---|
| Fingerprint Record | Biometric identification information is exempt.  Any record of friction ridge detail, fingerprints, palm prints, and footprints. 119.07(1) and 119.071(5) | 1(1) |
| SSN | SOCIAL SECURITY NUMBERS. All SSN; Exceptions:  generally other governmental agencies.  FSS. 119.071(4) and (5) | 1(1) |

## MIAMI-DADE COUNTY
## CORRECTIONS AND REHABILITATION DEPARTMENT

### JAIL BOOKING RECORD

IDS # 1079245          CIN # 0726735

| JAIL NUMBER | DEFENDANT NAME | | | | | RACE | SEX | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|---|
| 080034093 | BROWN, ANTON BRADLEY | | | | | B | M | 08/09/88 |

| ADDRESS | | HEIGHT | WEIGHT | HAIR | EYES | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|---|
| 1286 NW 79 ST | 205 | 508 | 150 | BLK | BRO | SSN |

080034093
ANTON BROWN

Fingerprint Record

| CITY AND STATE | | RESIDENCE | TOR | TU | BOOKED DATE | CELL LOCATION |
|---|---|---|---|---|---|---|
| MIAMI | FL | DADE | 12:40 | 1639 | 04/17/08 | PTRHC |

| COURT CASE NUMBER | PRINT | ARREST LOCATION |
|---|---|---|
| | Y | NW 12 AVE & 36 ST |

| DATE | SEC. | INPUT NUMBER | CHARGE, DESCRIPTION / PENALTIES | NO. | CASE / WARR. NUMBER | BOND AMOUNT |
|---|---|---|---|---|---|---|
| 04/17/08 | 1 | 32013103 | TEMPORARY TAG/UNLAWFUL ISSUE/USE | | 278-0RHA | 500 |
| 04/17/08 | 2 | 32002001 | VEHICLE REGISTRATION/FAILURE TO HAVE | | 278-1RHA | 500 |
| 04/17/08 | 3 | 32234002A | DRIVING/LICENSE SUSPENDED/KNOWINGLY/15 | | 278-4RHA | 500 |

DISPOSITIONS

COMMENTS
① 500 - PE200744882
② 500 - PE200744881
③ 500 - PE200744880

Strip Searched:   Yes/Time _____ Date: _____ No ___
Reason: _____
Officer's Name/Badge # (print): _____
Signature: _____
Supervisor's Name/Badge # (print): _____
Signature: _____
Recording Supervisor/Badge # (print): _____
Signature: _____

| AKA'S | | BOND AMOUNT | BONDSMAN NAME/BONDING COMPANY | BONDSMAN # |
|---|---|---|---|---|
| | | | Pimentel ENF | 6389 |

JAIL CARD REVIEWED
RELEASED BY
POWER NUMBER

Jail Card Released
from CJIS by:

| RELEASED BY | DATE OF RELEASE | TIME OF RELEASE | OTHER |
|---|---|---|---|
| RA 6963 | APR 18 2008 | 0317 | |

I HEREBY AUTHORIZE THE SHERIFF, HIS JAILER, OR DEPUTIES TO OPEN AND INSPECT ALL MAIL MATTER OR PACKAGES WHICH MAY BE ADDRESSED TO ME AS LONG AS I AM A PRISONER IN HIS CUSTODY.

| DATE | | | | PRISONER'S—SIGNATURE | |

| DATE | NO. | CHARGES | CPC | FSS/CASE/WARR | BOND |
|------|-----|---------|-----|---------------|------|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| DATE | DISPOSITIONS |
|------|--------------|
| | |

# Redaction Log

Redaction Date: 11/22/2024 7:58:06 AM

Total Number of Redactions in Document: 2

## Redaction Reasons by Page

| Page | Reason | Description | Occurrences |
|------|--------|-------------|-------------|
| 1 | SSN | SOCIAL SECURITY NUMBERS. All SSN; Exceptions: generally other governmental agencies. FSS. 119.071(4) and (5) | 1 |
| 1 | Fingerprint Record | Biometric identification information is exempt. Any record of friction ridge detail, fingerprints, palm prints, and footprints. 119.07(1) and 119.071(5) | 1 |

Redaction Date: 11/22/2024 7:58:06 AM

# Redaction Log

## Redaction Reasons by Exemption

| Reason | Description | Pages (Count) |
|---|---|---|
| Fingerprint Record | Biometric identification information is exempt. Any record of friction ridge detail, fingerprints, palm prints, and footprints. 119.07(1) and 119.071(5) | 1(1) |
| SSN | SOCIAL SECURITY NUMBERS. All SSN; Exceptions: generally other governmental agencies. FSS. 119.071(4) and (5) | 1(1) |

**MIAMI-DADE COUNTY**
**CORRECTIONS AND REHABILITATION DEPARTMENT**

**JAIL BOOKING RECORD**

I-0907595                                    C- 0726735

| JAIL NUMBER | DEFENDANT NAME | | | | RACE | SEX | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| 090085185 | BROWN, ANTON | | | | B | M | 08/09/88 |

090085185
ANTON BROWN

| ADDRESS | | | HEIGHT | WEIGHT | HAIR | EYES | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|---|---|
| 1286 NW 79TH ST | | | 508 | 150 | BLK | BRO | SSN |

| CITY AND STATE | | RESIDENCE | TOR | TU | BOOKED DATE | CELL LOCATION |
|---|---|---|---|---|---|---|
| MIAMI | FL | DADE | 02:00 | 0601 | 10/04/09 | 2B1 |

Fingerprint Record

| COURT CASE NUMBER | PRINT | ARREST LOCATION |
|---|---|---|
| F09-032700 | Y | 115 ST NW 27 AVE |

| DATE | SEC. | INPUT NUMBER | CHARGE, DESCRIPTION / PENALTIES | NO. | CASE / WARR. NUMBER | BOND AMOUNT |
|---|---|---|---|---|---|---|
| 10/04/09 | | 181002004B | BURGLARY/UNOCCUPIED CONVEYANCE | | F09-032700 | 5000 |

DISPOSITIONS

COMMENTS

MALEN

Strip Searched:  Yes/Time _____  Date: _____  No _____

Reason: _____

JAIL CARD REVIEWED
RELEASE SUPERVISOR

Officer's Name/Badge # (print): _____

Signature: _____

Supervisor's Name/Badge # (print): _____

Signature: _____

Recording Supervisor/Badge # (print): _____

Signature: _____

RELEASED
CJS

AKA'S

| R E L E A S E  I N F O | BOND AMOUNT | BONDSMAN NAME | BONDSMAN # |
|---|---|---|---|
| | 5000 | Garcia, Amanda 6652 | |
| | PS15-033939 | BONDING COMPANY | |
| | RELEASED BY  C O | DATE OF RELEASE  OCT 0 4 2009 | TIME OF RELEASE 1707 | POWER NUMBER  PEN |



I HEREBY AUTHORIZE THE SHERIFF, HIS JAILER, OR DEPUTIES TO OPEN AND INSPECT ALL MAIL MATTER OR PACKAGES
WHICH MAY BE ADDRESSED TO ME AS LONG AS I AM A PRISONER IN HIS CUSTODY.

| DATE | | | | | PRISONER'S — SIGNATURE | |
|---|---|---|---|---|---|---|

| DATE | NO. | CHARGES | CPC | FSS / CASE / WARR | BOND |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| DATE | DISPOSITIONS |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Redaction Date: 11/22/2024 7:57:26 AM

## Redaction Log

Total Number of Redactions in Document: 2

## Redaction Reasons by Page

| Page | Reason | Description | Occurrences |
|------|--------|-------------|-------------|
| 1 | SSN | SOCIAL SECURITY NUMBERS. All SSN; Exceptions: generally other governmental agencies. FSS. 119.071(4) and (5) | 1 |
| 1 | Fingerprint Record | Biometric identification information is exempt. Any record of friction ridge detail, fingerprints, palm prints, and footprints. 119.07(1) and 119.071(5) | 1 |

Redaction Date: 11/22/2024 7:57:26 AM

# Redaction Log

## Redaction Reasons by Exemption

| Reason | Description | Pages (Count) |
|---|---|---|
| Fingerprint Record | Biometric identification information is exempt. Any record of friction ridge detail, fingerprints, palm prints, and footprints. 119.07(1) and 119.071(5) | 1(1) |
| SSN | SOCIAL SECURITY NUMBERS. All SSN; Exceptions: generally other governmental agencies. FSS. 119.071(4) and (5) | 1(1) |

C 726735

# MIAMI-DADE COUNTY
## CORRECTIONS AND REHABILITATION DEPARTMENT
### JAIL BOOKING RECORD



I. 2462286

100052287
ANTON BROWN

RIGHT THUMB PRINT

Fingerprint Record

| JAIL NUMBER | DEFENDANT NAME | | RACE | SEX | DATE OF BIRTH |
|---|---|---|---|---|---|
| 100052287 | BROWN, ANTON | | B | M | 08/05/88 |

| ADDRESS | | HEIGHT | WEIGHT | HAIR | EYES | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|---|
| 1286 W 79TH ST | PTS | 506 | 145 | BLK | BRO | SSN |

| CITY AND STATE | RESIDENCE | TOR | TU | BOOKED DATE | CELL LOCATION |
|---|---|---|---|---|---|
| HIALEAH FL | DADE | 15:10 | 2204 | 07/01/10 | PTS 2A4 |

| COURT CASE NUMBER | PRINT | ARREST LOCATION |
|---|---|---|
| F10-019323 | Y | TUTLE W/B EAST BRIGE FL |

| DATE | SEC. | INPUT NUMBER | CHARGE DESCRIPTION / PENALTIES | NO. | CASE / WARR NUMBER | BOND AMOUNT |
|---|---|---|---|---|---|---|
| 07/01/10 | 1 | B1002004B | BURGLARY/UNOCCUPIED CONVEYANCE | | F10-019323 PTS | 5000 |
| | 2 | B1201402C | GRAND THEFT 3RD DEGREE | | ROR | 5000 |

RELEASED CJS

DISPOSITIONS

7/1/10 F10-19323(1) PTS Alt 5,000 ROR Marin/07/10

Hatz 16678

COMMENTS

| | | |
|---|---|---|
| Strip Searched: Yes/Time | Date | No |
| Reason: | | |

Officer's Name/Badge # (print): 
Signature: 
Supervisor's Name/Badge # (print): 
Signature: 
Recording Supervisor/Badge # (print): 
Signature: 

JAIL CARD REVIEWED BY RELEASE SUPERVISOR/ OIC

| AKA'S | RELEASE INFO | BOND AMOUNT | BONDSMAN NAME | BONDSMAN # |
|---|---|---|---|---|
| | | PTS | | 97J97 |
| | | | BONDING COMPANY | |
| | RELEASED BY AM | DATE OF RELEASE | TIME OF RELEASE 1801 | POWER NUMBER |

I HEREBY AUTHORIZE THE SHERIFF, HIS JAILER, OR DEPUTIES TO OPEN AND INSPECT ALL MAIL MATTER OR PACKAGES
WHICH MAY BE ADDRESSED TO ME AS LONG AS I AM A PRISONER IN HIS CUSTODY.

DATE _____                                    PRISONER'S SIGNATURE _____

| DATE | NO | CHARGES | CPC | FSS / CASE / WARR | BOND |
|------|----|---------|-----|-------------------|------|
|      |    |         |     |                   |      |
|      |    |         |     |                   |      |
|      |    |         |     |                   |      |
|      |    |         |     |                   |      |
|      |    |         |     |                   |      |
|      |    |         |     |                   |      |
|      |    |         |     |                   |      |

| DATE | DISPOSITIONS |
|------|--------------|
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |

Redaction Date: 11/22/2024 7:55:56 AM

## Redaction Log

Total Number of Redactions in Document: **2**

## Redaction Reasons by Page

| Page | Reason | Description | Occurrences |
|------|--------|-------------|-------------|
| 1 | SSN | SOCIAL SECURITY NUMBERS. All SSN; Exceptions: generally other governmental agencies. FSS. 119.071(4) and (5) | 1 |
| 1 | Fingerprint Record | Biometric identification information is exempt. Any record of friction ridge detail, fingerprints, palm prints, and footprints. 119.07(1) and 119.071(5) | 1 |

Redaction Date:  11/22/2024 7:55:56 AM

# Redaction Log

## Redaction Reasons by Exemption

| Reason | Description | Pages (Count) |
|---|---|---|
| Fingerprint Record | Biometric identification information is exempt.  Any record of friction ridge detail, fingerprints, palm prints, and footprints. 119.07(1) and 119.071(5) | 1(1) |
| SSN | SOCIAL SECURITY NUMBERS. All SSN; Exceptions:  generally other governmental agencies.  FSS. 119.071(4) and (5) | 1(1) |

CIN 726.73

11-2126

## MIAMI-DADE COUNTY
## CORRECTIONS AND REHABILITATION DEPARTMENT

### JAIL BOOKING RECORD

IDS 907595

C5

| JAIL NUMBER | DEFENDANT NAME | | | | RACE | SEX | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| 110002126 | BROWN, ANTON | | | | B | M | 08/09/88 |

2126 0030322F

JN BROWN

| ADDRESS | | | HEIGHT | WEIGHT | HAIR | EYES | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|---|---|
| 1286 NW 79TH ST | | 205 | 507 | 160 | BLK | BRO | SSN |

PRINT

Fingerprint Record

| CITY AND STATE | RESIDENCE | TOR | TU | BOOKED DATE | CELL LOCATION |
|---|---|---|---|---|---|
| MIAMI | FL DADE | 10:40 | 1206 | 01/10/11 | PTLO A |

| COURT CASE NUMBER | PRINT | ARREST LOCATION |
|---|---|---|
| | Y | 1351 NW 12TH ST/CT RM 6-2 |

| DATE | SEC. | INPUT NUMBER | CHARGE DESCRIPTION / PENALTIES | NO. | CASE / WARR. NUMBER | BOND AMOUNT |
|---|---|---|---|---|---|---|
| 1/10/11 | 1 | | BURG UNOC CON/GT 3RD DER/CRIM MIS/10005 | SN | F10-019323 | SN |
| 1-25-11 | 2 | | Fugitive From: ORANGE COUNTY | | FU11 IO0 205 | |
| | | | 16p FTA DWOLS or Revoked w/ Knowledge | | | |
| | | | Warr# 482010CT005000W) *Bond Amt $2,000.00* | | | |
| | | | Chg #2 Added per Lanier #4496 MDPD 1/2/0134 | | | |

| | | | | DISPOSITIONS | | | |
|---|---|---|---|---|---|---|
| 1/10/11 | | | DEF SN TO 180 DAYS DCJ W/1 DAY CTS ON CS#F10-19323 PER ?OB | | | |
| 1/10/11 | | | BLOOM | | | |
| 4/24/11 | | | On Loan to Orange Cnty S.O. | | | |

DNA NEEDED
Date completed 09-09-2009

JAN 1 1 2011

Date Calculated:
Case #'s: F1019323

Sentence Expires: 08 Jun 11
Calculated by:

AKA'S:

6/8/11 Teletype Sent to Orange Co - Ref No further hold(s) Miami

( Hold La Branch )

Orange

COMMENTS

| Strip Searched | Yes/Time | Date | No |
|---|---|---|---|
| Reason: | | | |
| Officer's Name/Badge # (print) | | | |
| Signature: | | | |
| Supervisor's Name/Badge # (print) | | | |
| Signature: | | | |
| Recording Supervisor/Badge # (print) | | | |
| Signature: | | | |

Sentence EXPIRED / Release to ORANge County

| | BOND AMOUNT | BONDSMAN NAME | BONDSMAN # |
|---|---|---|---|
| R E L E A S E | | BONDING COMPANY | |
| I N F O | RELEASED BY | DATE OF RELEASE | TIME OR RELEASE | POWER NUMBER |
| | 4450 | 6 8/11 | 1030 | |

I HEREBY AUTHORIZE THE SHERIFF, HIS JAILER, OR DEPUTIES TO OPEN AND INSPECT ALL MAIL MATTER OR PACKAGES
WHICH MAY BE ADDRESSED TO ME AS LONG AS I AM A PRISONER IN HIS CUSTODY.

_____
DATE

_____
PRISONER'S—SIGNATURE

| DATE | NO. | CHARGES | CPC | FSS / CASE / WARR | BOND |
|------|-----|---------|-----|-------------------|------|
|      |     |         |     |                   |      |
|      |     |         |     |                   |      |
|      |     |         |     |                   |      |
|      |     |         |     |                   |      |
|      |     |         |     |                   |      |
|      |     |         |     |                   |      |
|      |     |         |     |                   |      |
|      |     |         |     |                   |      |
|      |     |         |     |                   |      |

| DATE | DISPOSITIONS |
|------|--------------|
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |

Redaction Date: 11/22/2024 7:55:16 AM

## Redaction Log

Total Number of Redactions in Document: 2

## Redaction Reasons by Page

| Page | Reason | Description | Occurrences |
|------|--------|-------------|-------------|
| 1 | SSN | SOCIAL SECURITY NUMBERS. All SSN; Exceptions: generally other governmental agencies. FSS. 119.071(4) and (5) | 1 |
| 1 | Fingerprint Record | Biometric identification information is exempt. Any record of friction ridge detail, fingerprints, palm prints, and footprints. 119.07(1) and 119.071(5) | 1 |

# Redaction Log

## Redaction Reasons by Exemption

| Reason | Description | Pages (Count) |
|---|---|---|
| Fingerprint Record | Biometric identification information is exempt. Any record of friction ridge detail, fingerprints, palm prints, and footprints. 119.07(1) and 119.071(5) | 1(1) |
| SSN | SOCIAL SECURITY NUMBERS. All SSN; Exceptions: generally other governmental agencies. FSS. 119.071(4) and (5) | 1(1) |

# MIAMI-DADE COUNTY
## CORRECTIONS AND REHABILITATION DEPARTMENT
### JAIL BOOKING RECORD

Cin # 0726735



070046934
- ANTOINE BROWN

Fingerprint Record

| JAIL NUMBER | DEFENDANT NAME | | | | | RACE | SEX | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|---|
| 070046934 | BROWN, ANTOINE ✓ | | | | | B | M | 08/09/88 |

| ADDRESS | | HEIGHT | WEIGHT | HAIR | EYES | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|---|
| 1286 NW 79 ST | 205 | 507 | 145 | BLK | BRO | SSN |

| CITY AND STATE | RESIDENCE | TOR | TIJ | BOOKED DATE | CELL LOCATION |
|---|---|---|---|---|---|
| MIAMI FL | DADE | 16:00 | 2000 | 06/02/07 | EW2 |

| COURT CASE NUMBER | PRINT | ARREST LOCATION |
|---|---|---|
| M07-030230 | Y #81 NE 67 STREET | 20050091 |

| DATE | SEC. | INPUT NUMBER | CHARGE DESCRIPTION / PENALTIES | NO. | CASE / WARR. NUMBER | BOND AMOUNT |
|---|---|---|---|---|---|---|
| 6/02/07 | 1 | 810090001A1 | TRESPASS PROPERTY/AFTER WARNING | | M07-030230 ✓ | 1000 |
| | 2 | 8560210 | LOITERING OR PROWLING | | | 500 |

**DISPOSITIONS**

6/3/A M07-30230 (chg1) $1000 —
(chg 2) $500 —————— muit/Au848

**COMMENTS**

① US1420448 - $1000
② US15708425 - $500

MATCH
10/16/4
JAIL CARD REVIEWED
RELEASE SUPERVISOR
OIC

| | Strip Searched: Yes/Time _____ Date: _____ No _____ |
|---|---|
| | Reason: _____ |
| | Officer's Name/Badge # (print): _____ |
| | Signature: _____ |
| | Supervisor's Name/Badge # (print): _____ |
| | Signature: _____ |
| | Recording Supervisor/Badge # (print): _____ |
| | Signature: _____ |

| AKA'S | Jail Card Released from CJIS by: | R E L E A S E I N F O | BOND AMOUNT | BONDSMAN NAME/BONDING COMPANY | BONDSMAN # |
|---|---|---|---|---|---|
| | | | 1500 | Harvell POWER NUMBER | 5147 |

| RELEASED BY | DATE OF RELEASE | TIME OF RELEASE | OTHER |
|---|---|---|---|
| V-7375 | JUN 0 4 2007 | 0056 | 1LM |

I HEREBY AUTHORIZE THE SHERIFF, HIS JAILER, OR DEPUTIES TO OPEN AND INSPECT ALL MAIL MATTER OR PACKAGES
WHICH MAY BE ADDRESSED TO ME AS LONG AS I AM A PRISONER IN HIS CUSTODY.

| DATE | | | | PRISONER'S — SIGNATURE | |
|---|---|---|---|---|---|

| DATE | NO. | CHARGES | CPC | FSS/CASE/WARR | BOND |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| DATE | DISPOSITIONS |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

# Redaction Log

Redaction Date:  11/22/2024 7:54:26 AM

Total Number of Redactions in Document: 2

## Redaction Reasons by Page

| Page | Reason | Description | Occurrences |
|------|--------|-------------|-------------|
| 1 | SSN | SOCIAL SECURITY NUMBERS. All SSN; Exceptions:  generally other governmental agencies.  FSS. 119.071(4) and (5) | 1 |
| 1 | Fingerprint Record | Biometric identification information is exempt.  Any record of friction ridge detail, fingerprints, palm prints, and footprints.  119.07(1) and 119.071(5) | 1 |

Redaction Date:  11/22/2024 7:54:26 AM

# Redaction Log

## Redaction Reasons by Exemption

| Reason | Description | Pages (Count) |
|---|---|---|
| Fingerprint Record | Biometric identification information is exempt.  Any record of friction ridge detail, fingerprints, palm prints, and footprints. 119.07(1) and 119.071(5) | 1(1) |
| SSN | SOCIAL SECURITY NUMBERS. All SSN; Exceptions:  generally other governmental agencies.  FSS. 119.071(4) and (5) | 1(1) |

**COMPLAINT/ARREST AFFIDAVIT**

| OBTS NUMBER | | POLICE CASE NO. |
|---|---|---|
| | | 08-004947 |

| SPECIAL OPERATION: | ☐FELONY ☐MISD ☐TRAFFIC ☐JUV ☐DV ☐MOVES ☐CIV INF ☐WARRANT  FUGITIVE WARRANT: ☐In state ☐Out of state | JAIL NO. **51577** | PI/HO ☐Yes ☐No ☐Unknown | COURT CASE NO. **B08-31894** |
|---|---|---|---|---|

| IDS NO. | AGENCY CODE **03** | MUNICIPAL P.D. DEF. ID NO. | MDPD RECORDS ID NO. **726735** | STUDENT ID NO. | GANG ACTIVITY RELATED ARREST ☑ | FRAUD RELATED ARREST ☑ |
|---|---|---|---|---|---|---|

| DEFENDANT'S NAME (LAST, FIRST, MIDDLE) **BROWN, ANTON BRANDON** | ALIAS and/or STREET NAME | SIGNAL ☐100 ☐150 ☐200 ☐300 ☐400 ☐500 |
|---|---|---|

| DOB (MM/DD/YYYY) **08/09/1988** | AGE **19** | RACE **B** | SEX **M** | ☐Hispanic ☑Not Hispanic ETHNICITY **HTI** | HEIGHT **5'09** | WEIGHT **155** | HAIR COLOR **BLK** | HAIR LENGTH **SHT** | HAIR STYLE **AFR** | EYES **BLK** | GLASSES ☐Yes ☑No | FACIAL HAIR **FUL** | TEETH **NON** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| SCARS, TATTOOS, UNIQUE PHYSICAL FEATURES (Location, Type, Description) **TATT L  FOREARM / CROSS W/SHAWN BROWN** | PLACE OF BIRTH (City, State/Country) **MIAMI, FL, United States of America** |
|---|---|

| LOCAL ADDRESS (Street, Apt. Number) **1286 NW 79 ST 205, MIAMI, FL 33147** | (City) | (State) | (Zip) | PHONE ( **305** ) **835-0776** | CITIZENSHIP **US** |
|---|---|---|---|---|---|

| PERMANENT ADDRESS (Street, Apt. Number) ☐HOMELESS ☐UNKNOWN **1286 NW 79 ST 205, MIAMI, FL 33147** | (City) | (State/Country) | (Zip) | PHONE ( **305** ) **835-0776** | OCCUPATION |
|---|---|---|---|---|---|

| ☐ BUSINESS OR ☐ SCHOOL NAME AND ADDRESS **ELLIE'S CAR WASH, 143 WEST DIXIE HWY, MIAMI, FL** | (Street) | (City) | (State/Country) | (Zip) | PHONE ( **786** ) **337-3376** | ADDRESS SOURCE: ☐ DL ☐Verbal ☑ |
|---|---|---|---|---|---|---|

| DRIVER'S LICENSE NUMBER / STATE **B650002882890 / FL** | SOCIAL SECURITY NO. **SSN** | WEAPON SEIZED? Type ☐ Yes  None / N/a ☐ NO | If Def. has Concealed Weapons Permit. PERMIT # W- | INDICATION OF: Y N UNK Alcohol Influence ☐ ☐ ☐ Drug Influence ☐ ☐ ☐ |
|---|---|---|---|---|

| ARREST DATE (MM/DD/YYYY) **06/09/2008** | ARREST TIME (HHMM) **03:34** | ARREST LOCATION (include name of business) **5800 BLK PONCE DE LEON BLVD** | GRID |
|---|---|---|---|

| CO-DEFENDANT NAME (Last, First, Middle) 1. **NICOLAS, PHILGREGORY** | DOB (MM/DD/YYYY) **10/25/1987** | ☐ IN CUSTODY ☐ FELONY ☐ JUVENILE ☐ AT LARGE ☐ DV ☐ MISDEMEANOR |
|---|---|---|
| CO-DEFENDANT NAME (Last, First, Middle) 2. **LOUIS, JOHN PETIT** | DOB (MM/DD/YYYY) **12/05/1987** | ☐ IN CUSTODY ☐ FELONY ☐ JUVENILE ☐ AT LARGE ☐ DV ☐ MISDEMEANOR |
| CO-DEFENDANT NAME (Last, First, Middle) 3. | DOB (MM/DD/YYYY) | ☐ IN CUSTODY ☐ FELONY ☐ JUVENILE ☐ AT LARGE ☐ DV ☐ MISDEMEANOR |

| JUV only | ☐ Parent ☐ Guardian ☐ Foster Care | (Name) | (Street, Apt. Number) | (City) | (State/Country) | (Zip) | (Phone) ( ) | Contacted? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|---|

| | CHARGES | CHARGE AS: | COUNTS | FL STATUTE NUMBER | VIOL. OF SECT | CODE OF | UCR | DV | WARRANT TYPE OR TRAFFIC CITATION |
|---|---|---|---|---|---|---|---|---|---|
| 1. | **LOITERING OR PROWLING** | ☐ F.S. ☐ ORD | **1** | **856.021** | | | | | ☐AC ☐CAPIAS ☐BW ☐FW ☐PW ☐JUV PU ☐AW ☐DVW ☐WRIT  CASE #: |
| 2. | | ☐ F.S. ☐ ORD | | | | | | | ☐AC ☐CAPIAS ☐BW ☐FW ☐PW ☐JUV PU ☐AW ☐DVW ☐WRIT  CASE #: |
| 3. | | ☐ F.S. ☐ ORD | | | | | | | ☐AC ☐CAPIAS ☐BW ☐FW ☐PW ☐JUV PU ☐AW ☐DVW ☐WRIT  CASE #: |
| 4. | | ☐ F.S. ☐ ORD | | | | Coral Gables | | | ☐AC ☐CAPIAS ☐BW ☐FW ☐PW ☐JUV PU ☐AW ☐DVW ☐WRIT  CASE #: |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law:

On the **8** day of **June** 20 **08** at **21:42** (HHMM) at **5800 PONCE DE LEON BLVD BLK, CORAL GABLES, FL** (Location, include name of business) (Narrative, be specific)

On June 8, 2008 while on an unmarked detail targeting vehicle burglaries in the area of Mark Light Stadium, I observed the a silver Nissan Maxima bearing Florida tag 459JIP at approximately 2142 hours. The driver of the vehicle backed into a crowded parking lot underneath the Metrorail on the 5800 block of Ponce De Leon Blvd. The vehicle parked next to a tan Ford F150 pickup truck. I observed the Defendant and Co-Defendants looking into vehicles parked in the area. I notified other units in the area via dispatch of the suspicious activity and advised units in the area to stop the vehicle. I then heard a car alarm activate as I observed one of the Defendant's accomplices exit the drivers side of a Ford Expedition parked in the immediate area. Once I confronted the Defendants accomplice, a foot chase ensued and the Defendant along with the rest of his accomplices attempted to flee the scene in their vehicle. The Defendant was stopped at the intersection of S. Alhambra and S. Dixie Hwy where consent was given to search the vehicle. The Defendant was a passenger in the vehicle. Underneath the driver's seat of the vehicle was a wallet

PAGE **1** OF **2**

| HOLD FOR OTHER AGENCY Name: | VERIFIED BY | ☐ HOLD FOR BOND HEARING. DO NOT BOND OUT (Officer Must Appear at Bond Hearing.) | ☐ I understand that should I wilfully fail to appear before the court as required by this notice to appear that I may be held in contempt of court and a warrant for my arrest shall be issued. Furthermore, I agree that notice concerning the time, date, and place of all court hearings should be sent to the above address and it is my responsibility to notify Clerk of the Court (Juveniles notify Juvenile Division) anytime that my address changes. |
|---|---|---|---|
| I SWEAR THAT THE ABOVE STATEMENT IS TRUE AND CORRECT. | SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY THIS **9th** DAY OF ___ 200_ | |
| OFFICER'S/COMPLAINANT'S SIGNATURE **8432 ( 03** COURT ID NUMBER/LOC. CODE | | ☐ You need not appear in court, but must comply with the instructions on the reverse side hereof. |
| **STAMAND, STEVE** OFFICER (Printed) | **CORAL GABLES PD** AGENCY NAME | Deputy of the Court or Notary Public | Signature of Defendant / Juvenile and Parent or Guardian |

32.02.09-9  Rev. 05/06

(right thumb print)

COMPLAINT/ARREST AFFIDAVIT — MDPD RECORD COPY

**COMPLAINT / ARREST AFFIDAVIT - MDPD RECORDS COPY - REVERSE**

Transport Officer (s) _ST. AMAND_ , _BANES_ ID# _8432_ - _8467_ Dept# _03_ Taken To _DCJ_

Transport Officer (s) _____ / _____ ID#_____ - _____ Dept#_____ Taken To _____

Transport Officer (s) _____ / _____ ID#_____ - _____ Dept#_____ Taken To _____

Does defendant have any signs/complaints of injury? ☐ YES ☐ NO Indicate any signs or complaints of injury regardless whether they happened prior to, during, or after arrest, or whether they have any connection to the arrest at all.
(If Yes, complete below data/notify supervisor )

Explain: _____

_____

_____

_____ Name and Rank of
Supervisor Notified: _____

**Defendants Vehicle**

| YEAR | MAKE | MODEL | TAG | STATE | VIN | COLOR |
|------|------|-------|-----|-------|-----|-------|
|      |      |       |     |       |     |       |

## OWNER/DRIVER/DESIGNEE RELEASE FORM & DISCLAIMER OF LIABILITY

Owner/Driver/Designee (O/D/D must read and sign disclaimer of liability if vehicle is left at scene, or removed, or released to O/D/D at scene.

Released to: _____ / _____   Left on Scene?
            (Print Name - Signature)           D/L #              State   ☐ YES ☐ NO

The undersigned certifies that he/she is the legal owner/driver/designee of the vehicle described above. In consideration of being permitted to leave the vehicle mentioned at the location, or removed, or released, the undersigned hereby releases and discharges Miami-Dade County and all of its agents and employees for any damage to, or damage caused, theft of, or theft from, the vehicle described above.

_____          _____
Signature of Owner/Driver/Designee          Signature of Officer Witnessing          ID #

IF YOUR VEHICLE IS PARKED MORE THAN 48 HOURS, IT IS SUBJECT TO BE REMOVED

| OBTS NUMBER | | COMPLAINT/ARREST AFFIDAVIT CONTINUATION | | POLICE CASE NO. 08-004947 |
|---|---|---|---|---|
| JAIL NO/ 08-51577 | | | COURT CASE NO. B08-31896 | |
| IDS NO. | AGENCY CODE 03 | MUNICIPAL P.D. DEF. ID NO. 126735 | MDPD RECORDS AND ID NO. | |

COMPLAINT/ARREST AFFIDAVIT CONTINUATION   MDPD RECORD COPY

| DEFENDANT'S NAME (LAST, FIRST, MIDDLE) BROWN, ANTON BRANDON | | DOB (MM/DD/YYYY) 08/09/1988 |
|---|---|---|

| ADDITIONAL CO-DEFENDANT NAME (Last, First, Middle) 4. | DOB (MM/DD/YYYY) | ☐ IN CUSTODY  ☐ FELONY  ☐ JUVENILE  ☐ AT LARGE  ☐ DV  ☐ MISDEMEANOR |
|---|---|---|
| ADDITIONAL CO-DEFENDANT NAME (Last, First, Middle) 5. | DOB (MM/DD/YYYY) | ☐ IN CUSTODY  ☐ FELONY  ☐ JUVENILE  ☐ AT LARGE  ☐ DV  ☐ MISDEMEANOR |

| ADDITIONAL CHARGES | CHARGE AS | COUNTS | FL STATUTE NUMBER | VIOL OF SECT | CODE OF | UCR | DV | WARRANT TYPE OR TRAFFIC CITATION |
|---|---|---|---|---|---|---|---|---|
| 5. | ☐ F.S. ☐ ORD | | | | | | | ☐AC ☐CAPIAS ☐BW ☐FW ☐PW ☐JUV PU ☐AW ☐DVW ☐WRIT   CASE #: |
| 6. | ☐ F.S. ☐ ORD | | | | | | | ☐AC ☐CAPIAS ☐BW ☐FW ☐PW ☐JUV PU ☐AW ☐DVW ☐WRIT   CASE #: |
| 7. | ☐ F.S. ☐ ORD | | | | | | | ☐AC ☐CAPIAS ☐BW ☐FW ☐PW ☐JUV PU ☐AW ☐DVW ☐WRIT   CASE #: |
| 8. | ☐ F.S. ☐ ORD | | | Coral Gables | | | | ☐AC ☐CAPIAS ☐BW ☐FW ☐PW ☐JUV PU ☐AW ☐DVW ☐WRIT   CASE #: |

and identification card which had just been stolen. The property belonged to the owner of tan Ford
F150 that the Defendant was seen parked next to. It was unusual for a person to loiter in that
location taking into consideration that the patrons of that parking lot were in attendance of a
baseball game across the street which commenced over two hours prior to the Defendants arrival.
Under the circumstances I was concerned for the safety of persons and property in the area because
of recent vehicle burglaries in the area which usually occurred during sporting events at the Mark
Light Stadium. One of the many circumstances for my alarm to be warranted was the fact that I
observed one of the Defendants accomplices exit a vehicle that they had not arrived in and run
toward S. Dixie Hwy as I attempted to ascertain what was going on. The Defendant was stopped before
he and his other accomplices in the vehicle could flee the area. Upon further questioning, the
Defendant failed to dispel my alarm. The Defendant advised that he did not know where he was, nor
do he know what he was doing in the area. The Defendant also advised that he was enroute to a house
party but, did not have an address. The Defendant was arrested and transported to DCJ via CGPD
processing.

PAGE 2

| HOLD FOR OTHER AGENCY Name: | VERIFIED BY | ☐ HOLD FOR BOND HEARING. DO NOT BOND OUT (Officer Must Appear at Bond Hearing). | ☐ I understand that should I willfully fail to appear before the court as required by this notice to appear that I may be held in contempt of court and a warrant for my arrest shall be issued. Furthermore, I agree that notice concerning the time, date, and place of all court hearings should be sent to the above address. I agree that it is my responsibility to notify Clerk of the Court (Juveniles notify Juvenile Division) anytime that my address changes. |
|---|---|---|---|
| I SWEAR THE ABOVE STATEMENT IS TRUE AND CORRECT. | 8431  03 | SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY THIS 9TH DAY OF ___ 2008 | ☐ You need not appear in court, but must comply with the instructions on the reverse side hereof. |
| OFFICER'S/COMPLAINANT'S SIGNATURE | COURT ID NUMBER/LOC. CODE | | |
| STAMAND, STEVE | CORAL GABLES PD | Deputy of the Court or Notary Public | Signature of Defendant / Juvenile and Parent or Guardian |
| NAME (Printed) | AGENCY NAME | | |

Redaction Date:  11/22/2024 7:53:25 AM

# Redaction Log

Total Number of Redactions in Document: 1

## Redaction Reasons by Page

| Page | Reason | Description | Occurrences |
|------|--------|-------------|-------------|
| 1 | SSN | SOCIAL SECURITY NUMBERS. All SSN; Exceptions: generally other governmental agencies.  FSS. 119.071(4) and (5) | 1 |

Redaction Date: 11/22/2024 7:53:25 AM

## Redaction Log

### Redaction Reasons by Exemption

| Reason | Description | Pages (Count) |
|--------|-------------|---------------|
| SSN | SOCIAL SECURITY NUMBERS. All SSN; Exceptions:  generally other governmental agencies.  FSS. 119.071(4) and (5) | 1(1) |

# EXHIBIT 3

BOOK 34408 PAGE 1366 CFN: 20240703345 DATE:09/13/2024 03:57:59 PM Pgs 1366-1370 Mia-Dade Cty, FL

| IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA | 153 |
|---|---|

**CRIMINAL**   **JUDGMENT**

**DIVISION**

CLOCK IN

2024 SEP 13 PM 12: 27

FILED FOR RECORD

CLERK
CIRCUIT & COUNTY COURTS
MIAMI-DADE COUNTY, FL
CIRCUIT CRIMINAL #18

THE STATE OF FLORIDA          VS.

                    ANTON BRADLEY BROWN

**PLAINTIFF**                    **DEFENDANT**

**CASE NUMBER:**   **F22022439B**

Antoine Brown, Anton Brown, Anton B Brown, Anton Brandon Brown, Antwon Brown

The Defendant, ANTON BRADLEY BROWN, being personally before this Court represented by MICHAEL A SWINTON, RCA, his/her attorney of record.
The State represented by ANNAMARIE DANYLO, Assistant State's Attorney, and having:

• entered a plea of guilty
• DNA not taken

to the following crime(s):

| COUNT | CRIME | DEGREE | OFFENSE STATUTE NO. |
|---|---|---|---|
| 1 | BURGLARY/UNOCCUPIED CONVEYANCE | 3/F | 810.02(4)(B) |
| 2 | GRAND THEFT 3RD DEGREE | 3/F | 812.014(2)(C) |
| 3 | CRIMINAL MISCHIEF/MORE THAN $200 LESS THAN $1,000 | 1/M | 806.13(1)(B)2 |

and no cause being shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s).

CFN: 20240703345 BOOK 34408 PAGE 1367

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

| CRIMINAL DIVISION | CHARGES/COSTS/FEES | CASE NUMBER:  F22022439B |
|---|---|---|

| THE STATE OF FLORIDA | VS. |
|---|---|
| | ANTON BRADLEY BROWN |
| PLAINTIFF | DEFENDANT |

Antoine Brown, Anton Brown, Anton B Brown, Anton Brandon Brown, Antwon Brown

The Defendant is hereby ordered to pay the following sum indicated:

| | |
|---|---|
| $50.00 | Pursuant to Florida Statute 938.03(4)  (Crimes Compensation Trust Fund). |
| $3.00 | Three dollars as a court cost pursuant to Florida Statute 938.01 (1) $3.00 (Criminal Justice Trust & Education Funds). |
| $50.00 | Pursuant to Florida Statute 27.52(2) (Public Defender Application Fee). |
| $20.00 | Pursuant to Florida Statute 938.06 (Crime Stopper's Programs). |
| $3.00 | Pursuant to Florida Statute 938.19 (Teen Courts). |
| $50.00 | Pursuant to Florida Statute 775.083(2) (Crime Prevention Programs). |
| $2.00 | Two dollars as a court cost pursuant to Florida Statute 938.15 $2.00 (Criminal Justice Trust & Education Funds). |
| $100.00 | Cost of prosecution Florida Statute 938.27(8) |
| $225.00 | Additional cost fine and forfeiture Florida Statute 938.05 |
| $100.00 | Cost of defense Florida Statute 938.29 |
| $603.00 | TOTAL |

STAY DUE DATE:   9/9/2025

DONE AND ORDERED in Open Court in Miami-Dade County, Florida this 9th day of September, 2024.

JUDGE RAMIRO C ARECES      DIV. F070

CFN: 20240703345 BOOK 34408 PAGE 1368

| ☑ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.<br>☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. | |
|---|---|
| **DIVISION**<br>☑ CRIMINAL<br>☐ OTHER | **FINGERPRINTS OF DEFENDANT** |

**THE STATE OF FLORIDA          VS.**

*Anton Bradley Brown*

**PLAINTIFF                    DEFENDANT**

**CASE NUMBER:** *F22-224398*

**F I L E D**

SEP 09 2024

**CLERK**

## FINGERPRINTS OF DEFENDANT

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
|---|---|---|---|---|
| | | | | |

| 1. L. Thumb | 2. L. Index | 3. L. Middle | 4. L. Ring | 5. L. Little |
|---|---|---|---|---|
| | | | | |

I hereby certify that the foregoing fingerprints on this judgment are the fingerprints of the defendant named above, and that they were placed thereon by said defendant in my presence, in open court, on this date.

Fingerprints taken by: _____

Signature

VALERIE N. Pucci

Print Name

BAiliff

Title

**PAGE  3  OF  3**

CFN: 20240703345 BOOK 34408 PAGE 1369

| IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA    258 | |
|---|---|
| **CRIMINAL DIVISION**      **SENTENCE** | **CLOCK IN** |
| AS TO COUNT: 1, 2, 3 | |

**THE STATE OF FLORIDA**     VS.

       **ANTON BRADLEY BROWN**

**PLAINTIFF**            **DEFENDANT**

**CASE NUMBER:**     F22022439B

Antoine Brown, Anton Brown, Anton B Brown, Anton Brandon Brown, Antwon Brown

The Defendant, being personally before this Court, accompanied by his/her attorney: MICHAEL A SWINTON, RCA and having been adjudicated guilty herein, and the Court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why he/she should not be sentenced as provided by law, and no cause having been shown:

IT IS THE SENTENCE OF THE COURT that the defendant:

    Is hereby committed to the custody of the Dade County Jail.

TO BE IMPRISONED:

    For a term of 1.00 Day(s).

    Time Served

CFN: 20240703345 BOOK 34408 PAGE 1370

IN REF: Defendant
    ANTON BRADLEY BROWN

## OTHER PROVISIONS

CASE NUMBER:  F22022439B

| CATEGORY | OTHER PROVISION DESCRIPTION | SPECIFICATION |
|---|---|---|
| Jail Credit | It is further ordered that the Defendant shall be allowed a total of the specified time as credit for time incarcerated prior to imposition of sentence. | 1 DAY |
| Consecutive/concurrent as to Other Counts | It is further ordered that the sentence imposed for counts specified shall run as indicated with the sentence set forth in counts specified of this case. | COUNTS 1, 2, 3 CONCURRENT |
| Reduction of Sentence If Defendant Is Subject to Immigration Detainer | Pursuant to section 908.104(3)(b), Florida Statutes, if the Defendant is the subject of an immigration detainer, the secure correctional facility in which the Defendant is to be confined shall reduce the defendant's sentence by a period of not more than 12 days on the facility's determination that the reduction in sentence will facilitate the seamless transfer of the defendant into federal custody. | |

In the event the above sentence is to the Department of Corrections, the Sheriff of Miami-Dade County, Florida, is hereby ordered and directed to deliver the defendant to the Department of Corrections at the facility designated by the Department together with a copy of this Judgment and Sentence and any other documents specified by Florida Statutes.

The defendant in Open Court was advised of his right to appeal from this sentence by filing notice of appeal within thirty days from this date with the Clerk of this Court, and the defendant 's right to the assistance of counsel in taking said appeal at the expense of the State upon showing indigence.

DONE AND ORDERED in Open Court in Miami-Dade County, Florida this 9th day of September, 2024.

JUDGE RAMIRO C ARECES     DIV. F070

# EXHIBIT 4

- 1 of 2 -

FD-302 (Rev. 5-8-10)



### FEDERAL BUREAU OF INVESTIGATION

Date of entry ___12/13/2024___

Jorge Perez-DeCespedes was interviewed at 400 Miami Ave, Miami, FL 33128, Grand Jury Room 2B. After being advised of the identity of the interviewing Task Force Officer Volkan Ersozlu and AUSA Yeney Hernandez and the nature of the interview, Decespedes provided the following information:

AUSA Yeney Hernandez explained DECESPEDES that he is not under any obligation to talk to her or anyone else in the room if he does not wish to do so. AUSA Hernandez then stated that she did not want to know any conversation DECESPEDES had with his attorney or any other attorney DECESPEDES had contacted in the past. AUSA Hernandez also told DECESPEDES that she does not wish to talk to DECESPEDES about his case. **AUSA Hernandez also told DECESPEDES that she could call DECESPEDES's attorney and put his attorney on the phone if DECESPEDES wishes to do so. DECESPEDES agreed to speak to AUSA HERNANDEZ and me (TFO ERSOZLU). AUSA Hernandez asked DECESPEDEDES about his past contacts with BURNS and BLANC in FDC.**

DECESPEDES first stated that he met Tutu (BLANC)around five months ago, then corrected and said that he met him at the beginning of the year, right around the time BLANC was brought to FDC.

DECESPEDES stated that sometime at or around the beginning of 2024, while he was in the 10 East section of FDC, he had a conversation with BLANC about BLANC's case. BLANC told him that he got arrested because he carjacked a car to take the vehicle's bumper. BLANC, later on in the conversation, also stated that he has to "save his cousin" or "protect his cousin." DECESPEDES noted that he does not know if BLANC's cousin is involved in the carjacking. DECESPEDES also stated that he does not know if BLANC's statement about the cousin is related to the carjacking. DECESPEDES does not know the name of

---

Investigation on ___12/13/2024___ at ___Miami, Florida, United States (In Person)___

File # ___26A-MM-3770592___                           Date drafted ___12/13/2024___

by ___VOLKAN ERSOZLU___

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

26A-MM-3770592

(U) Debrief of Jorge Perez-DeCespedes

Continuation of FD-302 of _12:19PM_____ , On _12/13/2024_ , Page _2 of 2_

BLANC's cousin.  DECESPEDES stated that while talking to BLANC, at least two other inmates were in the cell. DECESPEDES knows one of the inmates by his nickname, "Nails."


DECESPEDES met Burns two to three months ago on FDC's 8th floor, and they never shared a room. DECESPEDES stated on December 6, 2024, the Friday before the Jury selection for BURNS's case, that he was talking to BURNS about BLANC. DECESPEDES noted that he told BURNS that BLANC is dumb for carjacking a car for its bumper. DECESPEDES then told BURNS that BLANC also commented on "saving or protecting his cousin." BURNS then asked DECESPEDES if he could testify for him in his trial.