UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20336-CR-LEIBOWITZ

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**OSCAR BANDEN BURNS**,

    Defendant.

_____/

## ORDER ON RENEWED MOTION IN LIMINE TO PERMIT CERTAIN IMPEACHMENT OF RAYNEO BLANC

THIS CAUSE came before the Court on Defendant's Renewed Motion in Limine to Permit Certain Impeachment of Rayneo Blanc Based on Newly Discovered Evidence [ECF No. 182]. Being fully advised, having reviewed the submission of the parties and heard the arguments of counsel, and for the reasons stated on the record at the December 16, 2024, hearing, it is **ORDERED AND ADJUDGED** that the Motion is RESOLVED.

To the extent the Court made additional or more detailed rulings on the record that are not memorialized in this written Order, those rulings were and are binding on the parties as set forth on the record.

**DONE AND ORDERED** in the Southern District of Florida on December 18, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record