UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-Cr-20336 -LEIBOWITZ
USA v. Oscar Banden Burns, and Schnaider Cesar

# JURY QUESTIONS/NOTES TO THE COURT

PLEASE NOTE: DO **NOT** SHOW YOUR NUMERICAL DIVISION

We have a verdict

SIGNED: _____  DATE: 12/18/24  TIME: 6:02
Foreperson of the Jury

## COURT'S RESPONSE TO THE JURY QUESTION

SIGNED: _____  DATE: _____  TIME: _____
DAVID LEIBOWITZ
UNITED STATES DISTRICT JUDGE