UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20336-LEIBOWITZ

UNITED STATES OF AMERICA

v.

**OSCAR BANDEN BURNS**

    **Defendant.**
_____/

## VERDICT FORM

1. As to **Count One** of the Indictment, which charges Defendant **OSCAR BANDEN BURNS** with carjacking, we, the Jury, unanimously find the Defendant:

    GUILTY **X**        NOT GUILTY _____

2. As to **Count Two** of the Indictment, which charges Defendant **OSCAR BANDEN BURNS** with using or carrying a firearm during and in relation to a crime of violence, <u>or</u> knowingly possessing a firearm in furtherance of a crime of violence, we, the Jury, unanimously find the Defendant:

    GUILTY **X**        NOT GUILTY _____

[If you find the Defendant Guilty of Count Two, you must answer the question on the following page. If you find the Defendant Not Guilty of Count Two, do not answer the question on the following page.]

26

Do you, the Jury, unanimously find that the Government proved beyond a reasonable doubt that the Defendant brandished the firearm while committing the offense charged in Count One?

YES **X**       NO____

SO SAY WE ALL

_____
FOREPERSON OF THE JURY

Dated: 12/18/24

27