Juror No.____

# Jury Questionnaire – Judge David Leibowitz
## Please answer all 10 questions.
## (Do NOT conduct any internet searches.)

1. What is your name, age, and general area of residence (e.g., Hialeah, Doral, Miami Beach, etc.)?

2. Please describe your current employment: Are you working? If so, where do you work and what do you do? (If you are not currently working, please describe the nature of your most recent work experience.)

3. Are you married or living with a significant other? If so, what does the other person do for a living?

4. Have you, a member of your family, or a close friend ever been the victim of a crime? If so, please explain the general nature of the crime, date, and location.

5. It is anticipated that in this trial you may see and hear evidence about someone being held at gunpoint. Would seeing and hearing such evidence cause you to feel that you could not be fair and impartial in this case?

Juror No.\_\_\_\_

6. Have you, a member of your family, or a close friend ever been **_arrested_** or **_convicted_** for any crime?  (**PLEASE NOTE**: **_Arrest_** is different than **_conviction_**. So, as an example, you may have a friend who was arrested, but the charges were later dropped, or he/she was later found **_not guilty_**.  Under either circumstance, your answer would still be **YES** because your friend was arrested, even though he/she was never convicted.)  If **YES**, please explain the year, general type of offense charged, and the general place where it occurred.

7. Do you have any close friends or family members who have ever worked for any law enforcement agency?  If yes, please explain.

8. Have you ever served on a jury before?  If so, was it a civil or criminal case?  Did the jury reach a verdict?  (**DO NOT** tell us what the verdict was—only whether the jury reached a verdict or not).  Were you the foreperson?  (If you have served on a jury more than once, please answer for each time you served on a jury.)

9. Do you believe that a person is guilty of a crime just by being in the same vicinity as another person who commits a crime?

10. Is there anything in your background, past experience, or personal feelings which might prevent you from passing judgment on another person or affect your ability to be fair and impartial in this case?