**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  23-20336-CR-LEIBOWITZ**

**UNITED STATES OF AMERICA**,

       Plaintiff,

v.

**OSCAR BANDEN BURNS**,

       Defendant.

_____/

**<u>ORDER SETTING DATE, TIME,</u>**

**<u>AND PROCEDURES FOR SENTENCING HEARING</u>**

THIS CAUSE came before the Court upon the conclusion of the Defendant OSCAR BANDEN BURNS' Jury Trial hearing held Wednesday, December 18, 2024.

The Defendant OSCAR BANDEN BURNS, having been found guilty by the jury of Count One and Count Two of the Indictment, Defendant OSCAR BANDEN BURNS is adjudicated guilty of Count One and Count Two of the Indictment.

It is hereby **ORDERED AND ADJUDGED** that a sentencing hearing is set in this matter for <u>Friday, March 21, 2025, at 11:00 a.m.</u>, in the Miami Division, before Judge David Leibowitz.

**<u>SENTENCING PROCEDURES</u>**

1. The Probation Office shall disclose the Draft Presentence Investigation Report ("PSR") no later than **35 days** prior to the sentencing hearing.

2. Each party shall file its objections, if any, to the Draft PSR and any motions for sentencing departures or variances no later the **14 days** after the disclosure of the Draft PSR.  The non-moving party will then have **7 days** to respond.

3. The Probation Office shall disclose the Final PSR and Addendum no later than **10 days** before the sentencing hearing.  Each party shall, no later than **5 days** before the

CASE NO. 23-20336-CR-LEIBOWITZ

sentencing hearing, file a notice of setting forth all previously filed objections that have

been resolved and all objections that remain outstanding.

4.  The Court has set aside **60 minutes in total** for this hearing.  If any party requires more

time, counsel for that party shall file, no later than **7 days** prior to the hearing, a motion

for more time in which the moving party shall lay out exactly how much time will be

needed and why (including but not limited to the need to submit evidence at the

hearing).

**DONE AND ORDERED** in Southern District of Florida on December 19, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record