

Camera1

05/03/2023 06

AO386-C

**GOVERNMENT EXHIBIT**

CASE NO.   23-20336-CR-DSL

EXHIBIT NO.   12D