

Camera2

05/03/2023

AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. 23-20336-CR-DSL

EXHIBIT NO. 13A