

05/03/2023   07:06:11 AM WED

NIGHT OWL

AO386-C

GOVERNMENT
EXHIBIT

CASE
NO.   23-20336-CR-DSL

EXHIBIT
NO.   19A