**Read Details**







Plate text: **1K65WY**

2023-05-03   06:12:42
Lane 2

**NW 151st St & 22nd Ave - SB**





GOVERNMENT EXHIBIT
CASE NO. 23-20336-CR-DSL
EXHIBIT NO. 27