ⓘ **Read Details**





🚗 Plate text:
**EISM84**

🗓 2023-05-03　🕐 06:28:38

∴ Lane 2

📍 **NW 41st St & 22nd Ave SB 1**





AO386-C
**GOVERNMENT EXHIBIT**

CASE NO. 23-20336-CR-DSL

EXHIBIT NO. 28