6/5/23, 2:40 PM                                      Matrix-Central

ⓘ **Read Details**





🚗 Plate text:

# 86DDDT

📅 2023-05-03   🕐 06:28:46

⋮⋮ Lane 1

📍 **NW 41st St & 22nd Ave SB 1**



Map data ©2023 Imagery ©2023 , Airbus, CNES / Airbus, Maxar Technologies, Sanborn, U.S. Geological Survey

https://flalpr.com/main.php



GOVERNMENT EXHIBIT
CASE NO. 23-20336-CR-DSL
EXHIBIT NO. 29