### ⓘ Read Details





🚗 **Plate text:**

# IK65WY

📅 2023-05-03   🕐 06:44:36

⋮⋮ Lane 1

📍 **NW 71st St & 7th Ave NB**





GOVERNMENT EXHIBIT
CASE NO. 23-20336-CR-DSL
EXHIBIT NO. 30