

CarAgeRental LLC

Rental Agreement #**564**



Rental

| Trip Summary | | |
|---|---|---|
| Trip Start | 04/16/2023 | 11:30 PM |
| Trip End | 05/03/2023 | 7:45 PM |
| **Extensions** | | |
| 1 | 04/19/2023 | 7:45 PM |
| 2 | 04/20/2023 | 7:45 PM |
| 3 | 04/21/2023 | 7:45 PM |
| 4 | 04/23/2023 | 7:45 PM |
| 5 | 04/24/2023 | 7:45 PM |
| 6 | 04/25/2023 | 7:45 PM |
| 7 | 04/27/2023 | 7:45 PM |
| 8 | 04/30/2023 | 7:45 PM |
| 9 | 05/01/2023 | 7:45 PM |
| 10 | 05/03/2023 | 7:45 PM |
| Pickup Location | Office - 1200 N Federal Hwy, Hollywood | |
| Return Location | Office - 1200 N Federal Hwy, Hollywood | |

| Charge Information | | |
|---|---|---|
| **Time Charges** | | |
| 17x Days: | $89.00 | $1,513.00 |
| | | $1,513.00 |
| Young Driver Charge | $35.00 Day | $595.00 |
| Manual Charge | $0.00 | $0.00 |
| Processing Fees | $3.56 Daily | $60.52 |
| Trip Fee | $11.57 Daily | $196.69 |
| Sales Tax | 7.00% | $123.91 |
| Government Tax | $2.00 | $34.00 |
| **Total Charges** | | **$2,523.12** |
| Cash | | $120.00 |
| Cash | | $240.00 |
| Cash | | $120.00 |
| Cash | | $120.00 |
| Cash | | $240.00 |
| Cash | | $120.00 |
| Cash | | $100.00 |
| Cash | | $200.00 |
| Cash | | $300.00 |
| Cash | | $100.00 |
| **Amount Outstanding:** | | $863.12 |

## Guest Information

**GUEST:**

**Rayneo Blanc - B452720022700**

07/30/2001

103 NW 68th Ter Apt 108, Miami, United States

## Vehicle Information

Unit#: IK65WY  **Active**

Brand Model: Hyundai Tucson
Vehicle Class: Hyundai Tuscon 2022 | IK65WY
Class: **129** Hyundai Tuscon 2022 | IK65WY
Odom Out: 6767
Odom In:
Fuel Out: 4 / 8
Fuel In: / 8

## Signature

**I accept the Terms and Conditions applicable to this Rental Agreement without any exception or reservation.**

Date:

04/16/2023 11:31 PM

Signature:







USA-671

Please refer to this document if you need evidence of your transaction during or after your C.A.R. trip (for instance, when interacting with law enforcement, insurance providers, roadside service providers, impound lot attendants, etc.).

**Fast facts**

- The person named in the Rental Agreement in the Guest Information block was given permission to drive the vehicle listed in the Vehicle Information block during the reservation period (see "Trip Start" and "Trip End") by the "host" (CarAgeRental LLC and or C.A.R. and or CarAgeRental's Affiliates/Partners) through the C.A.R. terms and conditions.
- CarAgeRental LLC is a car rental company with a Car Rental License and Commercial Insurance that allows them to rent their vehicles to other people through the Rental Agreement

**Coverage**

In addition to any personal insurance coverage the guest may have, CarAgeRental offers supplementary protection with varying levels of out-of-pocket maximums, which the guest may or may not have purchased.

The protection plans are as follows:

**Minimum plan**

- Cost is $20 per day
- Includes the minimum amount of third-party liability insurance coverage required by the state where the car is registered. Coverage is secondary to any

personal insurance you may have, except in New York where liability insurance will always be primary.
- Includes a physical damage contract that limits your responsibility to $3,000 for physical damage to your host's vehicle. This contract is secondary to any personal insurance you may have.
- Doesn't offer contractual limitation of responsibility for mechanical or interior damage to the Vehicle.
- Unavailable on vehicles with a ACV of $75,001 or above

**Standard plan**

- Cost is $50 per day
- Includes the minimum amount of third-party liability insurance coverage required by the state where the car is registered. Coverage is secondary to any personal insurance you may have, except in New York where liability insurance will always be primary.
- Includes a physical damage contract that limits your responsibility to $500 for physical damage to your host's vehicle. This contract is secondary to any personal insurance you may have.
- Doesn't include contractual limitation of responsibility for mechanical or interior damage to host's vehicle
- Unavailable on vehicles with a ACV of $75,001 or above

**PLEASE NOTE**

The guest is financially responsible for any covered damage to the host's vehicle, regardless of whether or not the damage was their fault.

CarAgeRental LLC and or CarAgeRental's Affiliates/Partners, identified as "Host" and the person in the Customer Details block as "Guest" on the Rental Agreement above were connected online through a website, mobile application, and/or associated services provided by CarAgeRental LLC. (collectively, the "C.A.R. Services"). As part of connecting through the C.A.R. Services, the Host and Guest agreed to be bound by the C.A.R. Terms of Service.

There is important information below that you should review and understand. The above Rental Agreement is referred to as the "Agreement" and relates to the Trip detailed in the Rental Agreement also referred to as the "Trip Summary".

**1. Definitions.** "Guest" refers to the person/entity who is using the Services of CarAgeRental LLC (identified in the Rental Agreement provided to each guest at the time of successfully booking their trip). "Agreement" means all terms and conditions found in this form and on the document titled Face Page. "You" or "your" means the person identified as the Guest in this Agreement, each person signing this Agreement, each Authorized Driver and each person or organization to whom charges are billed by us at its or the Guest's direction. All persons referred to as "you' or "your" are jointly and severally bound by this Agreement. "We", "our" or "us" refers to CarAgeRental LLC and or CarAgeRental's Affiliates/Partners in this Agreement that is renting the Vehicle to you. "Authorized Driver" means the Guest and each additional driver listed by us on this Agreement, provided that each such person has a valid driver's license and is at least age 21. Only Authorized Drivers are permitted to operate the Vehicle. "Vehicle" means the automobile or truck identified in this Agreement and each vehicle we substitute for it, and all its tires, tools, accessories, equipment, keys and Vehicle documents. This Vehicle may be equipped with an electronic locator device. Guest

USA-674

releases Host and agrees to indemnify, defend and hold harmless Host, operator of the features or on-board devices, wireless carrier(s) and other suppliers of components or services and their respective employees, officers, directors and agents from any damage (including incidental and/or consequential damages) to persons (including without limitation Guest, an Approved Driver(s) and passengers) or property caused by failure of the features or on-board device to operate properly or otherwise arising from the use of the feature or on-board device by Guest, a Approved Driver or Host. "Extras" means but is not limited to optional child seats, global positioning systems, ski racks, toll transponders and/or other products and services selected by Guests. "CDW" means Collision Damage Waiver. "Physical Damage" means damage to, or loss of, the Vehicle caused by collision or upset. Physical Damage does not include comprehensive damage such as damage to or loss of the Vehicle due to theft, vandalism, act of nature, riot or civil disturbance, hail, flood or fire or other loss not caused by collision or upset. "Loss of Use" means the loss of our ability to use the Vehicle for any purpose due to damage to it or loss of it during this rental, including uses other than for rental, such as display for rent, display for sale, opportunity to upgrade, opportunity to sell, or transportation of employees. Damages for Loss of Use are often difficult to determine with precision. Therefore, you and we agree that Loss of Use will be calculated by multiplying the number of days from the date the Vehicle is damaged until it is replaced or repaired times 80% of the daily rental rate. You and we agree this formula represents a reasonable estimate of actual damages and not a penalty. "Diminished Value" means the actual cash value of the Vehicle just prior to damage or loss less the value of the Vehicle after repair or replacement. "Vehicle License Cost Recovery Fee" means our good faith estimate of the daily charge necessary for to recover our actual total annual costs to license, title, register, plate, inspect or pay excise tax costs on our rental fleet. "Reservation Period" means the

period between the time Guest takes possession of the Vehicle until the Vehicle is returned or recovered and in either case, checked in by Guest.

**2. Rental, Indemnity and Warranties.** This is a contract for rental of the Vehicle. We may repossess the Vehicle at your expense without notice to you, if the Vehicle is abandoned or used in violation of law or this Agreement. You agree to indemnify us, defend us and hold us harmless from all claims, liability, costs and attorney fees we incur resulting from or arising out of this rental and your use of the Vehicle. We make no warranties, express, implied or apparent, regarding the Vehicle, no warranty of merchantability and no warranty that the Vehicle is fit for a particular purpose. Guest agrees Guest received the Vehicle and any Extras in good physical and mechanical condition, unless otherwise identified during Pickup. Guest is taking possession of the Vehicle and any Extras "as-is" and has had an adequate opportunity to inspect the Vehicle and any Extras and their operation. Host excludes all warranties, both express and implied, with respect to the Vehicle and any Extras, including any implied warranty of merchantability or fitness for a particular purpose. Guest agrees not to alter or tamper with the vehicle or any Extras. If Guest or Approved Driver(s) determines the Vehicle or any Extra is unsafe, Guest or Approved Driver(s) shall stop operating the Vehicle and any Extra and notify Host immediately.

**3. Condition and Return of Vehicle.** You must return the Vehicle to the location specified in this Agreement, on the date and time specified in this Agreement, and in the same condition that you received it except for ordinary wear. If You return the Vehicle more than 1 hour after the date and time specified in this Agreement, You will be charged for an additional half day of rental. If You return the Vehicle more than 3 hours after the date and time specified in this Agreement, You will be charged for an

additional full day of rental. Service to the Vehicle or replacement of parts or accessories during the rental must have our prior approval. You must check and maintain all fluid levels and return the Vehicle with the same amount of fuel as when rented. All damages that are present before the start of the trip will be documented prior to the beginning of the Reservation Period.

**4. Delivery and Return with a Concierge.** If a concierge has already been dispatched to deliver or pick up a Vehicle, You have up to 30 minutes to meet him at the location and time specified in this Agreement. After 30 minutes grace period, You will incur a charge of $50 and an additional charge of $50 per every half hour after that until You arrive.

**5. Responsibility for Damage or Loss; Reporting to Police; Responsibility for Tolls and Traffic Violations.** You are responsible for all damage to, or loss or theft of, the Vehicle, including damage caused by weather, road conditions and acts of nature, whether or not you are at fault. You are responsible for the cost of repair, or the actual cash retail value of the Vehicle on the date of the loss if the Vehicle is not repairable or if we elect not to repair the Vehicle. You are also responsible for Loss of Use, Diminished Value, and our administrative expenses incurred processing the claim. You must report all accidents or incidents of theft and vandalism to us and the police as soon as you discover them. You are responsible for paying to the appropriate 3rd party all tolls, parking, traffic and toll violations, toll evasion fines, citations, other fees, penalties, forfeitures, court costs, towing, and storage charges occurring during this rental. If you fail to pay the charging entities and we pay all or any of the charges on

your behalf, you will reimburse us for all such costs and, in addition, pay us an administrative fee of $50 for each such charge.

**6. Accidental Damage \ Collision Damage Waiver.** If you purchase CDW, we waive your responsibility for a portion of Physical Damage to the Vehicle. We will not waive this right if the Vehicle was rented or an Authorized Driver was approved as a result of fraudulent information provided to us, or if the damage or loss: (a) is caused intentionally, willfully or wantonly by an Authorized Driver; (b) occurs while an Authorized Driver operates the Vehicle while legally intoxicated or under the influence of any illegal drug or chemical as defined and determined under the law of the State where the damage occurs; (c) is caused while you are engaged in any speed contest; (d) occurs while pushing or towing anything, or carrying persons or property for hire, unless specifically authorized elsewhere in this Agreement; (e) occurs while the Vehicle is being driven outside the United States or Canada, unless specifically authorized elsewhere in this Agreement; (f) occurs while the Vehicle is being driven, with the renter's permission or accession, by anyone other than an Authorized Driver; (g) is a result of the commission of a felony by an Authorized Driver.

**7. Injury to Others; Insurance.** You are responsible for all injury, damage and loss you cause to others. You agree to provide liability, collision and comprehensive insurance covering you, us, and the Vehicle. Where state law requires us to provide auto liability insurance, or if you have no auto liability insurance, we provide auto liability insurance (the "Policy") that is secondary to all other valid and collectible insurance whether primary, secondary, excess or contingent. The Policy provides bodily injury and property damage liability coverage with limits no higher than minimum levels

USA-678

prescribed by the vehicular financial responsibility laws of the State whose laws apply to the loss. You and we reject PIP, medical payments, no-fault and uninsured and under-insured motorist coverage, where permitted by law. The Policy is void if you breach this Agreement or if you fail to cooperate in a loss investigation conducted by us or our insurer. Giving the Vehicle to an unauthorized driver terminates coverage under the Policy.

**8. Charges.** You permit us to reserve against your credit/debit card at the time of rental a reasonable amount in addition to the estimated charges. You will pay us at or before the conclusion of this rental or on demand all charges noted on the Face Page of this Agreement, plus: (a) a mileage charge based on our experience if the odometer is tampered with or disconnected; (b) fuel and a refueling charge, if you return the Vehicle with less fuel than when rented; (c) a charge for the total cost of all tolls billed to your Vehicle's SunPass throughout the term of your rental; (d) all expenses we incur recovering the Vehicle, if it is not returned as promised; (e) all costs, including pre- and post-judgment attorney fees, we incur collecting payment from you or otherwise enforcing or defending our rights under this Agreement; (f) a 2% per month late payment fee, or the maximum amount allowed by law, on all amounts paid after the rental concludes; (g) $50 or the maximum amount permitted by law, whichever is greater, if you pay us with a check returned unpaid for any reason; and (h) a reasonable fee not to exceed $350 to clean the Vehicle if returned substantially less clean than when rented. All charges are subject to our final audit. If errors in computation of the charges are discovered after the close of this transaction, you authorize us to correct the charges with your credit/debit card issuer.

**9. Deposit.** We may use your deposit to pay all amounts owed to us under this Agreement. Deposits are refunded to the card that was used for the deposit within 10 business days, CarAgeRental is not responsible for any transaction times or delays that are related to the bank's processing times or any other processing times that are not related to CarAgeRental.

**10. Your Property.** You release us, our agents and employees from all claims for loss of and damage to your personal property or that of another person, that we received, handled or stored, or that was left or carried in or on the Vehicle or in a service vehicle or in our offices, whether or not the loss or damage was caused by our negligence or was otherwise our responsibility. No bailment is or shall be created upon Host, whether actual, constructive or otherwise, for any personal property carried in or left in the Vehicle or on Host's premises. Guest acknowledges that any personal data or information downloaded or transferred to the Vehicle may not be secure and may be accessible after the Reservation Period. Guest releases Host from any liability resulting from or otherwise arising out of any such data or information being accessed and/or utilized by a third party.

**11. Breach of Agreement.** The acts listed in paragraph 5, above, are prohibited uses of the Vehicle and breaches of this Agreement. You waive all recourse against us for criminal reports or prosecutions that we take against you that arise out of your breach of this Agreement.

**12. Extension of Rental Period.** If you wish to extend the rental period, you must submit a request to us by contacting us by email at info@caragerental.com; all requests for any extensions to the term of your order are subject to our approval. If we have not approved the requested rental extension, the Vehicle must be returned at the date and time and location specified by the initial Agreement. This Agreement constitutes the entire agreement between you and us. All prior representations and agreements between you and us regarding this rental are void.

**13. Miscellaneous.** A waiver by us of a breach of this Agreement is not a waiver of an additional breach or waiver of the performance of your obligations under this Agreement. Our acceptance of payment from you or our failure, refusal or neglect to exercise our rights under this Agreement does not constitute a waiver of any other provision of this Agreement. Unless prohibited by law, you release us from all liability for consequential, special or punitive damages in connection with this rental or the reservation of a vehicle. If a provision of this Agreement is deemed void or unenforceable, the remaining provisions are valid and enforceable.

**14. Cancellation Policy.** If a Guest pays for his/her trip he understands that he/she is not guaranteed a full refund in case Guest wants to cancel his/her trip or terminate the reservation earlier than the "Trip End" stated on the Rental Agreement, CarAgeRental can only provide an e-credit which can be applied toward future rental reservations with CarAgeRental at this time, please plan your trips carefully.

USA-681