# FBI CELLULAR ANALYSIS SURVEY TEAM

## HISTORICAL MOBILE DEVICE LOCATION ANALYSIS

 

Special Agent Christopher Goodrich
FBI

Case Number # 357F-MM-3904601

Account Record Analyzed

305-610-4257 (T-Mobile)

**December 3, 2024**

**Property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.**

1

# INTRODUCTION



**1.      Background**

The Federal Bureau of Investigation (FBI) Cellular Analysis Survey Team (CAST) was requested by the City of Miami Police Department to analyze cell phone records for 305-610-4257 (T-Mobile) ("target cell phone").  The target cell phone was believed to be associated with a robbery.

**2.      Methodology**

An analysis was performed on the call detail records, to include timing advance, obtained for the target cell phone.  The call detail records documented the network interaction to and from the target cell phone.  Additionally, the records documented the cell tower and cell sector ("cell site") which served the cell phone during this activity, and when timing advance is available, a calculated distance from the tower.  Used in conjunction, the call detail records, timing advance records, and a list of cell site locations illustrate an approximate location of the target cell phone at the times recorded.

**2.1      Cell Site Locations**

Cell sites in existence during the time of the incident were input into mapping software using latitude/longitude coordinates of the cell sites provided by the service provider. The cell sites associated with the target cell phone were located utilizing the mapping software and the plotted cell site data.

**3.      Conclusions**

A historical cell site analysis was performed on the call detail records for the target cell phone.  The methods detailed in Sections 2 and 2.1 were used to produce the attached historical cell site analysis maps. The conclusions of the analysis performed revealed that the target cell phone was utilizing the cellular tower and sector depicted in the attached illustrations.  The analysis may not describe or depict all events listed in the call detail records.

**Property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.**



# SECTORS AND ORIENTATION





- Typical towers are configured with 3 sectors

- The center of each sector is identified by an azimuth (compass direction) expressed in degrees

- Unless otherwise noted, each sector covers approximately 120°



**Property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.**

# SECTOR ORIENTATION AND ILLUSTRATION





- Displayed as a wedge with a shaded arc

- The shaded arc solely indicates the general direction of radio frequency signal

- Sector orientation will vary by cell site and service provider



- When displayed on a map, a sector illustration shows the general area of coverage as it relates to a specific geographic area

**Property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.**

# TIMING ADVANCE EXPLANATION

- Per Call Measurement Data (PCMD), Real Time Tool (RTT), or True Call

- A roundtrip network measurement from tower to device and back referred to as a Timing Advance

- The device will be located no further than the outside edge of the shaded arc but may be located inside the arc

- Not based on the tower with the strongest, clearest signal



**Property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.**





# TIMING ADVANCE ILLUSTRATION

- When displayed on a map, a timing advance illustration (PCMD, RTT, or True Call) shows the area of coverage as it relates to a specific geographic area for a measurement taken during a call, text message, data session, or other network event

- Neighboring towers do not have any impact on the estimated location of the mobile device



**Property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.**

# SLIDE ILLUSTRATIONS





Property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.

# Cellular Activations for 305-610-4257 on May 3, 2023 at 3:15:43 am



**Legend**

McDonalds: 3:16 am
599 NW 62 Street, Miami, FL

T-Mobile Tower/Network

CID 206146-132

**05/03/2023**
305-610-4257: 3:15:43 AM;
Signaling; 180

**TA arc**

05/03/2023 3:15:43 AM ; 3056104257 ; 0.44 ; 180

# Cellular Activations for 305-610-4257 on May 3, 2023 at 3:27:22 am



**Legend**

Marathon: 3:28 am
6650 NW 7 Avenue , Miami, FL

T-Mobile Tower/Network

**CID 206146-132**

...
**05/03/2023**
305-610-4257: 3:27:22 AM; 5; Signaling; 180

**TA arc**
05/03/2023 3:27:22 AM ; 3056104257 ; 0.39 ; 180

Case 1:23-cr-20330-DSL Document 123-5 Entered on FLSD Docket 01/10/2025 Page 10 of 24



Legend

| | |
|---|---|
| Apartment Complex 611 NW 65 Street, Miami, FL | |
| White Hyundai Tucson GPS Location | |
| T-Mobile Tower/Network | |

CID 206145-12

**05/03/2023**
305-610-4257: 5:27:16 AM; 149; Signaling; 180

TA arc

05/03/2023 5:27:16 AM ; 3056104257 ; 0.39 ; 180

25.83546 -80.207498

5/3/2023  5:27:00 AM; 625 NW 65th St, Miami, FL 33150

# Cellular Activations for 305-610-4257 on May 3, 2023 at 5:52:22 am



Legend

Speedway Gas Station: 5:52 am
19880 NW 27th Avenue, Miami Gardens, FL

T-Mobile Tower/Network

CID 874401-132

**05/03/2023**
305-610-4257: 5:55:22 AM; 6; Signaling; 150

TA arc

05/03/2023 5:55:22 AM ; 3056104257 ; 0.24 ; 150



# Cellular Activations for 305-610-4257 on May 3, 2023 at 6:12:22 am





**Legend**

LPR: 6:12 am
NW 151 Street and 22 Avenue, Miami, FL

T-Mobile Tower/Network

CID 171558-141
...
**05/03/2023**
305-610-4257: 6:12:26 AM; 8; Signaling; 60

TA arc
05/03/2023 6:12:26 AM ; 3056104257 ; 0.24 ; 60

# Cellular Activations for 305-610-4257 on May 3, 2023 at 6:29:02 am



**Legend**

LPR: 6:28 am
NW 41 Street and 22 Avenue, Miami, FL

T-Mobile Tower/Network

CID 265679-144

**05/03/2023**
305-610-4257: 6:29:02 AM; Signaling; 315

TA arc

05/03/2023 6:29:02 AM ; 3056104257 ; 0.24 ; 315

200 m
1000 ft

# Cellular Activations for 305-610-4257 on May 3, 2023 at 6:35:39 am



**Legend**

Hadley Garden Apartment: 6:32 am
3031 NW 19th Avenue, Miami, FL

T-Mobile Tower/Network

CID 268069-1

**05/03/2023**
305-610-4257: 6:35:39 AM; 25; Signaling; 45

TA arc
05/03/2023 6:35:39 AM ; 3056104257 ; 0.24 ; 45

# Cellular Activations for 305-610-4257 on May 3, 2023 at 6:39:50 am



**Legend**

Presidente Supermarket: 6:41 am
621 NW 62nd Street, Miami, FL

T-Mobile Tower/Network

**CID 872753-11**

**05/03/2023**
305-610-4257: 6:39:50 AM; 5; Signaling; 0

**TA arc**
05/03/2023 6:39:50 AM ; 3056104257 ; 0.63 ; 0



# Cellular Activations for 305-610-4257 on May 3, 2023 at 7:36:14 am



**Legend**

Vehicle Drop Site: 7:35 am
13300 NE 6th Ave, North Miami, FL

T-Mobile Tower/Network

**CID 421204-132**
...
**05/03/2023**
305-610-4257: 7:36:14 AM; 6; Signaling; 130

**TA arc**
05/03/2023 7:36:14 AM ; 3056104257 ; 0.39 ; 130

# Summary of GPS activation for White Hyundai Tucson on May 3, 2023 at 5:55 am



**Legend**

Speedway Gas Station: 5:52 am
19880 NW 27th Avenue, Miami Gardens, FL

White Hyundai Tucson GPS Location

25.956323, -80.238737

5/3/2023  5:55:00 AM;  Sun Life Stadium Gate 4@NW 199th St, Miami Gardens, FL 33056

# Summary of GPS activation for White Hyundai Tucson on May 3, 2023 at 6:10 am



**Legend**

1 LPR: 6:12 am
NW 151 Street and 22 Avenue, Miami, FL

White Hyundai Tucson GPS Location

**25.911414 -80.255297**
5/3/2023 6:10:00 AM; 2541 Oriental Blvd, Opa-locka, FL 33054



# Summary of GPS activation for White Hyundai Tucson on May 3, 2023 at 6:29 am





**Legend**

2 LPR: 6:28 am
NW 41 Street and 22 Avenue, Miami, FL

White Hyundai Tucson GPS Location

**25.814227 -80.23257**

5/3/2023  6:29:00 AM; 4228 NW 22nd Ave, Miami, FL 33142

# Summary of GPS activation for White Hyundai Tucson on May 3, 2023 at 6:35 am



**25.80597 -80.227679**

5/3/2023  6:35:00 AM; 1895 NW 32nd St, Miami, FL 33142

**Legend**

Hadley Garden Apartment: 6:32 am
3031 NW19th Avenue, Miami, FL

White Hyundai Tucson GPS Location

# Summary of GPS activation for White Hyundai Tucson on May 3, 2023 at 7:37 am



**Legend**

Vehicle Drop Site: 7:35 am
13300 NE 6th Ave, North Miami, FL

White Hyundai Tucson GPS Location

**25.897311 -80.188589**

5/3/2023  7:37:00 AM; 500 NE 133rd St, North Miami, FL 33161

# Summary of White Hyundai Tucson on May 3, 2023 between 5:55 am and 7:36 am



**Legend**

Speedway Gas Station: 5:52 am
19880 NW 27th Avenue, Miami Gardens, FL

LPR: 6:12 am
NW 151 Street and 22 Avenue, Miami, FL

LPR: 6:28 am
NW 41 Street and 22 Avenue, Miami, FL

Hadley Garden Apartment: 6:32 am
3031 NW19th Avenue, Miami, FL

Apartment Complex: 6:41 am
611 NW 65 Street, Miami, FL

Vehicle Drop Site: 7:35 am
13300 NE 6th Ave, North Miami, FL

25.956323, -80.238737
5/3/2023  5:55:00 AM;  Sun Life Stadium Gate 4@NW 199th St, Miami Gardens, FL 33056

25.897311 -80.188589
5/3/2023  7:37:00 AM; 500 NE 133rd St, North Miami, FL 33161

25.911414 -80.255297
5/3/2023  6:10:00 AM; 2541 Oriental Blvd, Opa-locka, FL 33054

25.814227 -80.23257
5/3/2023  6:29:00 AM; 4228 NW 22nd Ave, Miami, FL 33142

25.844487 -80.208658
5/3/2023  6:44:00 AM; 7621 NW 7th Ave, Miami, FL 33150

25.80597 -80.227679
5/3/2023  6:35:00 AM; 1895 NW 32nd St, Miami, FL 33142

# End of Report



Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or in Part is Prohibited