# Shipping Information

**Manufacturing, Shipping & Assembly**

|  |  |
|---|---|
| **VIN:** | 5NMJB3AEXPH170418 |
| **Make:** | HYUN |
| **Shipping Date:** | 09/06/22 |
| **Dealer Code:** | FL154 |
| **Invoice Date:** | 09/09/22 |
| **Invoice Number:** | 9008378455 |
| **Number of Cylinders:** | 04 |
| **Shipping Weight:** | 0 |
| **Gross Vehicle Weight:** | 0 |
| **Color Up:** | A5G |

**Component Parts**

|  |  |
|---|---|
| **Component Type:** | Engine |
| **Component ID:** | G4KNNK232370 |

**Dealer - 1**

|  |  |
|---|---|
| **Dealer Make:** | HYUN |
| **Dealer Code:** | FL154 |
| **Dealer:** | LEHMAN HYUNDAI |
| **Dealer Address:** | 21400 NW 2ND AVE |
|  | MIAMI, FL 33169 |
| **Dealer Phone:** | 7862841737 |
| **Set Up Date:** | 06/27/22 |
| **Dealer Status:** | Active |

**VINassist™**

| DIGIT | DESCRIPTION | MEANING |
|---|---|---|
| 5 | Country of Origin | UNITED STATES OF AMERICA |
| NM | Manufacturer | HYUN HYUNDAI MPV |
| J | Model | NEXO/ TCSN/ TCSN HYB/ TCN PHEV/ SNTACRZ |
| B | Series | VEN SE/ TCN:HYB BLUE;SEL/ SANTCRZ SEL |
| 3 | Body Style | WAGON 4X2 CLASS C:4, 001-5, 000 LBS. |
| A | Restraint System | D&P FRT AB/ 1ST RW SD AB/ 1&2 RW CRTN |
| E | Engine | 3.8L(PL)/ 2.5L(TC/ SNCZ)/ 697V(ION 5) |
| X | Check Digit | Check Digit Matches |
| P | Year | 2023 |
| H | Plant | MONTGOMERY, AL |
| 170418 | Serial Number | Sequence in Range |

VIN indicates a 2023 HYUNDAI MPV NEXO/ TCSN/ TCSN HYB/ TCN PHEV/ SNTACRZ
Shipping record on file.



GOVERNMENT EXHIBIT
CASE NO. 23-20336-CR-DSL
EXHIBIT NO. 43