## Exhibit 48A

FLA Case # 230503-0031584
Complainant: Betty Jackson
[ROB marked]
Address Processed: 3031 NW 19 Ave
Where Lifted From: INT DRIVERS DOOR (CONTROL PANEL) OF A 4DR WHITE HYUNDAI TUCSON FL TAG IK65WY
Lifted By: G. Guilhome IBM 28583 Date: 5-12-23
Suspects For Comparison: SCHNAIDER, CESAR DOB: 01/15/2001 CIN: 1232324
(23-450-3)
GOVERNMENT EXHIBIT
CASE 23-20336-CR-DSL
EXHIBIT NO. 48A

## Exhibit 48B

FL Case # 230503-0031584
Complainant: Betty Jackson
[ROB marked]
Address Processed: 3031 NW 19 Ave
Where Lifted From: EXT SURFACE OF DRIVERS SIDE MIRROR OF A 4DR WHITE HYUNDAI TUCSON FL TAG IK65WY
Lifted By: G. Guilhome IBM 28583 Date: 5-12-23
Suspects For Comparison: SCHNAIDER, CESAR DOB: 01/15/2001 CIN: 1232324
(23-450-3)
GOVERNMENT EXHIBIT
CASE 23-20336-CR-DSL
EXHIBIT NO. 48B

## Exhibit 48C

FLA Case # 230503-0031584
Complainant: Betty Jackson
[ROB marked]
Address Processed: 3031 NW 19 Ave
Where Lifted From: EXT HOOD (LEFT SIDE) OF A 4DR WHITE HYUNDAI TUCSON FL TAG IK65WY
Lifted By: G. Guilhome IBM 28583 Date: 5-12-23
Suspects For Comparison: SCHNAIDER, CESAR DOB: 01/15/2001 CIN: 1232324
(23-450-3)
GOVERNMENT EXHIBIT
CASE 23-20336-CR-DSL
EXHIBIT NO. 48C

## Exhibit 48D

FLA Case # 230503-0031584
Complainant: Betty Jackson
[ROB marked]
Address Processed: 3031 NW 19 Ave
Where Lifted From: EXT HOOD (LEFT SIDE) OF A 4DR WHITE HYUNDAI TUCSON FL TAG IK65WY
Lifted By: G. Guilhome IBM 28583 Date: 5-12-23
Suspects For Comparison: BURNS, OSCAR BANDEN DOB: 05/02/1986 AKA THOMAS JEROME CIN: 0692030
(23-452-3)
GOVERNMENT EXHIBIT
CASE 23-20336-CR-DSL
EXHIBIT NO. 48D

## Exhibit 48E

FLA Case # 230503-0031584
Complainant: Betty Jackson
[ROB marked]
Address Processed: 3031 NW 19 Ave
Where Lifted From: EXT HOOD (CENTER) OF A 4DR WHITE HYUNDAI TUCSON FL TAG IK65WY
Lifted By: G. Guilhome IBM 28583 Date: 5-12-23
Suspects For Comparison: BURNS, OSCAR BANDEN DOB: 05/02/1986 AKA THOMAS JEROME CIN: 0692030
(23-452-3)
GOVERNMENT EXHIBIT
CASE 23-20336-CR-DSL
EXHIBIT NO. 48E

## Exhibit 48F

FLA Case # 230503-0031584
Complainant: Betty Jackson
[ROB marked]
Address Processed: 3031 NW 19 Ave
Where Lifted From: EXT HOOD (RIGHT SIDE) OF A 4DR WHITE HYUNDAI TUCSON FL TAG IK65WY
Lifted By: G. Guilhome IBM 28583 Date: 5-12-23
Suspects For Comparison: SCHNAIDER, CESAR DOB: 01/15/2001 CIN: 1232324
(23-450-3)
GOVERNMENT EXHIBIT
CASE 23-20336-CR-DSL
EXHIBIT NO. 48F

## Exhibit 48G

FLA Case # 230503-0031584
Complainant: Betty Jackson
[ROB marked]
Address Processed: 3031 NW 19 Ave
Where Lifted From: EXT GAS LID OF A 4DR WHITE HYUNDAI TUCSON FL TAG IK65WY
Lifted By: G. Guilhome IBM 28583 Date: 5-12-23
Suspects For Comparison: SCHNAIDER, CESAR DOB: 01/15/2001 CIN: 1232324
(23-450-3)
GOVERNMENT EXHIBIT
CASE 23-20336-CR-DSL
EXHIBIT NO. 48G







