

**FLHSMV**
FLORIDA HIGHWAY SAFETY AND MOTOR VEHICLES



PURSUANT TO SECTION 322.142(4), FLORIDA STATUTES, ACCESS TO DIGITAL IMAGES, WHICH INCLUDES THE PHOTOGRAPHS AND SIGNATURES OF LICENSEES, ARE RESTRICTED AND MAY ONLY BE DISCLOSED TO ENTITIES IDENTIFIED IN THIS SECTION.

Application for Driver License/I.D. Card on 01/16/2020 10:23:12

Learner License

Under penalty of perjury, I swear or affirm that the information given by me in this application is true and correct. I also understand the operation of a motor vehicle constitutes consent to any sobriety test required by law and consent to release of driver records required by law.

DL/ID Number: B452-720-02-270-0
**RAYNEO BLANC**
103 NW 68TH TER APT W
MIAMI, FL 33150-4019

Class: E
County: MIAMI-DADE

Issue Type:
**Replacement**

Country of Birth:
State of Birth:

Date of Birth:
07/30/2002

Ethnicity:
**Black**

Gender:
**M**

Height:
**6' 0"**

Eye Color:

Issue Date:
07/01/2019

Issue Time:
10:23:12

Expiration Date:
07/30/2027

Replacement Date:
01/16/2020

Weight:

Hair Color:

**IDENTIFICATION**

Identification:
Other "Secondary ID Doc", Proof Of Residence Documents

---

AO386-C
**GOVERNMENT EXHIBIT**

CASE NO. 23-20336-CR-DSL

EXHIBIT NO. 55

As Chief of the Bureau of Records, Division of Motorist Services, Department of Highway Safety and Motor Vehicles of the state of Florida, I hereby certify that this is a true and correct copy of the motor vehicle or driver license record from the official records on file in the department.

*[signature]*

# FLHSMV
### FLORIDA HIGHWAY SAFETY AND MOTOR VEHICLES



PURSUANT TO SECTION 322.142(4), FLORIDA STATUTES, ACCESS TO DIGITAL IMAGES, WHICH INCLUDES THE PHOTOGRAPHS AND SIGNATURES OF LICENSEES, ARE RESTRICTED AND MAY ONLY BE DISCLOSED TO ENTITIES IDENTIFIED IN THIS SECTION.

Application for Driver License/I.D. Card on 07/19/2021 04:22:16 PM
Identification Card

Under penalty of perjury, I swear or affirm that the information given by me in this application is true and correct. I also understand the operation of a motor vehicle constitutes consent to any sobriety test required by law and consent to release of driver records required by law.

**DL/ID Number:** B652-642-86-162-0

**OSCAR BANDEN BURNS**
**2555 PONCE DE LEON BLVD 600**
**CORAL GABLES, FL 33134**

**Class:** I
**County:** 1 - MIAMI-DADE

| | | | | |
|---|---|---|---|---|
| Country of Birth: | State of Birth: | Issue Type: **Replacement** | Gender: **Male** | Height: **5'11"** |
| Issue Date: **12/07/2015** | Issue Time: **04:22:16 PM** | Date of Birth: **05/02/1986** | Race: **BLACK** | |
| | | Expiration Date: **05/02/2024** | Replacement Date: **07/19/2021** | |

## ADDRESSES

**Resident Address:**
2555 PONCE DE LEON BLVD 600
CORAL GABLES, FL 33134

**Resident County:**
1 - MIAMI-DADE

**Mailing Address:**
2555 PONCE DE LEON BLVD 600
CORAL GABLES, FL 33134

**Mailing County:**
1 - MIAMI-DADE

Temp1 Address:

Temp2 Address:

Transient Address:

Temporary Mail To Address:

---

AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 23-20336-CR-DSL
EXHIBIT NO. 55

As Chief of the Bureau of Records, Division of Motorist Services, Department of Highway Safety and Motor Vehicles of the state of Florida, I hereby certify that this is a true and correct copy of the motor vehicle or driver license record from the official records on file in the department

*[signature]*

# FLHSMV
### FLORIDA HIGHWAY SAFETY AND MOTOR VEHICLES



PURSUANT TO SECTION 322.142(4), FLORIDA STATUTES, ACCESS TO DIGITAL IMAGES, WHICH INCLUDES THE PHOTOGRAPHS AND SIGNATURES OF LICENSEES, ARE RESTRICTED AND MAY ONLY BE DISCLOSED TO ENTITIES IDENTIFIED IN THIS SECTION.

Application for Driver License/I.D. Card on 09/07/2021 04:35:59 PM

**Driver License**

Under penalty of perjury, I swear or affirm that the information given by me in this application is true and correct. I also understand the operation of a motor vehicle constitutes consent to any sobriety test required by law and consent to release of driver records required by law.

DL/ID Number: **C260-780-01-015-0**

**SCHNAIDER CESAR**
**12890 NE 6TH AVE APT 3**
**NORTH MIAMI, FL 33161-4760**

Class: **E**
County: **1 - MIAMI-DADE**

| | | |
|---|---|---|
| Country of Birth: | State of Birth: | Issue Type: **Replacement** |
| Issue Date: **09/14/2020** | Issue Time: **04:35:59 PM** | Date of Birth: **01/15/2001** |
| | | Expiration Date: **01/15/2029** |

Gender: **Male**
Race: **BLACK**
Replacement Date: **09/07/2021**

Height: **6'1"**

## IDENTIFICATION
Identification:

## ADDRESSES

Resident Address:
**12890 NE 6TH AVE APT 3**
**NORTH MIAMI, FL 33161-4760**

Resident County:
**1 - MIAMI-DADE**

Mailing Address:
**12890 NE 6TH AVE APT 3**
**NORTH MIAMI, FL 33161-4760**

Mailing County:
**1 - MIAMI-DADE**

Temp1 Address:
Transient Address:

Temp2 Address:
Temporary Mail To Address:

AO386-C
**GOVERNMENT EXHIBIT**

CASE NO. 23-20336-CR-DSL
EXHIBIT NO. 55

As Chief of the Bureau of Records, Division of Motorist Services, Department of Highway Safety and Motor Vehicles of the state of Florida, I hereby certify that this is a true and correct copy of the motor vehicle or driver license record from the official records on file in the department.

| EXAMS ASSIGNED TO ISSUED CREDENTIAL | | | |
|---|---|---|---|
| **EXAM TYPE** | **STATUS** | **DATE** | **VEHICLE CLASS** |
| Class E Vision | Pass | 09/14/2020 | E |
| Road Signs | Waiver | 09/10/2020 | E |
| Road Rules | Waiver | 09/10/2020 | E |
| Class E Driving Skills | Pass | 06/19/2021 | |

As Chief of the Bureau of Records, Division of Motorist Services, Department of Highway Safety and Motor Vehicles of the state of Florida, I hereby certify that this is a true and correct copy of the motor vehicle or driver license record from the official records on file in the department.

*[signature]*