UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20336-LEIBOWITZ

UNITED STATES OF AMERICA

v.

OSCAR BANDEN BURNS and
SCHNAIDER CESAR,

    Defendants.
_____/

## TRIAL STIPULATION

The United States of America, by and through the undersigned Assistant United States Attorney, and the Defendants, Schnaider Cesar and Oscar Banden Burns (collectively, "Defendants"), personally and through their attorneys, agree and stipulate as set forth below which the jury must accept as having been proved beyond a reasonable doubt:

    1.    Prior to and on May 3, 2023, Victim B.J. owned a 2023 Hyundai Tucson, bearing a vehicle identification number of 5NMJB3AEXPH170418.

[THIS SPACE INTENTIONALLY LEFT BLANK—CONTINUE TO NEXT PAGE]



GOVERNMENT EXHIBIT
CASE NO. 23-20336-CR-DSL
EXHIBIT NO. 59

2. The 2023 Hyundai Tucson, bearing a vehicle identification number of 5NMJB3AEXPH170418 and belonging to Victim B.J., had moved in interstate or foreign commerce before May 3, 2023.

|  |  |
|---|---|
| _____<br>Schnaider Cesar<br>Defendant | MARKENZY LAPOINTE<br>UNITED STATES ATTORNEY<br><br>By: _____<br>Stefan Diaz Espinosa<br>Assistant United States Attorney |

_____
David Donet, Jr.
Counsel for Defendant Cesar

_____
Oscar Banden Burns
Defendant

_____
S. Patrick Dray
Counsel for Defendant Burns

2