UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20336-LEIBOWITZ

UNITED STATES OF AMERICA

v.

OSCAR BANDEN BURNS and
SCHNAIDER CESAR,

    Defendants.
_____/

## TRIAL STIPULATION

The United States of America, by and through the undersigned Assistant United States Attorney, and the Defendant, Schnaider Cesar (the "Defendant"), personally and through his attorney, agree and stipulate as set forth below which the jury must accept as having been proved beyond a reasonable doubt:

1.    Beginning on at least May 1, 2023, and continuing through at least May 10, 2023, the Defendant, Schnaider Cesar, paid for, owned, and used a cellphone registered to the phone number 305-610-4257.

_____
Schnaider Cesar
Defendant

_____
David Donet, Jr.
Counsel for Defendant

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: _____
Stefan Diaz Espinosa
Assistant United States Attorney

**GOVERNMENT EXHIBIT**
CASE NO. 23-20336-CR-DSL
EXHIBIT NO. 59A