UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20336-LEIBOWITZ

UNITED STATES OF AMERICA

v.

**OSCAR BANDEN BURNS and
SCHNAIDER CESAR,**

    **Defendants.**
_____/

### TRIAL STIPULATION

The United States of America, by and through the undersigned Assistant United States Attorney, and the Defendant, Oscar Banden Burns, personally and through his attorney, agree and stipulate as set forth below which the jury must accept as having been proved beyond a reasonable doubt:

1. On May 20, 2023, Oscar Banden Burns, dialed the phone number (786) 762-5162 and spoke to Rayneo Blanc on the phone. Oscar Banden Burns was aware that the phone call was being recorded. The contents of that phone call are found in **Government's Exhibit 54.** A transcript of that phone call is found in **Government's Exhibit 54A.**

                                                    MARKENZY LAPOINTE
                                                    UNITED STATES ATTORNEY

_____    By:  _____
Oscar Banden Burns                                    Stefan Diaz Espinosa
Defendant                                                Assistant United States Attorney

_____
S. Patrick Dray
Counsel for Defendant

