|  |  | 153 |  |
|---|---|---|---|
| IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA | | | CLOCK IN |
| CRIMINAL DIVISION | JUDGMENT | | |
| THE STATE OF FLORIDA PLAINTIFF | VS. CESAR SCHNAIDER DEFENDANT | | |
| CASE NUMBER: | F22003896 | | |

Schnaider Cesar

The Defendant, CESAR SCHNAIDER, being personally before this Court represented by ANDREW HEATON, APD, his/her attorney of record.
The State represented by WILLIAM GONZALEZ, Assistant State's Attorney, and having:

- entered a plea of guilty
- DNA previously taken

to the following crime(s):

| COUNT | CRIME | DEGREE | OFFENSE STATUTE NO. |
|---|---|---|---|
| 1 | FLEEING/ELUDE PO/LIGHTS & SIREN | 3/F | 316.1935(2) |

and no cause being shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s).



STATE OF FLORIDA, COUNTY OF MIAMI-DADE
I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN THIS OFFICE  MAY 29 2024
JUAN FERNANDEZ-BARQUIN Clerk of the Court and Comptroller, Miami-Dade County
Deputy Clerk



RECORDED

AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 23-20336-CR-DSL
EXHIBIT NO. 60

| IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA |||
|---|---|---|
| CRIMINAL DIVISION | CHARGES/COSTS/FEES | CASE NUMBER: F22003896 |
| THE STATE OF FLORIDA | VS. | |
| | CESAR SCHNAIDER | |
| PLAINTIFF | DEFENDANT | |
| Schnaider Cesar |||

The Defendant is hereby ordered to pay the following sum indicated:

- $50.00 — Pursuant to Florida Statute 938.03(4) (Crimes Compensation Trust Fund).
- $3.00 — Three dollars as a court cost pursuant to Florida Statute 938.01 (1) $3.00 (Criminal Justice Trust & Education Funds).
- $50.00 — Pursuant to Florida Statute 27.52(2) (Public Defender Application Fee).
- $20.00 — Pursuant to Florida Statute 938.06 (Crime Stopper's Programs).
- $3.00 — Pursuant to Florida Statute 938.19 (Teen Courts).
- $50.00 — Pursuant to Florida Statute 775.083(2) (Crime Prevention Programs).
- $2.00 — Two dollars as a court cost pursuant to Florida Statute 938.15 $2.00 (Criminal Justice Trust & Education Funds).
- $100.00 — Cost of prosecution Florida Statute 938.27(8)
- $225.00 — Additional cost fine and forfeiture Florida Statute 938.05
- $100.00 — Cost of defense Florida Statute 938.29

$603.00   TOTAL

STAY DUE DATE:  5/10/2023

DONE AND ORDERED in Open Court in Miami-Dade County, Florida this 10th day of May, 2022.

_____
JUDGE LODY JEAN        DIV. F015

☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

**DIVISION**
☐ CRIMINAL
☐ OTHER

**FINGERPRINTS OF DEFENDANT**

FILED MAY 10 2022 CLERK

**THE STATE OF FLORIDA     VS.     Cesar Schnaider**

PLAINTIFF                    DEFENDANT

CASE NUMBER: F 22-3896.

## FINGERPRINTS OF DEFENDANT

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
|---|---|---|---|---|
| 1. L. Thumb | 2. L. Index | 3. L. Middle | 4. L. Ring | 5. L. Little |

I hereby certify that the foregoing fingerprints on this judgment are the fingerprints of the defendant named above, and that they were placed thereon by said defendant in my presence, in open court, on this date.

Fingerprints taken by: S. Eustache
                       Name
                       Correctional Officer
                       Title

Social Security Number of the Defendant _____.

Defendant unable or unwilling to provide Social Security Number due to: _____.

DONE AND ORDERED in Open Court in Miami-Dade County, Florida this ____ day of MAY 10 2022 ,20____.

Lody Jean
Circuit Court Judge
JUDGE

PAGE 3 OF 3

CLK/CT. 854 Rev. 04/19                    Clerk's web address: www.miami-dadeclerk.com