UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

23-CR-20336-LEIBOWITZ

**UNITED STATES OF AMERICA,**

    Plaintiff,

**vs.**

**OSCAR BANDEN BURNS,**

    Defendant.

_____/

**UNOPPOSED MOTION TO EXTEND
DEADLINE TO FILE PSR OBJECTIONS AND RELATED FILINGS**

**COMES NOW**, **OSCAR BANDEN BURNS**, by and through undersigned counsel, hereby files this Unopposed Motion to Extend the Deadline to File Objections to the PSR and related sentencing filings by 4 days from Monday, February 24th, 2025, to Friday, February 28th, 2025, and in support thereof states as follows:

1. The Defendant, **OSCAR BANDEN BURNS**, draft PSR was recently completed and disclosed on February 10th, 2025, at DE 206. Objections and related sentencing filings (motions for downward departure/variance) are presently due on Monday, February 24th, 2025

1

[DE 206-1]. Undersigned counsel for the Defendant is presently in California visiting his daughter at her university on a pre-planned trip.

2. Undersigned counsel could not meet with the Defendant at FDC-Miami after the PSR was disclosed, and prior to departing from Miami for his flight to Los Angeles, on Sunday, February 16th, 2025. Undersigned counsel will return to Miami on Sunday, February 23rd, 2025. Thereafter, he will meet with the Defendant at FDC and review the draft PSR. Moreover, undersigned counsel has requested his PI to obtain certain documents that may be used for mitigation; and that will apparently take until the following week (after February 24th, 2025, the present deadline) to obtain.

3. The motion is filed in good faith and will not cause any undue delay of the Sentencing Hearing or other related dates, because sentencing has been set for March 21st, 2025.

4. Undersigned counsel has conferred with counsel for the Government, AUSA Stefan Rafael Diaz Espinosa, and he stated the Government has no objection to the motion and the relief requested therein.

**WHEREFORE**, based on the foregoing, counsel respectfully requests this Court grant this motion and extend the deadline to file objections to the PSR

and related sentencing filings for an additional 4 days or to Friday, February 28th, 2025, or grant any other relief the Court deems is just and fair under the circumstances.

          Respectfully submitted,

*S. PATRICK DRAY, P.A.*
11900 Biscayne Blvd., Suite 459
North Miami, FL 33181

Tel: (305) 379-4501
Fax: (786) 513-2244

By: s// Simon Patrick Dray
SIMON PATRICK DRAY, Esq.
FLORIDA BAR NO.: 0180157
pat@patdray.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 19th, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: s// Simon Patrick Dray
SIMON PATRICK DRAY, Esq.