**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**23-CR-20336-LEIBOWITZ**

**UNITED STATES OF AMERICA,**

    Plaintiff,
**vs.**

**OSCAR BANDEN BURNS,**

   Defendant.
_____/

## ORDER

**THIS CAUSE** came before the court on Defendant, Oscar Banden Burns's Unopposed Motion to Extend the Deadline to File PSR Objections and related sentencing filings, from February 24th, 2025, to February 28th, 2025 [ECF No. _____].

The Court reviewed the Unopposed Motion to Extend the Deadline to File PSR Objections and related sentencing filings [ECF No. _____] and accordingly, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. As such, Defendant, Oscar Banden Burns, has until Friday, February 28th, 2025, to file objections to the PSR and any related sentencing motions in this matter. All other sentencing deadlines including the sentencing hearing remain the same.

**DONE AND ORDERED** in Miami, Florida, this \_\_\_\_ day of February 2025.

                                                **DAVID S. LEIBOWITZ**
                                      **UNITED STATES DISTRICT JUDGE**