UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

23-CR-20336-LEIBOWITZ

**UNITED STATES OF AMERICA,**

    Plaintiff,

**vs.**

**OSCAR BANDEN BURNS,**

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the court on Defendant, Oscar Banden Burns's Unopposed Motion to Extend the Deadline to File PSR Objections and related sentencing filings, from February 24th, 2025, to February 28th, 2025 [ECF No. 207].

The Court reviewed the Unopposed Motion to Extend the Deadline to File PSR Objections and related sentencing filings [ECF No. 206] and accordingly, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. As such, Defendant Oscar Banden Burns has until Friday, February 28, 2025, to file objections to the PSR and any related sentencing motions in this matter. All other sentencing deadlines including the sentencing hearing remain the same.

**DONE AND ORDERED** in the Southern District of Florida on February 20, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record