Im be real you played
by even lying on me jig the
T's place then you didnt
correct it you let them Just
run with that, like my life
doesnt matter like my kids dont
matter. Just pray that i dont get
a guilty. you siting laughing with
them pl.

1 min to walk