| IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA   153 | CLOCK IN |
|---|---|
| **CRIMINAL**     **JUDGMENT**<br>**DIVISION** | |
| **THE STATE OF FLORIDA**      **VS.**<br>     OSCAR BRANDEN BURNS<br>**PLAINTIFF**     **DEFENDANT** | |
| **CASE NUMBER:**    F15010774 | |

FILED FOR RECORD

Oscar Burns, Oscar B Burns, Oscar Banden Burns, Oscar Bandon Burns, Oscar Brandon Burns, Oscar D Burns, Dean Green, Preston Green, Jerome Thomas

The Defendant, OSCAR BRANDEN BURNS, being personally before this Court represented by JOSEPH P KLOCK, PA, his/her attorney of record.
The State represented by SARAHI PELAYO, Assistant State's Attorney, and having:

• entered a plea of guilty
• DNA taken pursuant to Florida Statute 943.325

to the following crime(s):

| COUNT | CRIME | DEGREE | OFFENSE STATUTE NO. |
|---|---|---|---|
| 1 | RESISTING OFFICER WITH VIOLENCE TO HIS PERSON | 3/F | 843.01 |
| 2 | FALSE NAME/ID/AFTER ARREST | 1/M | 901.36(1) |

and no cause being shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s).



STATE OF FLORIDA, COUNTY OF MIAMI-DADE
I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN THIS OFFICE.  APR 1 9 2024  AD 20___
JUAN FERNANDEZ BARQUIN, Clerk of the Court and Comptroller, Miami-Dade County
Deputy Clerk

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

| CRIMINAL DIVISION | CHARGES/COSTS/FEES | CASE NUMBER: F15010774 |
|---|---|---|

THE STATE OF FLORIDA      VS.

OSCAR BRANDEN BURNS

PLAINTIFF        **DEFENDANT**

Oscar Burns, Oscar B Burns, Oscar Banden Burns, Oscar Bandon Burns, Oscar Brandon Burns, Oscar D Burns, Dean Green, Preston Green, Jerome Thomas

The Defendant is hereby ordered to pay the following sum indicated:

| | |
|---|---|
| $50.00 | Pursuant to Florida Statute 938.03(4)  (Crimes Compensation Trust Fund). |
| $3.00 | Three dollars as a court cost pursuant to Florida Statute 938.01 (1) $3.00 (Criminal Justice Trust & Education Funds). |
| $20.00 | Pursuant to Florida Statute 938.06 (Crime Stopper's Programs). |
| $3.00 | Pursuant to Florida Statute 938.19 (Teen Courts). |
| $50.00 | Pursuant to Florida Statute 775.083(2) (Crime Prevention Programs). |
| $2.00 | Two dollars as a court cost pursuant to Florida Statute 938.15 $2.00 (Criminal Justice Trust & Education Funds). |
| $100.00 | PURSUANT TO FLORIDA STATUTE 938.055 (OPERATING TRUST FUND OF THE DEPARTMENT OF LAW ENFORCEMENT). |
| $65.00 | Pursuant to Florida Statute 939.185(1)(a) (Assessment of Additional Court Costs as Adopted by Ordinance 04-116). |
| $85.00 | Pursuant to Florida Statute 939.185(1)(b) (Surcharge as adopted by Ordinance 05-123). |
| $100.00 | Cost of prosecution Florida Statute 938.27(8) |
| $225.00 | Additional cost fine and forfeiture Florida Statute 938.05 |
| $703.00 | TOTAL |

DONE AND ORDERED in Open Court in Miami-Dade County, Florida this 1st day of November, 2016.

JUDGE RICHARD  HERSCH     DIV. F004

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | |
|---|---|
| CRIMINAL | **FINGERPRINTS OF DEFENDANT** |
| OTHER | |

THE STATE OF FLORIDA    VS.    *Oscar Branden Burns*

PLAINTIFF      **DEFENDANT**

CASE NUMBER:    F15-10774

I hereby certify that the foregoing fingerprints on this judgment are the fingerprints of the defendant named above, and that they were placed thereon by said defendant in my presence, in open court, on this date.

Fingerprints taken by: *Orlando Duarte Bailiff*

                          Name

                          Title

**CLOCK IN**

**FILED**

NOV 0 1 2016

**CLERK**

**FINGERPRINTS OF DEFENDANT**

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
|---|---|---|---|---|
|  |  |  |  |  |

| 1. L. Thumb | 2. L. Index | 3. L. Middle | 4. L. Ring | 5. L. Little |
|---|---|---|---|---|
|  |  |  |  |  |

DONE AND ORDERED in Open Court in Miami-Dade County, Florida this _____ day of _____ **NOV 0 1 2016** ,20_____.

                                  **JUDGE**

PAGE **3** OF **3**

RICHARD HERSCH
CIRCUIT COURT JUDGE
Clerk's web address: www.miami-dadeclerk.com

JCT. 854 Rev. 04/16

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA   258

**CLOCK IN**

| CRIMINAL DIVISION | SENTENCE |
|---|---|

AS TO COUNT: 1

| THE STATE OF FLORIDA | VS. |
|---|---|
| | OSCAR BRANDEN BURNS |
| PLAINTIFF | DEFENDANT |

CASE NUMBER:    F15010774

Oscar Burns, Oscar B Burns, Oscar Banden Burns, Oscar Bandon Burns, Oscar Brandon Burns, Oscar D Burns, Dean Green, Preston Green, Jerome Thomas

The Defendant, being personally before this Court, accompanied by his/her attorney: JOSEPH P KLOCK, PA and having been adjudicated guilty herein, and the Court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why he/she should not be sentenced as provided by law, and no cause having been shown:

Placed the defendant on Probation and having subsequently revoked the defendant's Probation.

IT IS THE SENTENCE OF THE COURT that the defendant:

Is hereby committed to the custody of the Dade County Jail.

TO BE IMPRISONED:

For a term of 63.00 Day(s).

Time Served



STATE OF FLORIDA, COUNTY OF MIAMI-DADE
I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN THIS OFFICE _____ APR 1 0 2024 ___ 20
JUAN FERNANDEZ-BARQUIN, Clerk of the Court and Comptroller, Miami-Dade County
Deputy Clerk

IN REF: Defendant
OSCAR BRANDEN BURNS

## OTHER PROVISIONS

CASE NUMBER: F15010774

| CATEGORY | OTHER PROVISION DESCRIPTION | SPECIFICATION |
|---|---|---|
| Jail Credit | It is further ordered that the Defendant shall be allowed a total of the specified time as credit for time incarcerated prior to imposition of this sentence. | 63 DAYS |

In the event the above sentence is to the Department of Corrections, the Sheriff of Miami-Dade County, Florida, is hereby ordered and directed to deliver the defendant to the Department of Corrections at the facility designated by the Department together with a copy of this Judgment and Sentence and any other documents specified by Florida Statutes.

The defendant in Open Court was advised of his right to appeal from this sentence by filing notice of appeal within thirty days from this date with the Clerk of this Court, and the defendant 's right to the assistance of counsel in taking said appeal at the expense of the State upon showing indigence.

DONE AND ORDERED in Open Court in Miami-Dade County, Florida this 2nd day of April, 2018.

JUDGE ERIC WM HENDON    DIV. F004



# Electronically Certified Court Record

This is to certify that this is a true and correct copy of the original document, which may have redactions as required by law.

## DOCUMENT INFORMATION

**Agency Name:** Clerk of the Circuit Court, St. Lucie County, Florida

**Clerk of the Circuit Court:** The Honorable Michelle R. Miller

**Date Issued:** 6/6/2024 2:28:31 PM

**Unique Reference Number:** CAA-CACECIAFBDBFBF-BCBBB-DHBHCAJF-JCAHGG-I

**Case Docket:** JUDGMENT AND SENTENCE ( V )

**Requesting Party Code:** 20242805131515

**Requesting Party Reference:** 41774@miami-police.org

## CERTIFICATION

Pursuant to Sections 90.955(1) and 90.902(1), Florida Statutes, and Federal Rules of Evidence 901(a), 901(b)(7), and 902(1), the attached document is electronically certified by The Honorable Michelle R. Miller, St. Lucie County Clerk of the Circuit Court, to be a true and correct copy of an official record or document authorized by law to be recorded or filed and actually recorded or filed in the office of the St. Lucie Clerk of the Circuit Court. The document may have redactions as required by law.

## HOW TO VERIFY THIS DOCUMENT

This document contains a Unique Reference Number for identification purposes and a tamper-evident seal to indicate if the document has been tampered with. To view the tamper-evident seal and verify the certifier's digital signature, open this document with Adobe Reader software. You can also verify this document by scanning the QR code or visiting https://Verify.Clerkecertify.com/VerifyImage .

**The web address shown above contains an embedded link to the verification page for this particular document.



Unique Code : CAA-CACECIAFBDBFBF-BCBBB-DHBHCAJF-JCAHGG-I Page 1 of 16

IN THE CIRCUIT/COUNTY COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR ST LUCIE COUNTY, FLORIDA

___ Modified
___ Resentence
___ Amended
___ Corrected
___ Mitigated
___ Community Control Violator
___ Probation Violator

Case Number: 562018CF001695AXXXXX

**STATE OF FLORIDA**
- vs -

**OSCAR BANDEN BURNS**

Defendant

___ Sexual Predator
___ Sex Offender
___ Minor Victim
___ Sentenced in Absentia

## J U D G M E N T

The Defendant, OSCAR BANDEN BURNS being personally before this Court represented by Attorney ROBERT JAMES WATSON, the Attorney of record, and the State represented by SPENCER ALLEN SCOTT, and having:

___ been tried and found guilty by Jury/by the Court of the following crime(s).

___ entered a plea of guilty to the following crime(s).

_X_ **entered a plea of nolo contendere to the following crime(s)**

___ Admitted Violation of Probation

___ Found Guilty of Violation of Probation

___ Admitted a Violation of Community Control

___ Found Guilty of Violation of Community Control

| Count | Crime | Offense Statute Number(s) | Level / Degree | OBTS Number |
|-------|-------|---------------------------|----------------|-------------|
| 1 | DRIVING WITH LICENSE SUSPENDED - FELONY | 322.34(2C) | F-3 | 5601239992 |
| 2 | GRAND THEFT- MOTOR VEHICLE | 812.014 | F-3 | 5601239992 |
| 5 | HIGH SPEED OR WANTON FLEEING | 316.1935(3)(A) | F-2 | 5601239992 |
| 7 | POSSESSION OF COCAINE | 893.13(6A) | F-3 | 5601239992 |
| 8 | USE OR POSSESSION OF DRUG PARAPHERNALIA | 893.147(1) | M-1 | 5601239992 |
| 9 | RESISTING OFFICER WITH VIOLENCE | 843.01 | F-3 | 5601242389 |

_X_ **and no cause being shown why the defendant should not be adjudicated guilty, IT IS ORDERED THAT the defendant is hereby ADJUDICATED GUILTY of the above crime(s). ; AS TO COUNT(s) 1, 2, 5, 7, 8, 9**

___ and being a qualified offender pursuant to Florida Statute 943.325 - defendant shall be required to submit DNA samples as required by law

**AP/DC**



Page 1 of 2

St. Lucie County File Date: 02/24/2020 12:31 PM

I HEREBY CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF AN OFFICIAL RECORD OR DOCUMENT AUTHORIZED BY LAW TO BE RECORDED OR FILED AND ACTUALLY RECORDED OR FILED IN THE OFFICE OF THE ST. LUCIE COUNTY CLERK OF THE CIRCUIT COURT. THIS DOCUMENT MAY HAVE REDACTIONS AS REQUIRED BY LAW. VISIT HTTPS://STLUCIECLERK.COM/SERVICES/E-CERTIFY/OFFICIAL-RECORDS TO VALIDATE THIS DOCUMENT.



Digitally signed by Michelle R Miller
Date: 2024.06.06 14:28:33 -04:00
Reason: Electronically Certified Copy

Unique Code : CAA-CACECIAFBDBFBF-BCBBB-DHBHCAJF-JCAHGG-I Page 2 of 16

and good cause being shown; IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD.

**AP/DC**

Page 2 of 2

St. Lucie County File Date: 02/24/2020 12:31 PM

Unique Code : CAA-CACECIAFBDBFBF-BCBBB-DHBHCAJF-JCAHGG-I Page 3 of 16

CASE NUMBER   2018CF001695 A

The Defendant in open Court was advised of the right to appeal from this Sentence by filing notice of appeal within 30 days from this date with the Clerk of this Court and the Defendant's right to the assistance of counsel in taking the appeal at the expense of the State on showing of indigency.

Circuit Judge   WILLIAM L ROBY

---

## FINGERPRINTS OF DEFENDANT

| 1. Right Thumb | 2. Right Index | 3. Right Middle | 4. Right Ring | 5. Right Little |
|---|---|---|---|---|
| 6. Left Thumb | 7. Left Index | 8. Left Middle | 9. Left Ring | 10. Left Little |

Fingerprints taken by: _____ #949 _____
                         Name                    Title

I HEARBY CERTIFY that the above and forgoing fingerprints are the fingerprints of the Defendant _____

OSCAR BANDEN BURNS _____ and that they were placed thereon by said Defendant in my

presence in open Court this date.

DONE AND ORDERED in Open Court at St. Lucie County, Florida, on   Wednesday, February 12, 2020

Nunc Pro Tunc To:

_____

Circuit Judge  WILLIAM L ROBY

St. Lucie County File Date: 02/24/2020 12:31 PM

Unique Code : CAA-CACECIAFBDBFBF-BCBBB-DHBHCAJF-JCAHGG-I Page 4 of 16

_____ Violation of Probation, Previously Adjudged Guilty
_____ Violation of Community Control, Previously Adjudged Guilty
_____ Resentenced
_____ Modified
_____ Amended
_____ Mitigated
_____ Corrected

Case Number   562018CF001695AXXXXX

OBTS Number   5601239992

**Defendant**   **OSCAR BANDEN BURNS**

## SENTENCE

### (As to Count 1 )

The Defendant, being personally before this Court, accompanied by the Defendant's Attorney of record ROBERT JAMES WATSON and having been adjudicated guilty, and the Court having given the Defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the Defense should not be sentenced as provided by law, and no cause being shown

_____ and the Court having on _____ deferred imposition of sentence until this date.

_____ and the Court having previously entered a judgment in this case on _____ now resentence the Defendant.

_____ and the Court having placed the Defendant on _____ and having subsequently revoked the Defendant's _____.

### It Is The Sentence Of Court that:

_____ The defendant pay a fine of _____ pursuant to section 775.083, Florida Statutes, plus _____ as the 5% surcharge required on 938.04, Florida Statutes.
 **X  The Defendant is hereby committed to the custody of the Department of Corrections.**
_____ The Defendant is hereby committed to the custody of the Sheriff of St. Lucie County Florida.
_____ The Defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

**To Be Imprisoned (check one; unmarked sections are inapplicable.):**

_____ For a term of Natural Life.
_____ For a term of Natural Life with a 25 year mandatory minimum
 **X  For a term of  30.00 MONTH(S)**
_____ The SENTENCE IS SUSPENDED for a period of _____ subject to conditions set forth in this Order.

If 'split' sentence complete the
appropriate Paragraph.
   _____ Followed by a period of _____ on Community Control under the supervision of the Department of Corrections according to the terms and conditions of supervision as set forth in a separate order.
   _____ Followed by a period of _____ probation under the supervision of  the Department of Corrections according to the terms and conditions of supervision as set forth in a separate order.
   _____ However, after serving a period of imprisonment in  PRISON, the balance of the sentence will be suspended and the Defendant will be on Probation/Community Control under the supervision of the Department of Corrections according to the terms and conditions of Probation/Community Control as set forth in a separate order.

In the event the Defendant is ordered to serve additional, split sentences, all incarceration portions shall be satisfied before the Defendant begins service of the supervision terms.

Page 1 of 13

St. Lucie County File Date: 02/24/2020 12:31 PM

562018CF001695AXXXXX

## SPECIAL PROVISIONS
### (As to Count 1)

By appropriate notation, the following provisions apply to the sentence imposed
Mandatory/ Minimum Provisions:

| | |
|---|---|
| *Firearm* | It is further ordered that the _____ minimum imprisonment provions of section 775.087, Florida Statutes, is hereby imposed for the sentence specified in this count. |
| *Drug Trafficking* | It is further ordered that the _____ minimum imprisonment provisions of section 893.135, Florida Statutes, is hereby imposed for the sentence specified in this court, and that the Defendant pay a fine of $___, pursuant to section 893.135, Florida Statutes, plus $___ as a 5% surcharge. |
| *Law Enforcement* | It is further ordered that the _____ minimum mandatory imprisonment provision of section 784.07, Florida Statutes, is hereby imposed for the sentence specified in this count. |
| *Controlled Substance Within 1,000 Feet of School* | It is further ordered that the 3 year minimum imprisonment provision of section 893.13(1)(c), Florida Statutes, is hereby imposed for the sentence in this count. |
| *Habitual Felony Offender* | The Defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings by the Court are set forth in a separate order or stated on the record in open court. |
| *Habitual Violent Felony* | The Defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of sections 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release.  The requisite findings of the Court are set forth in a separate order as stated on the record in open court. |
| *Violent Career Criminal* | The Defendant is adjudicated a violent career criminal and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(d), Florida Statutes, A minimum of _____ must be served prior to release. The requisite findings of the Court as set forth in a separate order or stated on the record in open court.  (For crimes committed on or after May 24, 1997.) |
| *Capital Offense* | It is further that the Defendant shall serve no less than 25 years in accordance with provisions of section 775.082(1), Florida Statutes.  (For first degree murder committed prior to May 25, 1994, and for any other capital felony committed prior to October 1, 1995.) |
| *Prison Releasee* | Defendant is adjudged a prison releasee reoffender in accordance with the provision of section 775.082(9), FL Statutes. |
| *Sexual Predator* | Defendant is adjudged a sexual predator in accordance with provision of section 775.21, Florida Statutes. |
| **Other Provisions:** **Jail Credit** | **X** **It is further ordered that the Defendant shall be allowed a total of  603 DAY(S)  as credit for time incarcerated before imposition of this sentence.** |
| *Credit for Time Served in Resentencing After Violation of Probation or Community Control* | It is further ordered that the Defendant be allowed _____ days time served between date of arrest as a violator following Release from prison to the date of resentencing. The Department of Corrections shall apply original jail time credit and shall compute and apply credit for time served and unforfeited gain time previously awarded on case/count _____ (Offenses committed before October 1, 1989) |
| | It is further ordered that the Defendant be allowed _____ days time served between date or arrest as a violator following release from prison to the date of resentencing.  The Department of Correction shall apply original jail time credit and shall compute and apply credit for time served on case/count (Offenses committed between October 1, 1989, and December 31, 1993) |
| | _ The Court deems the unforfeited gain time previously awarded on the above case/count forfeited under section 948.06(6), Florida Statutes. |
| | _ The Court allows unforfeited gain time previously awarded on the above case/count. (Gain time may be subject to forfeiture by the Department of Corrections under section 944.28(1)), Florida Statutes. |
| | It is further ordered that the Defendant be allowed _____ time served between date of arrest as a violator following release from prison to the date of resentencing. The Department of Corrections shall apply original jail time credit and shall compute and apply credit for time served only pursuant to section 921.0017, Florida Statutes, on case/ count . (Offenses committed on or after January 1, 1994) |
| *Consecutive/ Concurrent As To Other Counts* | It is further ordered that the sentence imposed for this count shall run _____ with the sentence set forth in count _____ of this case. |

St. Lucie County File Date: 02/24/2020 12:31 PM

Unique Code : CAA-CACECIAFBDBFBF-BCBBB-DHBHCAJF-JCAHGG-I Page 5 of 16

Unique Code : CAA-CACECIAFBDBFBF-BCBBB-DHBHCAJF-JCAHGG-I Page 6 of 16

_____ Violation of Probation, Previously Adjudged Guilty
_____ Violation of Community Control, Previously Adjudged Guilty
_____ Resentenced
_____ Modified
_____ Amended
_____ Mitigated
_____ Corrected

Case Number   562018CF001695AXXXXX

OBTS Number   5601239992

**Defendant    OSCAR BANDEN BURNS**

## SENTENCE

### (As to Count 2 )

The Defendant, being personally before this Court, accompanied by the Defendant's Attorney of record ROBERT JAMES WATSON and having been adjudicated guilty, and the Court having given the Defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the Defense should not be sentenced as provided by law, and no cause being shown

___ and the Court having on _____ deferred imposition of sentence until this date.

___ and the Court having previously entered a judgment in this case on _____ now resentence the Defendant.

___ and the Court having placed the Defendant on _____ and having subsequently revoked the Defendant's _____.

### It Is The Sentence Of Court that:

___ The defendant pay a fine of _____ pursuant to section 775.083, Florida Statutes, plus _____ as the 5% surcharge required on 938.04, Florida Statutes.
 __X__ **The Defendant is hereby committed to the custody of the Department of Corrections.**
___ The Defendant is hereby committed to the custody of the Sheriff of St. Lucie County Florida.
___ The Defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

**To Be Imprisoned (check one; unmarked sections are inapplicable.):**

___ For a term of Natural Life.
___ For a term of Natural Life with a 25 year mandatory minimum
 __X__ For a term of  **30.00 MONTH(S)**
___ The SENTENCE IS SUSPENDED for a period of _____ subject to conditions set forth in this Order.

If 'split' sentence complete the appropriate Paragraph.
___ Followed by a period of _____ on Community Control under the supervision of the Department of Corrections according to the terms and conditions of supervision as set forth in a separate order.
___ Followed by a period of _____ probation under the supervision of  the Department of Corrections according to the terms and conditions of supervision as set forth in a separate order.
___ However, after serving a period of imprisonment in  PRISON, the balance of the sentence will be suspended and the Defendant will be on Probation/Community Control under the supervision of the Department of Corrections according to the terms and conditions of Probation/Community Control as set forth in a separate order.

In the event the Defendant is ordered to serve additional, split sentences, all incarceration portions shall be satisfied before the Defendant begins service of the supervision terms.

Page 3 of 13

St. Lucie County File Date: 02/24/2020 12:31 PM

562018CF001695AXXXXX

## SPECIAL PROVISIONS
### (As to Count 2)

By appropriate notation, the following provisions apply to the sentence imposed
Mandatory/ Minimum Provisions:

| | |
|---|---|
| *Firearm* | It is further ordered that the _____ minimum imprisonment provisions of section 775.087, Florida Statutes, is hereby imposed for the sentence specified in this count. |
| *Drug Trafficking* | It is further ordered that the _____ minimum imprisonment provisions of section 893.135, Florida Statutes, is hereby imposed for the sentence specified in this court, and that the Defendant pay a fine of $___, pursuant to section 893.135, Florida Statutes, plus $___ as a 5% surcharge. |
| *Law Enforcement* | It is further ordered that the _____ minimum mandatory imprisonment provision of section 784.07, Florida Statutes, is hereby imposed for the sentence specified in this count. |
| *Controlled Substance Within 1,000 Feet of School* | It is further ordered that the 3 year minimum imprisonment provision of section 893.13(1)(c), Florida Statutes, is hereby imposed for the sentence specified in this count. |
| *Habitual Felony Offender* | The Defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings by the Court are set forth in a separate order or stated on the record in open court. |
| *Habitual Violent Felony* | The Defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of sections 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release. The requisite findings of the Court are set forth in a separate order as stated on the record in open court. |
| *Violent Career Criminal* | The Defendant is adjudicated a violent career criminal and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(d), Florida Statutes, A minimum of _____ must be served prior to release. The requisite findings of the Court as set forth in a separate order or stated on the record in open court. (For crimes committed on or after May 24, 1997.) |
| *Capital Offense* | It is further that the Defendant shall serve no less than 25 years in accordance with provisions of section 775.082(1), Florida Statutes. (For first degree murder committed prior to May 25, 1994, and for any other capital felony committed prior to October 1, 1995.) |
| *Prison Releasee* | Defendant is adjudged a prison releasee reoffender in accordance with the provision of section 775.082(9), FL Statutes. |
| *Sexual Predator* | Defendant is adjudged a sexual predator in accordance with provision of section 775.21, Florida Statutes. |
| **Other Provisions:** **Jail Credit** | X  **It is further ordered that the Defendant shall be allowed a total of  603 DAY(S) as credit for time incarcerated before imposition of this sentence.** |
| *Credit for Time Served in Resentencing After Violation of Probation or Community Control* | It is further ordered that the Defendant be allowed _____ days time served between date of arrest as a violator following Release from prison to the date of resentencing. The Department of Corrections shall apply original jail credit and shall compute and apply credit for time served and unforfeited gain time previously awarded on case/count _____ (Offenses committed before October 1, 1989) |
| | It is further ordered that the Defendant be allowed _____ days time served between date or arrest as a violator following release from prison to the date of resentencing.  The Department of Correction shall apply original jail time credit and shall compute and apply credit for time served on case/count (Offenses committed between October 1, 1989, and December 31, 1993) |
| | – The Court deems the unforfeited gain time previously awarded on the above case/count forfeited under section 948.06(6), Florida Statutes. |
| | – The Court allows unforfeited gain time previously awarded on the above case/count. (Gain time may be subject to forfeiture by the Department of Corrections under section 944.28(1)), Florida Statutes. |
| | It is further ordered that the Defendant be allowed _____ time served between date of arrest as a violator following release from prison to the date of resentencing.  The Department of Corrections shall apply original jail time credit and shall compute and apply credit for time served only pursuant to section 921.0017, Florida Statutes, on case/ count . (Offenses committed on or after January 1, 1994) |
| *Consecutive/ Concurrent As To Other Counts* | X  **It is further ordered that the sentence imposed for this count shall run CONCURRENT with the sentence set forth in count  I  of this case.** |

Page 4 of 13

Unique Code : CAA-CACECIAFBDBFBF-BCBBB-DHBHCAJF-JCAHGG-I Page 7 of 16

Unique Code : CAA-CACECIAFBDBFBF-BCBBB-DHBHCAJF-JCAHGG-I Page 8 of 16

____  Violation of Probation, Previously Adjudged Guilty
____  Violation of Community Control, Previously Adjudged Guilty
____  Resentenced
____  Modified
____  Amended
____  Mitigated
____  Corrected

Case Number ___562018CF001695AXXXXX___

OBTS Number ___5601239992___

**Defendant**   ___OSCAR BANDEN BURNS_____

| SENTENCE |
|---|

**(As to Count 5 )**

The Defendant, being personally before this Court, accompanied by the Defendant's Attorney of record
ROBERT JAMES WATSON and having been adjudicated guilty, and the Court having given the Defendant an
opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the Defense should
not be sentenced as provided by law, and no cause being shown

___ and the Court having on _____ deferred imposition of sentence until this date.

___ and the Court having previously entered a judgment in this case on _____ now resentence the Defendant.

___ and the Court having placed the Defendant on _____ and having subsequently
revoked the Defendant's _____.

### It Is The Sentence Of Court that:

___ The defendant pay a fine of _____ pursuant to section 775.083, Florida Statutes, plus _____ as the 5%
surcharge required on 938.04, Florida Statutes.
__X__ **The Defendant is hereby committed to the custody of the Department of Corrections.**
___ The Defendant is hereby committed to the custody of the Sheriff of St. Lucie County Florida.
___ The Defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

**To Be Imprisoned (check one; unmarked sections are inapplicable.):**

___ For a term of Natural Life.
___ For a term of Natural Life with a 25 year mandatory minimum
__X__ **For a term of** 30.00 MONTH(S)
___ The SENTENCE IS SUSPENDED for a period of _____ subject to conditions set forth in this Order.

If 'split' sentence complete the   ___ Followed by a period of _____ on Community Control under the supervision of
appropriate Paragraph.   the Department of Corrections according to the terms and conditions of supervision as
set forth in a separate order.
___ Followed by a period of _____ probation under the supervision of the
Department of Corrections according to the terms and conditions of supervision as set
forth in a separate order.
___ However, after serving a period of imprisonment in PRISON, the balance of the
sentence will be suspended and the Defendant will be on Probation/Community
Control under the supervision of the Department of Corrections according to the
terms and conditions of Probation/Community Control as set forth in a separate order.

In the event the Defendant is ordered to serve additional, split sentences, all incarceration portions shall be satisfied
before the Defendant begins service of the supervision terms.

Page 5 of 13

St. Lucie County File Date: 02/24/2020 12:31 PM

562018CF001695AXXXXX

## SPECIAL PROVISIONS
### (As to Count 5)

By appropriate notation, the following provisions apply to the sentence imposed
Mandatory/ Minimum Provisions:

| | |
|---|---|
| *Firearm* | It is further ordered that the _____ minimum imprisonment provisions of section 775.087, Florida Statutes, is hereby imposed for the sentence specified in this count. |
| *Drug Trafficking* | It is further ordered that the _____ minimum imprisonment provisions of section 893.135, Florida Statutes, is hereby imposed for the sentence specified in this court, and that the Defendant pay a fine of $___, pursuant to section 893.135, Florida Statutes, plus $___ as a 5% surcharge. |
| *Law Enforcement* | It is further ordered that the _____ minimum mandatory imprisonment provision of section 784.07, Florida Statutes, is hereby imposed for the sentence in this count. |
| *Controlled Substance Within 1,000 Feet of School* | It is further ordered that the 3 year minimum imprisonment provision of section 893.13(1)(c), Florida Statutes, is hereby imposed for the sentence in this count. |
| *Habitual Felony Offender* | The Defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings by the Court are set forth in a separate order or stated on the record in open court. |
| *Habitual Violent Felony* | The Defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of sections 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release.  The requisite findings of the Court are set forth in a separate order as stated on the record in open court. |
| *Violent Career Criminal* | The Defendant is adjudicated a violent career criminal and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(d), Florida Statutes, A minimum of _____ must be served prior to release. The requisite findings of the Court as set forth in a separate order or stated on the record in open court.  (For crimes committed on or after May 24, 1997.) |
| *Capital Offense* | It is further that the Defendant shall serve no less than 25 years in accordance with provisions of section 775.082(1), Florida Statutes.  (For first degree murder committed prior to May 25, 1994, and for any other capital felony committed prior to October 1, 1995.) |
| *Prison Releasee* | Defendant is adjudged a prison releasee reoffender in accordance with the provision of section 775.082(9), FL Statutes. |
| *Sexual Predator* | Defendant is adjudged a sexual predator in accordance with provision of section 775.21, Florida Statutes. |

**Other Provisions:**
**Jail Credit**

    **X**   **It is further ordered that the Defendant shall be allowed a total of  603 DAY(S) as credit for time incarcerated before imposition of this sentence.**

*Credit for Time Served in Resentencing After Violation of Probation or Community Control*

It is further ordered that the Defendant be allowed _____ days time served between date of arrest as a violator following Release from prison to the date of resentencing. The Department of Corrections shall apply original jail time credit and shall compute and apply credit for time served and unforfeited gain time previously awarded on case/count _____ (Offenses committed before October 1, 1989)

It is further ordered that the Defendant be allowed _____ days time served between date as a violator following release from prison to the date of resentencing.  The Department of Correction shall apply original jail time credit and shall compute and apply credit for time served on case/count (Offenses committed between October 1, 1989, and December 31, 1993)

- The Court deems forfeited gain time previously awarded on the above case/count forfeited under section 948.06(6), Florida Statutes.
- The Court allows unforfeited gain time previously awarded on the above case/count. (Gain time may be subject to forfeiture by the Department of Corrections under section 944.28(1)), Florida Statutes.

It is further ordered that the Defendant be allowed _____ time served between date of arrest as a violator following release from prison to the date of resentencing. The Department of Corrections shall apply original jail time credit and shall compute and apply credit for time served only pursuant to section 921.0017, Florida Statutes, on case/ count . (Offenses committed on or after January 1, 1994)

*Consecutive/ Concurrent As To Other Counts*

    **X**   **It is further ordered that the sentence imposed for this count shall run CONCURRENT with the sentence set forth in count  1  of this case.**

St. Lucie County File Date: 02/24/2020 12:31 PM

Unique Code : CAA-CACECIAFBDBFBF-BCBBB-DHBHCAJF-JCAHGG-I Page 9 of 16

Unique Code : CAA-CACECIAFBDBFBF-BCBBB-DHBHCAJF-JCAHGG-I Page 10 of 16

\_\_\_\_ Violation of Probation, Previously Adjudged Guilty
\_\_\_\_ Violation of Community Control, Previously Adjudged Guilty
\_\_\_\_ Resentenced
\_\_\_\_ Modified
\_\_\_\_ Amended
\_\_\_\_ Mitigated
\_\_\_\_ Corrected

Case Number   562018CF001695AXXXXX

OBTS Number   5601239992

**Defendant**   **OSCAR BANDEN BURNS**

## SENTENCE

### (As to Count 7 )

The Defendant, being personally before this Court, accompanied by the Defendant's Attorney of record ROBERT JAMES WATSON and having been adjudicated guilty, and the Court having given the Defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the Defense should not be sentenced as provided by law, and no cause being shown

\_\_\_ and the Court having on \_\_\_\_\_ deffered imposition of sentence until this date.

\_\_\_ and the Court having previously entered a judgment in this case on \_\_\_\_\_ now resentence the Defendant.

\_\_\_ and the Court having placed the Defendant on _____ and having subsequently
revoked the Defendant's _____.

## It Is The Sentence Of Court that:

\_\_\_ The defendant pay a fine of \_\_\_\_\_ pursuant to section 775.083, Florida Statutes, plus \_\_\_\_\_ as the 5% surcharge required on 938.04, Florida Statutes.
 **X   The Defendant is hereby committed to the custody of the Department of Corrections.**
\_\_\_ The Defendant is hereby committed to the custody of the Sheriff of St. Lucie County Florida.
\_\_\_ The Defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

**To Be Imprisoned (check one; unmarked sections are inapplicable.):**

\_\_\_ For a term of Natural Life.
\_\_\_ For a term of Natural Life with a 25 year mandatory minimum
 **X   For a term of   30.00 MONTH(S)**
\_\_\_ The SENTENCE IS SUSPENDED for a period of \_\_\_\_\_ subject to conditions set forth in this Order.

If 'split' sentence complete the
appropriate Paragraph.

\_\_\_ Followed by a period of \_\_\_\_\_ on Community Control under the supervision of the Department of Corrections according to the terms and conditions of supervision as set forth in a separate order.
\_\_\_ Followed by a period of \_\_\_\_\_ probation under the supervision of  the Department of Corrections according to the terms and conditions of supervision as set forth in a separate order.
\_\_\_ However, after serving a period of imprisonment in  PRISON, the balance of the sentence will be suspended and the Defendant will be on Probation/Community Control under the supervision of the Department of Corrections according to the terms and conditions of Probation/Community Control as set forth in a separate order.

In the event the Defendant is ordered to serve additional, split sentences, all incarceration portions shall be satisfied before the Defendant begins service of the supervision terms.

St. Lucie County File Date: 02/24/2020 12:31 PM

562018CF001695AXXXXX

## SPECIAL PROVISIONS
### (As to Count 7)

By appropriate notation, the following provisions apply to the sentence imposed
Mandatory/ Minimum Provisions:

| | |
|---|---|
| *Firearm* | It is further ordered that the _____ minimum imprisonment provisions of section 775.087, Florida Statutes, is hereby imposed for the sentence specified in this count. |
| *Drug Trafficking* | It is further ordered that the _____ minimum imprisonment provisions of section 893.135, Florida Statutes, is hereby imposed for the sentence specified in this court, and that the Defendant pay a fine of $___, pursuant to section 893.135, Florida Statutes, plus $___ as a 5% surcharge. |
| *Law Enforcement* | It is further ordered that the _____ minimum mandatory imprisonment provision of section 784.07, Florida Statutes, is hereby imposed for the sentence specified in this count. |
| *Controlled Substance Within 1,000 Feet of School* | It is further ordered that the 3 year minimum imprisonment provision of section 893.13(1)(c), Florida Statutes, is hereby imposed for the sentence specified in this count. |
| *Habitual Felony Offender* | The Defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings by the Court are set forth in a separate order or stated on the record in open court. |
| *Habitual Violent Felony* | The Defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of sections 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release.  The requisite findings of the Court are set forth in a separate order as stated on the record in open court. |
| *Violent Career Criminal* | The Defendant is adjudicated a violent career criminal and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(d), Florida Statutes, A minimum of _____ must be served prior to release. The requisite findings of the Court are set forth in a separate order or stated on the record in open court.  (For crimes committed on or after May 24, 1997.) |
| *Capital Offense* | It is further that the Defendant shall serve no less than 25 years in accordance with provisions of section 775.082(1), Florida Statutes.  (For first degree murder committed prior to May 25, 1994, and for any other capital felony committed prior to October 1, 1995.) |
| *Prison Releasee* | Defendant is adjudged a prison releasee reoffender in accordance with the provision of section 775.082(9), FL Statutes. |
| *Sexual Predator* | Defendant is adjudged a sexual predator in accordance with provision of section 775.21, Florida Statutes. |

**Other Provisions:**
**Jail Credit**    **X**    It is further ordered that the Defendant shall be allowed a total of  603 DAY(S) as credit for time incarcerated before imposition of this sentence.

| | |
|---|---|
| *Credit for Time Served in Resentencing After Violation of Probation or Community Control* | It is further ordered that the Defendant be allowed _____ days time served between date of arrest as a violator following Release from prison to the date of resentencing. The Department of Corrections shall apply original jail time credit and shall compute and apply credit for time served and unforfeited gain time previously awarded on case/count _____ (Offenses committed before October 1, 1989) |
| | It is further ordered that the Defendant be allowed _____ days time served between date or arrest as a violator following release from prison to the date of resentencing.  The Department of Correction shall apply original jail time credit and shall compute and apply credit for time served on case/count (Offenses committed between October 1, 1989, and December 31, 1993) |
| | ▪ The Court deems the unforfeited gain time previously awarded on the above case/count forfeited under section 948.06(6), Florida Statutes. |
| | ▪ The Court allows unforfeited gain time previously awarded on the above case/count. (Gain time may be subject to forfeiture by the Department of Corrections under section 944.28(1)), Florida Statutes. |
| | It is further ordered that the Defendant be allowed _____ time served between date of arrest as a violator following release from prison to the date of resentencing.  The Department of Corrections shall apply original jail time credit and shall compute and apply credit for time served only pursuant to section 921.0017, Florida Statutes, on case/ count . (Offenses committed on or after January 1, 1994) |
| *Consecutive/ Concurrent As To Other Counts* | **X**    It is further ordered that the sentence imposed for this count shall run CONCURRENT with the sentence set forth in count  1  of this case. |

Page 8 of 13

St. Lucie County File Date: 02/24/2020 12:31 PM

Unique Code : CAA-CACECIAFBDBFBF-BCBBB-DHBHCAJF-JCAHGG-I Page 11 of 16

_____ Violation of Probation, Previously Adjudged Guilty
_____ Violation of Community Control, Previously Adjudged Guilty
_____ Resentenced
_____ Modified
_____ Amended
_____ Mitigated
_____ Corrected

Case Number    562018CF001695AXXXXX

OBTS Number    5601239992

**Defendant**    **OSCAR BANDEN BURNS**

| **SENTENCE** |
|:---:|

**(As to Count 8 )**

The Defendant, being personally before this Court, accompanied by the Defendant's Attorney of record ROBERT JAMES WATSON and having been adjudicated guilty, and the Court having given the Defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the Defense should not be sentenced as provided by law, and no cause being shown

___ and the Court having on _____ deffered imposition of sentence until this date.

___ and the Court having previously entered a judgment in this case on _____ now resentence the Defendant.

___ and the Court having placed the Defendant on _____ and having subsequently revoked the Defendant's _____.

### It Is The Sentence Of Court that:

___ The defendant pay a fine of _____ pursuant to section 775.083, Florida Statutes, plus _____ as the 5% surcharge required on 938.04, Florida Statutes.
___ The Defendant is hereby committed to the custody of the Department of Corrections.
**X  The Defendant is hereby committed to the custody of the Sheriff of St. Lucie County Florida.**
___ The Defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

**To Be Imprisoned (check one; unmarked sections are inapplicable.):**

___ For a term of Natural Life.
___ For a term of Natural Life with a 25 year mandatory minimum
**X  For a term of** 365.00 DAY(S)
___ The SENTENCE IS SUSPENDED for a period of _____ subject to conditions set forth in this Order.

If 'split' sentence complete the       ___ Followed by a period of _____ on Community Control under the supervision of
appropriate Paragraph.                 the Department of Corrections according to the terms and conditions of supervision as
                                       set forth in a separate order.
                                       ___ Followed by a period of _____ probation under the supervision of the
                                       Department of Corrections according to the terms and conditions of supervision as set
                                       forth in a separate order.
                                       ___ However, after serving a period of imprisonment in  CNTY JAIL, the balance of
                                       the sentence will be suspended and the Defendant will be on Probation/Community
                                       Control under the supervision of the Department of Corrections according to the
                                       terms and conditions of Probation/Community Control as set forth in a separate order.

In the event the Defendant is ordered to serve additional, split sentences, all incarceration portions shall be satisfied before the Defendant begins service of the supervision terms.

Page 9 of 13

St. Lucie County File Date: 02/24/2020 12:31 PM

Unique Code : CAA-CACECIAFBDBFBF-BCBBB-DHBHCAJF-JCAHGG-I Page 12 of 16

File Date:02/24/2020

562018CF001695AXXXXX

Unique Code : CAA-CACECIAFBDBFBF-BCBBB-DHBHCAJF-JCAHGG-I Page 13 of 16

## SPECIAL PROVISIONS
### (As to Count 8)

By appropriate notation, the following provisions apply to the sentence imposed
Mandatory/ Minimum Provisions:

| | |
|---|---|
| *Firearm* | It is further ordered that the _____ minimum imprisonment provisions of section 775.087, Florida Statutes, is hereby imposed for the sentence specified in this count. |
| *Drug Trafficking* | It is further ordered that the _____ minimum imprisonment provisions of section 893.135, Florida Statutes, is hereby imposed for the sentence specified in this court, and that the Defendant pay a fine of $___, pursuant to section 893.135, Florida Statutes, plus $___ as a 5% surcharge. |
| *Law Enforcement* | It is further ordered that the _____ minimum mandatory imprisonment provision of section 784.07, Florida Statutes, is hereby imposed for the sentence specified in this count. |
| *Controlled Substance Within 1,000 Feet of School* | It is further ordered that the 3 year minimum imprisonment provision of section 893.13(1)(c), Florida Statutes, is hereby imposed for the sentence specified in this count. |
| *Habitual Felony Offender* | The Defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings by the Court are set forth in a separate order or stated on the record in open court. |
| *Habitual Violent Felony* | The Defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of sections 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release.  The requisite findings of the Court are set forth in a separate order as stated on the record in open court. |
| *Violent Career Criminal* | The Defendant is adjudicated a violent career criminal and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(d), Florida Statutes, A minimum of _____ must be served prior to release. The requisite findings of the Court as set forth in a separate order or stated on the record in open court.  (For crimes committed on or after May 24, 1997.) |
| *Capital Offense* | It is further that the Defendant shall serve no less than 25 years in accordance with provisions of section 775.082(1), Florida Statutes.  (For first degree murder committed prior to May 25, 1994, and for any other capital felony committed prior to October 1, 1995.) |
| *Prison Releasee* | Defendant is adjudged a prison releasee reoffender in accordance with the provision of section 775.082(9), FL Statutes. |
| *Sexual Predator* | Defendant is adjudged a sexual predator in accordance with provision of section 775.21, Florida Statutes. |
| **Other Provisions: Jail Credit** | __X__  It is further ordered that the Defendant shall be allowed a total of 603 DAY(S) as credit for time incarcerated before imposition of this sentence. |
| *Credit for Time Served in Resentencing After Violation of Probation or Community Control* | It is further ordered that the Defendant be allowed _____ days time served between date of arrest as a violator following Release from prison to the date of resentencing. The Department of Corrections shall apply original jail time credit and shall compute and apply credit for time served and unforfeited gain time previously awarded on case/count _____ (Offenses committed before October 1, 1989) |
| | It is further ordered that the Defendant be allowed _____ days time served between date or arrest as a violator following release from prison to the date of resentencing.  The Department of Correction shall apply original jail time credit and shall compute and apply credit for time served on case/count (Offenses committed between October 1, 1989, and December 31, 1993) |
| | ∴  The Court deems the unforfeited gain time previously awarded on the above case/count forfeited under section 948.06(6), Florida Statutes. |
| | __  The Court allows unforfeited gain time previously awarded on the above case/count. (Gain time may be subject to forfeiture by the Department of Corrections under section 944.28(1)), Florida Statutes. |
| | It is further ordered that the Defendant be allowed _____ time served between date of arrest as a violator following release from prison to the date of resentencing. The Department of Corrections shall apply original jail time credit and shall compute and apply credit for time served only pursuant to section 921.0017, Florida Statutes, on case/ count . (Offenses committed on or after January 1, 1994) |
| *Consecutive/ Concurrent As To Other Counts* | __X__  It is further ordered that the sentence imposed for this count shall run CONCURRENT with the sentence set forth in count  I  of this case. |

Page 10 of 13

Unique Code : CAA-CACECIAFBDBFBF-BCBBB-DHBHCAJF-JCAHGG-I Page 14 of 16

____ Violation of Probation, Previously Adjudged Guilty
____ Violation of Community Control, Previously Adjudged Guilty
____ Resentenced
____ Modified
____ Amended
____ Mitigated
____ Corrected

Case Number  562018CF001695AXXXXX

OBTS Number  5601242389

**Defendant**   **OSCAR BANDEN BURNS**

| SENTENCE |
| :---: |

### (As to Count 9 )

    The Defendant, being personally before this Court, accompanied by the Defendant's Attorney of record ROBERT JAMES WATSON and having been adjudicated guilty, and the Court having given the Defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the Defense should not be sentenced as provided by law, and no cause being shown

    ___ and the Court having on _____ deferred imposition of sentence until this date.

    ___ and the Court having previously entered a judgment in this case on _____ now resentence the Defendant.

    ___ and the Court having placed the Defendant on _____ and having subsequently revoked the Defendant's _____.

## It Is The Sentence Of Court that:

___ The defendant pay a fine of _____ pursuant to section 775.083, Florida Statutes, plus _____ as the 5% surcharge required on 938.04, Florida Statutes.
__X__ **The Defendant is hereby committed to the custody of the Department of Corrections.**
___ The Defendant is hereby committed to the custody of the Sheriff of St. Lucie County Florida.
___ The Defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

**To Be Imprisoned (check one; unmarked sections are inapplicable.):**

___ For a term of Natural Life.
___ For a term of Natural Life with a 25 year mandatory minimum
__X__ For a term of  30.00 MONTH(S)
___ The SENTENCE IS SUSPENDED for a period of _____ subject to conditions set forth in this Order.

If 'split' sentence complete the    ___ Followed by a period of _____ on Community Control under the supervision of
appropriate Paragraph.    the Department of Corrections according to the terms and conditions of supervision as set forth in a separate order.
   ___ Followed by a period of _____ probation under the supervision of the Department of Corrections according to the terms and conditions of supervision as set forth in a separate order.
   ___ However, after serving a period of imprisonment in  PRISON, the balance of the sentence will be suspended and the Defendant will be on Probation/Community Control under the supervision of the Department of Corrections according to the terms and conditions of Probation/Community Control as set forth in a separate order.

In the event the Defendant is ordered to serve additional, split sentences, all incarceration portions shall be satisfied before the Defendant begins service of the supervision terms.

Page 11 of 13

St. Lucie County File Date: 02/24/2020 12:31 PM

562018CF001695AXXXXX

### SPECIAL PROVISIONS
(As to Count 9)

By appropriate notation, the following provisions apply to the sentence imposed
Mandatory/ Minimum Provisions:

| | |
|---|---|
| *Firearm* | It is further ordered that the _____ minimum imprisonment provisions of section 775.087, Florida Statutes, is hereby imposed for the sentence specified in this count. |
| *Drug Trafficking* | It is further ordered that the _____ minimum imprisonment provisions of section 893.135, Florida Statutes, is hereby imposed for the sentence specified in this count, and that the Defendant pay a fine of $____, pursuant to section 893.135, Florida Statutes, plus $____ as a 5% surcharge. |
| *Law Enforcement* | It is further ordered that the _____ minimum mandatory imprisonment provision of section 784.07, Florida Statutes, is hereby imposed for the sentence specified in this count. |
| *Controlled Substance Within 1,000 Feet of School* | It is further ordered that the 3 year minimum imprisonment provision of section 893.13(1)(c), Florida Statutes, is hereby imposed for the sentence in this count. |
| *Habitual Felony Offender* | The Defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings by the Court are set forth in a separate order or stated on the record in open court. |
| *Habitual Violent Felony* | The Defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of sections 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release.  The requisite findings of the Court are set forth in a separate order as stated on the record in open court. |
| *Violent Career Criminal* | The Defendant is adjudicated a violent career criminal and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(d), Florida Statutes, A minimum of _____ must be served prior to release. The requisite findings of the Court as set forth in a separate order or stated on the record in open court.  (For crimes committed on or after May 24, 1997.) |
| *Capital Offense* | It is further that the Defendant shall serve no less than 25 years in accordance with provisions of section 775.082(1), Florida Statutes.  (For first degree murder committed prior to May 25, 1994, and for any other capital felony committed prior to October 1, 1995.) |
| *Prison Releasee* | Defendant is adjudged a prison releasee reoffender in accordance with the provision of section 775.082(9), FL Statutes. |
| *Sexual Predator* | Defendant is adjudged a sexual predator in accordance with provision of section 775.21, Florida Statutes. |
| **Other Provisions: Jail Credit** | X  It is further ordered that the Defendant shall be allowed a total of  603 DAY(S)  as credit for time incarcerated before imposition of this sentence. |
| *Credit for Time Served in Resentencing After Violation of Probation or Community Control* | It is further ordered that the Defendant be allowed _____ days time served between date of arrest as a violator following Release from prison to the date of resentencing. The Department of Corrections shall apply original jail time credit and shall compute and apply credit for time served and unforfeited gain time previously awarded on case/count _____ (Offenses committed before October 1, 1989) |
| | It is further ordered that the Defendant be allowed _____ days time served between date or arrest as a violator following release from prison to the date of resentencing.  The Department of Correction shall apply original jail time credit and compute and apply credit for time served on case/count (Offenses committed between October 1, 1989, and December 31, 1993) |
| | - The Court deems the unforfeited gain time previously awarded on the above case/count forfeited under section 948.06(6), Florida Statutes. |
| | - The Court allows unforfeited gain time previously awarded on the above case/count. (Gain time may be subject to forfeiture by the Department of Corrections under section 944.28(1)), Florida Statutes. |
| | It is further ordered that the Defendant be allowed _____ time served between date of arrest as a violator following release from prison to the date of resentencing.  The Department of Corrections shall apply original jail time credit and shall compute and apply credit for time served only pursuant to section 921.0017, Florida Statutes, on case/ count . (Offenses committed on or after January 1, 1994) |
| *Consecutive/ Concurrent As To Other Counts* | X  It is further ordered that the sentence imposed for this count shall run CONCURRENT with the sentence set forth in count  1  of this case. |

Page 12 of 13

St. Lucie County File Date: 02/24/2020 12:31 PM

Unique Code : CAA-CACECIAFBDBFBF-BCBBB-DHBHCAJF-JCAHGG-I Page 15 of 16

_____ Violation of Probation, Previously Adjudged Guilty
_____ Violation of Community Control, Previously Adjudged Guilty
_____ Resentenced
_____ Modified
_____ Amended
_____ Mitigated
_____ Corrected

**Case Number: 562018CF001695AXXXXX**

**Defendant: OSCAR BANDEN BURNS**

**Other provisions, continued:**

**Consecutive/Concurrent**
**To Other Convictions**

It is further ordered that the composite term of all sentences imposed for the counts specified in this order will run
(check one)  [ ] Consecutive To  [ ] Concurrent To

**Concurrent with the following:**

**(check one)**

[ ]   any active sentence being served.
[ ]   specific sentences: _____

_____

_____

_____

In the event the above sentence is to the Department of Corrections, the Sheriff of St. Lucie County, Florida, is hereby ordered and directed to deliver the defendant to the Department of Corrections and the facility designated by the department together with a copy of this Judgment and Sentence and any other documents specified by Florida Statute.

The Defendant in open court was advised of the right to appeal from this Sentence by filing notice of appeal within 30 days from this date with the Clerk of this Court and the Defendant's right to the assistance of counsel in taking the appeal at the expense of the state upon a showing of indigency.

In imposing the above sentence, the Court further recommends / orders

_____
_____
_____
_____

DONE AND ORDERED in Open Court at St. Lucie County, Florida, on  February, 12 2020.

Nunc Pro Tunc to: _____

_____
Circuit/County Judge  WILLIAM L ROBY

Page 13 of 13

St. Lucie County File Date: 02/24/2020 12:31 PM