

# CITY OF MIAMI POLICE DEPARTMENT
## TECHNICAL SERVICES DETAIL
### LATENT PRINT COMPARISON REPORT

Incident No. __250503-0031584__    Unit: __Robbery__    Latent Print Case No.: _____

Type of Offense: __Robbery__    Location: __3031 NW 19th Avenue__

Victim(s): __B███ J███████__    Date of this Report: __03/12/2025__

On 03/06/2025, Det. E. Volkan submitted (3) prior judgements (Case F15-10774, F15-5865, and 2018CF001695A) and requested that the fingerprint impressions on the prior judgements be compared to the fingerprint standards of Oscar Burns, taken in Federal court, Courtroom 12-2, on 06/11/2024 by J. Moultrie.

**Fingerprint Analysis**: As requested, the fingerprint impression on the (3) prior judgements (Case F15-10774, F15-5865, and 2018CF001695A) were compared and identified as those belonging to Oscar Burns, DOB: 05/02/1986

_____
Jourdan Moultrie
Latent Print Examiner

44985
Pin Number