**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CR-20336-LEIBOWITZ**

**UNITED STATES OF AMERICA**

v.

**OSCAR BANDEN BURNS,**

    **Defendant.**
_____/

**UNITED STATES' WITNESS AND EXHIBIT LIST**

The United States of America, by and through the undersigned Assistant United States Attorneys, respectfully submits the following witness and exhibit list to be introduced at the sentencing hearing scheduled for April 24, 2025.

The United States requests leave to add exhibits and witnesses as may become necessary.

                                        Respectfully submitted,

                                        HAYDEN P. O'BYRNE
                                        UNITED STATES ATTORNEY

| | |
|---|---|
| _/s/Stefan Diaz Espinosa_ | _/s/Yeney Hernandez_ |
| Stefan Diaz Espinosa | Yeney Hernandez |
| Assistant United States Attorney | Assistant United States Attorney |
| Fla. Bar No. 1010217 | Court ID No. A5502300 |
| 99 NE 4th Street, 7th Floor | 99 NE 4th Street |
| Miami, Florida 33132 | Miami, FL 33132 |
| Tel: (305) 961-9124 | Tel.: 305-961-9277 |
| Stefan.Diaz.Espinosa@usdoj.gov | Yeney.Hernandez@usdoj.gov |

UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20336-LEIBOWITZ

UNITED STATES OF AMERICA                                    **Witness and Exhibit List**

v.

**OSCAR BANDEN BURNS,**

    **Defendant.**
_____/

| Presiding Judge: Honorable David S. Leibowitz | | | | | AUSA: Stefan Diaz Espinosa Yeney Hernandez | Defendant's Attorney: S. Patrick Dray Jonathan Friedman Alyssa Altonaga |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: Quanincia Hill | Courtroom Deputy: Tamisha Shotwell |
| | | | | | **Witness List** | |
| 1 | | | | | B.J. | |
| 2 | | | | | Jordan Moultrie, City of Miami Police Department | |
| | | | | | **Exhibit List** | |
| 1 | | | | | Certified Conviction and Fingerprints – Miami-Dade County Case No. F15010774 | |
| 2 | | | | | Certified Jail Booking Photo – Miami-Dade County Case No. F15010774 | |
| 3 | | | | | Certified Conviction and Fingerprints – St. Lucie County Case No. 2018CF001695A | |
| 4 | | | | | Certified Jail Booking Photo – St. Lucie County Case No. 2018CF001695A | |
| 5 | | | | | Latent Print Comparison Report | |
| 6 | | | | | Certified Application for an Identification Card – Oscar Burns | |

2

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on April 22, 2025 a true and correct copy of the foregoing was filed with the Clerk of Court using CM/ECF.

             By: */s/ Stefan Diaz Espinosa*
                Stefan Diaz Espinosa
                ASSISTANT UNITED STATES ATTORNEY