SUPPLEMENTAL UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20336-LEIBOWITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OSCAR BANDEN BURNS,

    Defendant.

_____/

**MOTION TO WITHDRAW FROM FURTHER REPRESENTATION
BASED UPON CONFLICT OF INTEREST
LACK OF PERSONAL COMMUNICATION**

**COMES NOW**, the undersigned attorney, S. Patrick Dray, ESQ., and hereby files this motion to withdraw from further representation in the above styled case and as ground would state the following:

1. Mr. Burns proceeded to trial with undersigned counsel and was found guilty as charged by jury.
2. Subsequently, undersigned counsel has filed objections to the PSR, a motion for downward departure/variance, responses to the Government's sentencing objections and motions, and also included supplemental filings.   All of this was provided to the Defendant in the mail.
3. However, the Defendant has been unavailable to meet in-person despite numerous attempts and visits to FDC Miami to review these materials and discuss sentencing. Another attempt was made last night - - to no avail.
4. Based upon the above described facts, it appears that there currently exists an conflict of interest between the undersigned attorney and the Defendant based on a lack of communication since the adverse jury trial verdict.

**WHEREFORE**, the undersigned attorney respectfully request that this Honorable Court enter an order discharging him from any further representation in this matter based upon the above mentioned conflict of interest that exists, and appoint new CJA Counsel for sentencing and appeal.

Respectfully submitted,

 S. Patrick Dray, P.A.
11900 Biscayne Blvd., Suite 459
North Miami, FL 33181
Tel: 305-379-4501
Fax: 786-513-2244
pat@patdray.com

By: /s/ Simon Patrick Dray_____
SIMON PATRICK DRAY, ESQ.
Florida Bar No.: 0180157

## CERTIFICATE OF SERVICE

I CERTIFY that on April 23, 2025, the foregoing document was filed electronically via CM/ECF which will serve all counsel of record.

/s/ Simon Patrick Dray_____
SIMON PATRICK DRAY, ESQ.
Florida Bar No.: 0180157

2