UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20336-DSL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OSCAR BURNS,

    Defendant.
_____/

## NOTICE OF APPEAL

Oscar Burns, by and through undersigned counsel and pursuant to Fed. R. App. P. 3, hereby files this Notice of Appeal to the United States Court of Appeals for the Eleventh Circuit from the judgment entered on April 25, 2025. [DE:237].

Respectfully submitted,

**By: /s/ *S. Patrick Dray***
S. Patrick Dray
Fla. Bar No. 180157

S. PATRICK DRAY, P.A.
11900 Biscayne Blvd.
Suite 459
North Miami, Florida 33181
pat@patdray.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 2, 2025, undersigned electronically filed the foregoing document via CM/ECF which will serve all counsel of record.

**/s/ *S. Patrick Dray***
S. Patrick Dray