Oscar Burns  
76503-510  

Case # 23-cr-20336  
Judge Leibowitz

I am writting this letter to ask the court for a copy of my docket Because I dont know If my Lawyer Put In my Appel and I havent recieved any papers so Can the courts Please Send me a copy of Every thing on my docket thank you.

FILED BY ____ D.C.
JUN 05 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Because I was outside court and didn't Have any Contact with the lawyer  
If posbile can you send me discovery Please thank you  
Oscar Burns



MIAMI FL 330
2 JUN 2025 PM 6 L

Oscar Burns 76503-510
Miami FDC
Federal Detention Center
Inmate Mail/Parcels
Post Office Box 019120
Miami, FL 33101

CLERK, U.S. DISTRICT COURT
Jury Section
Room
400 N. Miami AVENUE 6524
Miami, FL 33128-7714

33128-180294