**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 23-CR-20336-LEIBOWITZ**

**UNITED STATES OF AMERICA**

**vs.**

**OSCAR BANDEN BURNS,**

      **Defendant.**

_____/

**PARTIES' STIPULATED RESTITUTION AMOUNT**

      The United States, by and through the undersigned Assistant United States Attorney, and

Oscar Banden Burns (hereafter, "Defendant"), hereby file this joint proposal regarding restitution:

      1.     On December 18, 2024, a South Florida jury found Defendant guilty of carjacking,

in violation of 18 U.S.C. § 2119 (Count 1), and brandishing a firearm during a crime of violence,

in violation of 18 U.S.C. § 924(c) (Count 2).

      2.     On April 24, 2025, this Court sentenced Defendant to 180 months' imprisonment

as to Count 1 and 240 months' imprisonment as to Count 2, to be served consecutively, for a total

prison term of 420 months.  That same day, the Court set a restitution hearing for July 22, 2025.

      3.     The victim's insurance company, Geico, paid $29,685.14 for the destroyed vehicle,

and victim B.J. paid $1,000 as an out-of-pocket deductible.

      4.     Accordingly, the parties agree that Defendant owes $30,685.14 in total restitution,

joint and several with co-defendants Schnaider Cesar and Rayneo Blanc, to be distributed as

follows:

        •     Geico Insurance: $29,685.14

        •     Victim B.J.: $1,000.00

5.       The parties jointly recommend that the Court impose $30,685.14 in restitution and cancel the previously scheduled restitution hearing.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

BY:    */s/ Yeney Hernandez*
        YENEY HERNANDEZ
        ASSISTANT UNITED STATES ATTORNEY
        Court Id. No. A5502300
        United States Attorney's Office
        99 N.E. 4th Street, 8th Floor
        Miami, Florida 33132
        TEL: (305) 961-9277
        EMAIL: Yeney.Hernandez@usdoj.gov

COUNSEL FOR THE DEFENDANT
*/s/ S. Patrick Dray*
S. Patrick Dray, Esq.
Florida Bar No.: 0180157
11900 Biscayne Blvd., Suite 459
North Miami, Florida 33181
TEL: (305) 379-4501
EMAIL: pat@patdray.com

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 13, 2025, I electronically filed the foregoing with the

Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served today

on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.


/s/ Yeney Hernandez
YENEY HERNANDEZ
ASSISTANT UNITED STATES ATTORNEY