Mr. Oscar Burns, 76503510
F.C.I. Coleman Medium, C-2
P.O. Box 1032
Coleman, Fl. 33521

FILED BY JG D.C.
Oct 9, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

October 5, 2026

23-CR-20336

Hon. Clerk of Court
U.S. District Court

Re: USA v. Burns,

Subject: Update of Appeal

Dear Clerk,

This letter is in reference to the above cause. Since I've been placed in Coleman Medium I'd been awaiting for my appeal attorney to provide me with an appeal brief or even a letter, to no avail. I had my family to contact the Public Defender's Office but they cannot pull any information in reference to my appeal nor the appeal attorney.

Can you please give me an update concerning my ap-

peal? I definitely love to exercise my right to do so. Please notify me soon as you can?

Thanks for your time and prompt attention.

Sincerely,

[signature]

Mr. Oscar Burns, 76503-510
F.C.I. Coleman Medium, C-2
P.O. Box 1032
Coleman, Fl. 33521

TAMPA FL 335
SAINT PETERSBURG FL
7 OCT 2026 PM 6 L

UNITED STATES OF AMERICA
FOREVER/USA

Legal Mail

Honorable Clerk of Court
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue, Room 8
Miami, Fl 33128

33128-771699

REC'D BY ____ D.C.

OCT 09 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI